State Court Pleading

2. Complaint for Damages
(with Exhibits)

Filing # 48023802 E-Filed 10/24/2016 06:09:49 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

REGIONAL ONE, INC., a Florida
Corporation

           CASE NO.:

  Plaintiff,

v.            **COMPLAINT FOR DAMAGES**
              Fla. Bar No. 0290490

AEROVIAS de INTEGRACION REGIONAL
AIRES. S.A. d/b/a LAN Colombia, previously
known as AEROVIAS de INTEGRACION
REGIONAL S.A., d/b/a AIRES, a/k/a
LATAM Airlines Group S.A., a Foreign
Corporation

  Defendant
_____/

## COMPLAINT FOR DAMAGES

  Plaintiff, REGIONAL ONE, INC (hereafter "Plaintiff"), by and through its undersigned

counsel, herein sues LATAM Airlines Group S.A., ("Defendant") for money owed to the

Plaintiff, and alleges it is entitled to relief based on the following facts:

## PARTIES, JURISDICTION AND VENUE

  1.  This is an action for damages in excess of $75,000.00 exclusive of interest, costs,

and attorney's fees for unpaid invoices owed to Plaintiff by Defendant for goods and services

rendered. This court has jurisdiction to hear this action because it arises under the Constitution

and laws United States, and of the state of Florida, and pursuant to 28 U.S.C. § 1332(a), the

parties are diverse and the amount in controversy exceeds $75,000. Plaintiff also reserves the

right to seek punitive damages against Defendants upon a showing of evidence pursuant to

Florida Statute §786.72.

  2.  Plaintiff is a Florida corporation with its principal place of business in Miami-

Dade County, Florida and doing business in Miami-Dade County, Florida.

3. Defendant, LATAM Airlines Group S.A. is a South American airline holding company incorporated under Chilean law and headquartered in Santiago, Chile, doing business in the Americas, including the U.S. and Florida, and maintaining sufficient minimum contacts.

4. Venue is proper in Florida because: (a) the cause of action accrued in Miami-Dade, Florida; (b) the Plaintiff place of business is in Miami-Dade, Florida; (c) the parties engaged in business dealings in Miami-Dade, Florida; and (d) payments are due Plaintiff in Miami-Dade, Florida.

5. All conditions precedent to this action have occurred, have been performed, satisfied or have been waived.

6. Plaintiff has retained the undersigned law firm to maintain this action and is obligated to pay said firm a reasonable fee for its services.

## NATURE OF THE ACTION/FACTS

7. On October 28, 2010, it was announced that 98% of the shares in AIRES had been acquired by LATAM Airlines Group S.A, d/b/a .LAN Airlines. On December 3, 2010, AIRES started operations as LAN Colombia,

8. Plaintiff and the Defendant had business dealings with each other whereby the Defendant purchased aviation parts/equipment from Plaintiff and/or Plaintiff made repairs to Defendant's aircraft, whether they be leased or owned by Defendant. Where possible the parties agreed that Defendant would provide an exchange core to Plaintiff for repair in lieu of total cost of part.

9. Attached herein as composite Exhibit A are Defendant's Purchase Orders, Purchase Orders that make up the aggregate of Plaintiff's claim.

2

10.     After receiving said aviation parts/equipment and repairs, the first named Defendant has failed to pay the invoices and Exchange Agreements. Attached herein as composite Exhibit B are invoices and Exchange Agreements that make up the aggregate of Plaintiff's claim.

11.     As a direct result of the sale of the aviation parts/equipment, and repairs performed, and failures to provide exchange cores for parts and repairs, and Defendant's failure to pay for same, Defendant remains indebted to the Plaintiff for Three Hundred Thirty Six Thousand, Nine Hundred Twenty Four Dollars and Nineteen Cents ($336,924.19) USD ($195,619.50 plus $141,304.69), plus any accruable late fees.

12.     Payment was due at Plaintiff's place of business in Miami-Dade County, Florida.

## I. OPEN ACCOUNT

9.     Plaintiff adopts and realleges paragraphs 1 through 11.

10.     Defendant owes Plaintiff $336,924.19 that is due and owing with interest and late fees from the dates of purchase/repair as set forth in Invoices and Exchange Agreements in Exhibit B.

WHEREFORE, Clause in Final Count is incorporated herein.

## II. ACCOUNT STATED

11.     Plaintiff adopts and realleges paragraphs 1 through 11.

12.     Plaintiff rendered invoices to Defendant reflecting the charges for the aviation parts/equipment, and repairs purchased which Defendant retained without objection.

WHEREFORE, Clause in Final Count is incorporated herein.

## III. BREACH OF CONTRACT

13.     Plaintiff adopts and realleges paragraphs 1 through 11.

3

14. Plaintiff and Defendant entered into a contract for the sale of certain various aviation parts/equipment, See Exhibits A and B.

15. Defendant has received the aviation parts/equipment, and/or repairs ordered, but has refused to tender full and complete payment, despite numerous requests for payment from Plaintiff.

16. In refusing to tender payment, Defendant has breached its agreement and Plaintiff is entitled to damages as a result thereof.

WHEREFORE, Clause in Final Count is incorporated herein.

## III. BREACH OF IMPLIED CONTRACT

17. Plaintiff adopts and realleges paragraphs 1 through 11.

18. Defendant entered into contracts with Plaintiff by virtue of its purchase orders and Exchange Agreements for certain various aviation parts/equipment, repairs and core exchanges.

19. Defendant knew at all times material hereto that Plaintiff was selling those certain various aviation parts/equipment, providing said repairs and doing so at agreed prices, pursuant to a core exchange where applicable and knew that Plaintiff expected payment for the sales and repairs.

20. Defendant knew invoices would be forthcoming with the agreed upon purchase price of the aviation parts/equipment and repairs pursuant to a core exchange where applicable from which Plaintiff expected to be paid.

21. Defendant received the aviation parts/equipment ordered, and had the repairs ordered completed and received the benefits therefrom.

22. Plaintiff has sent and Defendant has received invoices for same.

WHEREFORE, Clause in Final Count is incorporated herein.

## V. **QUANTUM MERUIT**

23.     Plaintiff adopts and realleges paragraphs 1 through 11.

24.     Plaintiff sold certain various aviation parts/equipment and made certain repairs to Defendant's aircraft, whether they be leased or owned by Defendant at Defendant's request.

25.     Defendant benefitted from receiving said aviation parts/equipment, and repairs and said aviation parts/equipment and repairs were worth $336,924.19.

WHEREFORE, Plaintiff demands judgment for damages against Defendant in the amount of $336,924.19, plus interest, late fees, attorney's fees, court costs, and any further relief the Court deems appropriate.

Dated: 10/14/2016

**Eric A. Arrington & Associates, LLC**
6960 Taft Street,
Hollywood, Florida 33024
Telephone: (954) 547-7753
Fax: (954) 964-5080
Respectfully,

By: _____
Eric Arrington, Esq.
FBN: 0290490

# EXHIBIT A

**Regional One**

*Regional One*

6750 NE 4th Court
Miami, FL  33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

## Invoice

Original

**Invoice #: 13990**
Invoice Date: 12/16/2011

Page: 1

**Bill To:**
AIRES S.A
AVENIDA EL DORADO ENT1
HANGAR AIRES
BOGOTA
COLOMBIA
ATTN: JOSE YESID BARRERA
Ph: 571-294-0330  x109  Fax: 571-413-5503

**Ship To:**
AIRES S.A
US EXPRESS INTERNACIONAL
1621 NW 79TH AVENUE
MIAMI, FL 33126
USA

| | | |
|---|---|---|
| **Cust. PO#:** 52426 | **Terms:** NET 30 | **Ship Via:** US EXPRESS |
| **Order Date:** 6/3/2011 | **# of Items:** 2 | **# of Boxes:** |
| **Prepared By:** Fernando  Blanco | **Sales Order:** S9802 | **Ship Log #:** 1 |
| **Customer #:** AS5 | | |
| **Buyer:** JOSE YESID BARREI | **FOB:** MIA, FL | **AWB:** |

| | | |
|---|---|---|
| **Ship Via Acc:** CARRIER PICK UP | | |
| **Weight:** | | |
| **Ship Order:** | | |
| **Ship Date:** 12/16/2011 | | |
| **Shipment:** | | |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 2 | FREIGHT   FREIGHT CHARGE | 1.00 | 0.00 | | | | $20.00 | EA | $20.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | P/N 820971-3 S/N 2005121002 | | | | | | | | |
| | FRIGHT COST TO AND FROM REPAIR FACILITY | | | | | | | | |
| 2 | 820971-3  VALVE, REGULATING SHU | 1.00 | 0.00 | | | | $10,154.00 | EA | $10,154.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | (Repair Charge) | | | | | | | | |
| | P/N 820971-3 S/N 2005121002 | | | | | | | | |
| | REPAIR COST. | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ▮▮▮▮▮▮, SWIFT CODE:  NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| SubTotal: | $10,154.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $20.00 |
| Total: | $10,174.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $10,174.00 |

**Authorized Signature:**

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

*Regional One*

**Invoice**  Original

**Invoice #: 14385**
Invoice Date: 1/17/2012

Page: 1

**Bill To:**
AIRES S.A
AVENIDA EL DORADO ENTRADA
#1HANGAR AIRES
BOGOTA, CUNDINAMARCA
COLOMBIA
ATTN: Jeysson Silva
Ph: 571-294-0330 Fax: 305-759-0637

**Ship To:**
AIRES S.A
US EXPRESS INTERNACIONAL
1621 NW 79TH AVENUE
MIAMI, FL 33126
USA

| | | | |
|---|---|---|---|
| **Cust. PO#:** 60514 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CARRIER PICK UP |
| **Order Date:** 11/14/2011 | **# of Items:** 1 | **# of Boxes:** | **Weight:** |
| **Prepared By:** Fernando Blanco | **Sales Order:** S11215 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** AS5 | | | **Ship Date:** 1/17/2012 |
| **Buyer:** Jeysson Silva | **FOB:** MIA, FL | **AWB:** | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|------|------------------------|---------|------------|------|--|--|-----------|-----|-----------|
| 2 | CORE DEP CUST   CORE DEPOSIT CUSTOMER | 1.00 | 0.00 | | | | $7,500.00 | EA | $7,500.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | CORE CHARGE FOR P/N 2LA007724-41 | | | | | | | | |
| | PO#60514 | | | | | | | | |
| | *** Order Complete *** | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ███████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $7,500.00 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $0.00 |
| **Freight:** | $0.00 |
| **Total:** | $7,500.00 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $7,500.00 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

*Regional One*

# Invoice    Original

**Invoice #: 15127**
Invoice Date: 3/12/2012

Page: 1

| Bill To: | Ship To: |
|---|---|
| AIRES S.A<br>AVENIDA EL DORADO ENT1<br>HANGAR AIRES<br>BOGOTA<br>COLOMBIA<br>ATTN: JOSE YESID BARRERA<br>Ph: 571-294-0330  x109  Fax: 571-413-5503 | AIRES S.A<br>US EXPRESS INTERNACIONAL<br>1621 NW 79TH AVENUE<br>MIAMI, FL 33126<br>USA |

| | | | |
|---|---|---|---|
| Cust. PO#: 39257 | Terms: NET 30 | Ship Via: US EXPRESS | Ship Via Acc: CARRIER PICK UP |
| Order Date: 5/19/2010 | # of Items: 2 | # of Boxes: | Weight: |
| Prepared By: Fernando Blanco | Sales Order: S6796 | Ship Log #: 1 | Ship Order: |
| Customer #: AS5 | | | Ship Date: 3/12/2012 |
| Buyer: JOSE YESID BARREI | FOB: MIA, FL | AWB: | Shipment: |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | FREIGHT  FREIGHT CHARGE | 1.00 | 0.00 | | | | $40.00 | EA | $40.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | P/N 790180-2 S/N 722 | | | | | | | | |
| | FREIGHT COST TO AND FROM REPAIR FACILITY | | | | | | | | |
| 1 | 790180-2  ACTUATOR ASSEMBLY | 1.00 | 0.00 | | | | $14,261.57 | EA | $14,261.57 |
| | ECCN: 9A991.d | | | | | | | | |
| Alt: | | | | | | | | | |
| | (Repair Charge) | | | | | | | | |
| | P/N 790180-2 S/N 722 | | | | | | | | |
| | AS PER EXCHANGE AGREEMENT: "11. If core unit<br>exceeds normal overhaul/repair costs (50% of<br>Exchange Fee) customer agrees to pay difference of<br>that cost." | | | | | | | | |
| | EXCHANGE FEE:           $15,000.00<br>REPAIR COST:            $21,761.57<br>50% OF EXCHANGE FEE:  $ 7,500.00 | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge
on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs
of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels.
Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK ,
ACCOUNT#. 427-984-3689, ABA#. ▮▮▮▮▮▮▮, SWIFT CODE: NRTHUS33XXX, MIAMI,
FLORIDA 33131

| | |
|---|---|
| Authorized Signature: | See last page for totals |

| | | |
|---|---|---|
| *Regional One* | **Regional One**<br>6750 NE 4th Court<br>Miami, FL 33138<br>USA<br>Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411 | **Invoice** Original<br>**Invoice #: 15127**<br>Invoice Date: 3/12/2012<br><br>Page: 2 |

**Bill To:**
AIRES S.A
AVENIDA EL DORADO ENT1
HANGAR AIRES
BOGOTA
COLOMBIA
ATTN: JOSE YESID BARRERA
Ph: 571-294-0330 x109 Fax: 571-413-5503

**Ship To:**
AIRES S.A
US EXPRESS INTERNACIONAL
1621 NW 79TH AVENUE
MIAMI, FL 33126
USA

| Cust. PO#: 39257 | Terms: NET 30 | Ship Via: US EXPRESS | Ship Via Acc: CARRIER PICK UP |
|---|---|---|---|
| Order Date: 5/19/2010 | # of Items: 2 | # of Boxes: | Weight: |
| Prepared By: Fernando Blanco | Sales Order: S6796 | Ship Log #: 1 | Ship Order: |
| Customer #: AS5 | | | Ship Date: 3/12/2012 |
| Buyer: JOSE YESID BARRE! | FOB: MIA, FL | AWB: | Shipment: |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| | DIFFERENCE:          $21,761.57- $<br>7,500.00 = $14,261.57<br><br>DIFFERENCE TO BE CHARGED: $14,261.57<br>* * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ██████████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| SubTotal: | $14,261.57 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $40.00 |
| Total: | $14,301.57 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $14,301.57 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

## Regional One

**Regional One**
6750 NE 4th Court
Miami, FL  33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

**Invoice**   Original

**Invoice #: 15698**
Invoice Date: 4/19/2012

Page: 1

**Bill To:**
AIRES S.A
AVENIDA EL DORADO ENTRADA
#1HANGAR AIRES
BOGOTA, CUNDINAMARCA
COLOMBIA
ATTN: Jeysson Silva
Ph: 571-294-0330  Fax: 305-759-0637

**Ship To:**
AIRES S.A
US EXPRESS INTERNACIONAL
1621 NW 79TH AVENUE
MIAMI, FL 33126
USA

| | | |
|---|---|---|
| **Cust. PO#:** 64097 | **Terms:** NET 30 | **Ship Via:** US EXPRESS |
| **Order Date:** 2/8/2012 | **# of Items:** 1 | **# of Boxes:** |
| **Prepared By:** Fernando  Blanco | **Sales Order:** S12035 | **Ship Log #:** 1 |
| **Customer #:** AS5 | | |
| **Buyer:** Jeysson Silva | **FOB:** MIA, FL | **AWB:** |

**Ship Via Acc:** CARRIER PICK UP
**Weight:**
**Ship Order:**
**Ship Date:** 4/19/2012
**Shipment:**

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|------|------------------------|---------|-----------|------|---|---|-----------|-----|-----------|
| 3 | CORE DEP CUST   CORE DEPOSIT CUSTOMER | 1.00 | 0.00 | | | | $38,500.00 | EA | $38,500.00 |
| Alt: | ECCN: | | | | | | | | |
| | PANEL ASSY P/N 8Z6819-001 | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ███████, SWIFT CODE:  NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $38,500.00 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $0.00 |
| **Freight:** | $0.00 |
| **Total:** | $38,500.00 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $38,500.00 |

**Authorized Signature:**

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

| **Invoice** | Original |
| --- | --- |

**Invoice #: 16159**
Invoice Date: 5/23/2012

**Page: 1**

**Bill To:**
AIRES S.A
AVENIDA EL DORADO ENT1
HANGAR AIRES
BOGOTA
COLOMBIA
ATTN: DANNA CORAL
Ph: 011-571-294-0330  Fax: 011-571-413-9450

**Ship To:**
AIRES S.A
US EXPRESS INTERNACIONAL
1621 NW 79TH AVENUE
MIAMI, FL 33126
USA

| | | | |
| --- | --- | --- | --- |
| Cust. PO#: 41961 | Terms: NET 30 | Ship Via: US EXPRESS | Ship Via Acc: CARRIER PICK UP |
| Order Date: 8/19/2010 | # of Items: 2 | # of Boxes: | Weight: |
| Prepared By: Fernando  Blanco | Sales Order: S7557 | Ship Log #: 1 | Ship Order: |
| Customer #: AS5 | | | Ship Date: 5/23/2012 |
| Buyer: DANNA CORAL | FOB: MIA, FL | AWB: | Shipment: |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | EVALUATION FEE  EVALUATION FEE | 1.00 | 0.00 | | | | $385.00 | EA | $385.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | P/N SFA13S1P0A S/N 200201038-23 | | | | | | | | |
| | UNIT IS BER. | | | | | | | | |
| 2 | CORE DEP CUST  CORE DEPOSIT CUSTOMER | 1.00 | 0.00 | | | | $75,000.00 | EA | $75,000.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | P/N SFA13S1P0A S/N 200201038-23 | | | | | | | | |
| | UNIT DECLARED SCRAP. | | | | | | | | |
| | *** Order Complete *** | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ▇▇▇▇▇▇, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
| --- | --- |
| SubTotal: | $75,385.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $0.00 |
| Total: | $75,385.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $75,385.00 |

**Authorized Signature:**

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

*Regional One*

# Invoice     Original

**Invoice #: 16479**
Invoice Date: 6/15/2012

**Page: 1**

**Bill To:**
AIRES S.A
AVENIDA EL DORADO ENTRADA
#1HANGAR AIRES
BOGOTA, CUNDINAMARCA
COLOMBIA
ATTN: Jeysson Silva
Ph: 571-294-0330

**Ship To:**
LAN CARGO
C/O AIRES S.A
1901 NW 66 AVE, BLDG 709
DOOR 58
Miami, FL 33122
USA

| | | | |
|---|---|---|---|
| Cust. PO#: 65738 | Terms: NET 30 | Ship Via: XXX-FEDX P1 | Ship Via Acc: ▮ |
| Order Date: 3/22/2012 | # of Items: 1 | # of Boxes: | Weight: |
| Prepared By: Fernando Blanco | Sales Order: S12459 | Ship Log #: 1 | Ship Order: |
| Customer #: AS5 | | | Ship Date: 6/15/2012 |
| Buyer: Jeysson Silva | FOB: MIA, FL | AWB: | Shipment: |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CORE DEP CUST   CORE DEPOSIT CUSTOMER | 1.00 | 0.00 | | | | $4,500.00 | EA | $4,500.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | MASK P/N 174260-08 | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ▮, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| SubTotal: | $4,500.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $0.00 |
| Total: | $4,500.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $4,500.00 |

**Authorized Signature:**

# Regional One

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

## INVOICE

Original

**Invoice #: 18693**
Invoice Date: 12/11/2012

Page: 1

**Bill To:**
LAN Airlines
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 – Renca
Santiago,
CHILE
ATTN: Jeysson Silva
Ph: 571-294-0330 Fax: 305-759-0637

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1701 NW 63RD AVE.
BUILDING 712, DOOR 15
MIAMI, FL 33126
USA

| | | | |
|---|---|---|---|
| **Cust. PO#:** P0267204 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 12/11/2012 | **# of Items:** 2 | **# of Boxes:** 1 | **Weight:** 8 |
| **Prepared By:** Fernando Blanco | **Sales Order:** S14959 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 12/11/2012 |
| **Buyer:** Jeysson Silva | **FOB:** MIA, FL | **AWB:** | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 395800-1005  VALVE, DUMP SPOILER | 1.00 | 0.00 | | DHC8-Q400SN4141 | 019 | $2,000.00 | EA | $2,000.00 |
| | ECCN: | | | | | | | | |
| | Serial #: 5690 | | | SV | | | | | |
| | (EXCHANGE)          Core Due: 1/11/2013 | | | | | | | | |
| | Rec'd: 1/30/2013     Core Charge: $25,000.00 | | | | | | | | |
| 2 | AOG  AOG CHARGE | 1.00 | 0.00 | | DHC8-Q400SN4141 | | $350.00 | EA | $350.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | *** Order Complete *** | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ████████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| SubTotal: | $2,350.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $0.00 |
| Total: | $2,350.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $2,350.00 |

**Authorized Signature:**

| **Regional One** | **Invoice** | Original |
|---|---|---|

*Regional One*

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

**Invoice #: 18744**
**Invoice Date:** 12/17/2012

**Page: 1**

**Bill To:**
LATAM AIRLINES (FRGN) CHILE
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
**ATTN:** Miguel Rincon
Ph: 571-294-0330 Fax: 305-759-0637

**Ship To:**
LATAM AIRLINES (FRGN) CHILE
LAN CARGO-MIAMI INTL AIRPORT
1701 NW 63RD AVE.
BUILDING 712, DOOR 15
MIAMI, FL 33126
USA

| | | |
|---|---|---|
| **Cust. PO#:** P0268354 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 12/17/2012 | **# of Items:** 2 | **# of Boxes:** 1=9X6X3 | **Weight:** 1 LBS |
| **Prepared By:** Fernando Blanco | **Sales Order:** S15006 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 12/17/2012 |
| **Buyer:** Miguel Rincon | **FOB:** EXW.MIA, FL | **AWB:** CUST FWD | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1B3008-1R  STRAP, SHOULDER GUIDE | 1.00 | 0.00 | NE | DHC8PIE | 014 | $200.00 | EA | $200.00 |
| | ECCN: | | | | | | | | |
| | DAR CAN BE SUPPLIED FOR AN ADDITIONAL $75 USD | | | | | | | | |
| 2 | DAR  FAA8130-3 | 1.00 | 0.00 | | DHC8PIE | | $75.00 | EA | $75.00 |
| | ECCN: | | | | | | | | |
| | *** Order Complete *** | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ▮▮▮▮▮▮▮▮, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $275.00 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $0.00 |
| **Freight:** | $0.00 |
| **Total:** | $275.00 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $275.00 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

*Regional One*

**Regional One**
6750 NE 4th Court
Miami, FL  33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

**Invoice**          Original

**Invoice #: 18789**
Invoice Date: 12/20/2012

**Page: 1**

**Bill To:**
LAN Airlines
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: JOSE YESID BARRERA
Ph: 571-294-0330  x109  Fax: 571-413-5503

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1701 NW 63RD AVE.
BUILDING 712, DOOR 15
MIAMI, FL 33126
USA

| | | |
|---|---|---|
| Cust. PO#: | Terms: NET 30 | Ship Via: US EXPRESS | Ship Via Acc: CUST FWD |
| Order Date: 12/20/2012 | # of Items: 1 | # of Boxes: 1 | Weight: 45 |
| Prepared By: Fernando Blanco | Sales Order: S15040 | Ship Log #: 1 | Ship Order: |
| Customer #: LAN | | | Ship Date: 12/20/2012 |
| Buyer: JOSE YESID BARREI | FOB: MIA, FL | AWB: | Shipment: |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1152148-6  AC CONTACTOR BOX  R/H | 1.00 | 0.00 | | S13681 - CORE | 019 | $9,000.00 | EA | $9,000.00 |
| | ECCN: | | | | | | | | |
| | Serial #: 1152148-00204 | | | SV | | | | | |
| | (EXCHANGE)          Core Due: 1/20/2013 | | | | | | | | |
| | Core Charge: $165,000.00 | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge
on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs
of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels.
Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK ,
ACCOUNT#. 427-984-3689, ABA#. ▮▮▮▮▮▮▮, SWIFT CODE: NRTHUS33XXX, MIAMI,
FLORIDA 33131

| | |
|---|---|
| SubTotal: | $9,000.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $0.00 |
| Total: | $9,000.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $9,000.00 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

*Regional One*

**Invoice** Original

**Invoice #: 18814**
**Invoice Date:** 12/26/2012

**Page: 1**

**Bill To:**
LAN Airlines
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: JOSE YESID BARRERA
Ph: 571-294-0330 x109 Fax: 571-413-5503

**Ship To:**
LAN Airlines
LAN AIRLINE C/O AIRES S.A
DESCARGUE DIRECTO/ ENTREGA INMEDIAT
AVENIDA EL DORADO ENTRADA 1
BOGOTA
COLOMBIA

| | | |
|---|---|---|
| **Cust. PO#:** P0249994 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 9/13/2012 | **# of Items:** 2 | **# of Boxes:** | **Weight:** |
| **Prepared By:** Fernando Blanco | **Sales Order:** S14231 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 12/26/2012 |
| **Buyer:** JOSE YESID BARREI | **FOB:** MIA, FL | **AWB:** | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | FREIGHT  FREIGHT CHARGE | 1.00 | 0.00 | | | | $90.00 | EA | $90.00 |
| | ECCN: | | | | | | | | |
| | P/N 900-700-048-28 S/N L272079 | | | | | | | | |
| | HAZ MAT SHIPPING TO AND FROM REPAIR FACILITY | | | | | | | | |
| 1 | 900-700-048-28  CYLINDER ASSY, CREW O | 1.00 | 0.00 | | | | $10,862.47 | EA | $10,862.47 |
| | ECCN: 9A991.d | | | | | | | | |
| Alt: | | | | | | | | | |
| | (Repair Charge) | | | | | | | | |
| | P/N 900-700-048-28 S/N L272079 | | | | | | | | |
| | REPAIR COST | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ▊▊▊▊▊, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $10,862.47 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $0.00 |
| **Freight:** | $90.00 |
| **Total:** | $10,952.47 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $10,952.47 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

*Regional One*

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

**Invoice**   Original

**Invoice #: 19518**
Invoice Date: 2/25/2013

Page: 1

**Bill To:**
LAN Airlines
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Jeysson Silva
Ph: 571-294-0330 Fax: 305-759-0637

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1701 NW 63RD AVE.
BUILDING 712, DOOR 15
MIAMI, FL 33126
USA

| | | | |
|---|---|---|---|
| **Cust. PO#:** P0266114 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 12/10/2012 | **# of Items:** 1 | **# of Boxes:** | **Weight:** |
| **Prepared By:** Fernando Blanco | **Sales Order:** S14939 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 2/25/2013 |
| **Buyer:** Jeysson Silva | **FOB:** EXW.MIA, FL | **AWB:** | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 3 | LATE FEES ON EXCHANGE  LATE RETURN CORE EXCHANGE<br><br>ECCN:<br><br>LATE FEES FEES FROM 02/10 TROUGHT 03-/10<br>CUST PO P0266114<br>DISPAY P/N C19190AB07<br>* * * Order Complete * * * | 1.00 | 0.00 | | | | $8,000.00 | EA | $8,000.00 |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ▮▮▮▮▮▮▮, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| SubTotal: | $8,000.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $0.00 |
| Total: | $8,000.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $8,000.00 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

**Regional One**
6750 NE 4th Court
Miami, FL  33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

*Regional One*

| **Invoice** | Original |
|---|---|
| **Invoice #: 19686** | |
| Invoice Date: 3/10/2013 | |
| **Page: 1** | |

**Bill To:**
LATAM AIRLINES (FRGN) CHILE
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
Ph: +56 2 565 3339  Fax: +56 2 565 3498

**Ship To:**
LATAM AIRLINES (FRGN) CHILE
LAN CARGO-MIAMI INTL AIRPORT
1701 NW 63RD AVE.
BUILDING 712, DOOR 15
MIAMI, FL 33126
USA

| | | | |
|---|---|---|---|
| Cust. PO#: | Terms: NET 30 | Ship Via: US EXPRESS | Ship Via Acc: |
| Order Date: 3/10/2013 | # of Items: 2 | # of Boxes: 1 | Weight: 5 |
| Prepared By: | Sales Order: S15705 | Ship Log #: 1 | Ship Order: |
| Customer #: LAN | | | Ship Date: 3/10/2013 |
| Buyer: | FOB: MIA, FL | AWB: | Shipment: |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 99-522-KB3-22464   SWITCH, PTU MANUAL SELECT | 1.00 | 0.00 | NE | VOL4196 | 012 | $1,400.00 | EA | $1,400.00 |
| | ECCN: 7A994 | | | | | | | | |
| 2 | AOG  AOG CHARGE | 1.00 | 0.00 | | VOL4196 | | $350.00 | EA | $350.00 |
| | ECCN: | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge
on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs
of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels.
Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK ,
ACCOUNT#. 427-984-3689, ABA#. █████████, SWIFT CODE: NRTHUS33XXX, MIAMI,
FLORIDA 33131

| | |
|---|---|
| SubTotal: | $1,750.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $0.00 |
| Total: | $1,750.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $1,750.00 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

*Regional One*

**Invoice** Original

**Invoice #: 19710**
Invoice Date: 3/12/2013

**Page: 1**

**Bill To:**
LAN Airlines
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Jeysson Silva
Ph: 571-294-0330 Fax: 305-759-0637

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1701 NW 63RD AVE.
BUILDING 712, DOOR 15
MIAMI, FL 33126
USA

| | | | |
|---|---|---|---|
| Cust. PO#: P0266114 | Terms: NET 30 | Ship Via: US EXPRESS | Ship Via Acc: CUST FWD |
| Order Date: 3/11/2013 | # of Items: 1 | # of Boxes: | Weight: |
| Prepared By: Fernando Blanco | Sales Order: S14939 | Ship Log #: 1 | Ship Order: |
| Customer #: LAN | | | Ship Date: 3/12/2013 |
| Buyer: Jeysson Silva | FOB: EXW.MIA, FL | AWB: | Shipment: |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CORE DEP CUST  CORE DEPOSIT CUSTOMER | 1.00 | 0.00 | | | | $85,000.00 | EA | $85,000.00 |
| | ECCN: | | | | | | | | |
| | S14939 | | | | | | | | |
| | CUST PO P0266114 | | | | | | | | |
| | SMART MULTI-FUCTION DISPLAY P/N | | | | | | | | |
| | C19190AB07 | | | | | | | | |
| | CORE CHARGE | | | | | | | | |
| | PER EXCHANGE AGREEMENT | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ████████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| SubTotal: | $85,000.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $0.00 |
| Total: | $85,000.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $85,000.00 |

**Authorized Signature:**

| | | |
|---|---|---|
| *Regional One* | **Regional One**<br>6750 NE 4th Court<br>Miami, FL 33138<br>USA<br>Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411 | **Invoice**  Original<br>**Invoice #: 19766**<br>Invoice Date: 3/15/2013<br><br>Page: 1 |

**Bill To:**
LATAM AIRLINES (FRGN) CHILE
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Cindy Lorena Villalobos
Ph: 571-294-0330 X 71062

**Ship To:**
LAN CARGO-MIAMI INTL AIRPORT
1701 NW 63RD AVE.
BUILDING 712, DOOR 15
MIAMI, FL 33126
USA

| | | | | |
|---|---|---|---|---|
| **Cust. PO#:** P0278646 | **Terms:** NET 30 | | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 2/7/2013 | **# of Items:** 2 | | **# of Boxes:** | **Weight:** |
| **Prepared By:** Fernando Blanco | **Sales Order:** S15449 | | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | | **Ship Date:** 3/15/2013 |
| **Buyer:** Cindy Lorena Villalob | **FOB:** EXW.MIA, FL | | **AWB:** | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | FREIGHT  FREIGHT CHARGE | 1.00 | 0.00 | | | | $28.00 | EA | $28.00 |
| | ECCN: | | | | | | | | |
| | P/N 778697-1 S/N 880236 | | | | | | | | |
| | FREIGHT COST TO AND FROM REPAIR FACILITY | | | | | | | | |
| 1 | 778697-1  VALVE TRIM-ZONE TEMP | 1.00 | 0.00 | | | | $1,348.72 | EA | $1,348.72 |
| | ECCN: 9A991.d | | | | | | | | |
| Alt: | | | | | | | | | |
| | (Repair Charge) | | | | | | | | |
| | P/N 778697-1 S/N 880236 | | | | | | | | |
| | REPAIR COST | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ███████████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| SubTotal: | $1,348.72 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $28.00 |
| Total: | $1,376.72 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $1,376.72 |

Authorized Signature:

# Regional One

*RegionalOne*

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

## Invoice — Original

**Invoice #: 18647**
Invoice Date: 12/7/2012

**Page: 1**

**Bill To:**
LAN Airlines
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Jeysson Silva
Ph: 571-294-0330  Fax: 305-759-0637

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1701 NW 63RD AVE.
BUILDING 712, DOOR 15
MIAMI, FL 33126
USA

| | | |
|---|---|---|
| **Cust. PO#:** P0259403 | **Terms:** NET 30 | **Ship Via:** US EXPRESS |
| **Order Date:** 11/1/2012 | **# of Items:** 2 | **# of Boxes:** |
| **Prepared By:** Fernando Blanco | **Sales Order:** S14622 | **Ship Log #:** 1 |
| **Customer #:** LAN | | |
| **Buyer:** Jeysson Silva | **FOB:** EXW.MIA, FL | **AWB:** |

**Ship Via Acc:** CUST FWD
**Weight:**
**Ship Order:**
**Ship Date:** 12/7/2012
**Shipment:**

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | FREIGHT  FREIGHT CHARGE | 1.00 | 0.00 | | | | $28.00 | EA | $28.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | P/N 130522-2 S/N 89-451 | | | | | | | | |
| | FREIGHT COST TO AND FROM REPAIR FACILITY | | | | | | | | |
| 1 | 130522-2  SELECTOR, CABIN PRESSURE CONTROL | 1.00 | 0.00 | | | | $452.00 | EA | $452.00 |
| | ECCN: 9A991.d | | | | | | | | |
| Alt: | | | | | | | | | |
| | (Repair Charge) | | | | | | | | |
| | P/N 130522-2 S/N 89-451 | | | | | | | | |
| | REPAIR COST | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ▓▓▓▓▓▓▓, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $452.00 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $0.00 |
| **Freight:** | $28.00 |
| **Total:** | $480.00 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $480.00 |

**Authorized Signature:**

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

**Invoice**    Original

**Invoice #:** 18662
**Invoice Date:** 12/10/2012

**Page:** 1

**Bill To:**
LAN Airlines
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Jeysson Silva
Ph: 571-294-0330  Fax: 305-759-0637

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1701 NW 63RD AVE.
BUILDING 712, DOOR 15
MIAMI, FL 33126
USA

| | | |
|---|---|---|
| **Cust. PO#:** P0266114 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 12/10/2012 | **# of Items:** 1 | **# of Boxes:** 1=18X14X14 | **Weight:** 15 LBS |
| **Prepared By:** Fernando Blanco | **Sales Order:** S14939 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 12/10/2012 |
| **Buyer:** Jeysson Silva | **FOB:** EXW.MIA, FL | **AWB:** CUST FWD | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | C19190AB07  SMART MULTI-FUCTION DISPLAY | 1.00 | 0.00 | | S10807 - CORE RETURN | | $8,000.00 | EA | $8,000.00 |
| | ECCN: 7A994 | | | | | | | | |
| | Serial #: C19190001041 | | | SV | | | | | |
| | (EXCHANGE)          Core Due: 1/10/2013 | | | | | | | | |
| | Core Charge: $85,000.00 | | | | | | | | |
| | LATE FEES FEES FROM 01/10 TROUGHT 02/10 | | | | | | | | |
| | CUST PO P0266114 | | | | | | | | |
| | P/N C19190AB07 | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ███████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $8,000.00 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $0.00 |
| **Freight:** | $0.00 |
| **Total:** | $8,000.00 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $8,000.00 |

**Authorized Signature:**

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

*Regional One*

| **Invoice** | Original |
|---|---|
| **Invoice #: 18663** | |
| Invoice Date: 12/10/2012 | |
| **Page: 1** | |

**Bill To:**
LAN Airlines
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Jeysson Silva
Ph: 571-294-0330 Fax: 305-759-0637

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1701 NW 63RD AVE.
BUILDING 712, DOOR 15
MIAMI, FL 33126
USA

| | | | |
|---|---|---|---|
| **Cust. PO#:** P0266115 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 12/10/2012 | **# of Items:** 1 | **# of Boxes:** 1=18X14X14 | **Weight:** 15 LBS |
| **Prepared By:** Fernando Blanco | **Sales Order:** S14940 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 12/10/2012 |
| **Buyer:** Jeysson Silva | **FOB:** EXW.MIA, FL | **AWB:** CUST FWD | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | C19190AB07  SMART MULTI-FUCTION DISPLAY | 1.00 | 0.00 | | S9355 - CORE EXCHANGE | | $8,000.00 | EA | $8,000.00 |
| | ECCN: 7A994 | | | | | | | | |
| | Serial #: 431 | | | SV | | | | | |
| | (EXCHANGE)              Core Due: 1/10/2013 | | | | | | | | |
| | Rec'd: 2/12/2013     Core Charge: $85,000 00 | | | | | | | | |
| | 07 MISSING FROM P/N FERNANDO OKED | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#: 427-984-3689, ABA#. ████████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| SubTotal: | $8,000.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $0.00 |
| Total: | $8,000.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $8,000.00 |

Authorized Signature:

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

| | Regional One | Invoice | Original |
|---|---|---|---|
| *RegionalOne* | 6750 NE 4th Court<br>Miami, FL 33138<br>USA<br>Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411 | **Invoice**<br>**Invoice #: 18673**<br>Invoice Date: 12/11/2012<br><br>Page: 1 | |

**Bill To:**
LAN Airlines
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Miguel Rincon
Ph: 571-294-0330  Fax: 305-759-0637

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1901 NW 66 AVE
BUILDING 709, DOOR 58
MIAMI, FL 33122
USA

| Cust. PO#: P0245152 | Terms: NET 30 | Ship Via: US EXPRESS | Ship Via Acc: CUST FWD |
|---|---|---|---|
| Order Date: 8/23/2012 | # of Items: 1 | # of Boxes: | Weight: |
| Prepared By: Fernando Blanco | Sales Order: S14052 | Ship Log #: 1 | Ship Order: |
| Customer #: LAN | | | Ship Date: 12/11/2012 |
| Buyer: Miguel Rincon | FOB: MIA, FL | AWB: | Shipment: |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CORE DEP CUST  CORE DEPOSIT CUSTOMER | 1.00 | 0.00 | | | | $15,000.00 | EA | $15,000.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | s14052<br>CUST PO P0245152<br>PCU P/N 782490-50<br>S/N 980110<br>CORE CHARGE FOR FAILURE TO RETURN<br>CORE<br>* * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ██████████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| SubTotal: | $15,000.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $0.00 |
| Total: | $15,000.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $15,000.00 |

**Authorized Signature:**

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

**Invoice**                Original

**Invoice #: 18676**
Invoice Date: 12/11/2012

Page: 1

**Bill To:**
LAN Airlines
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: JOSE YESID BARRERA
Ph: 571-294-0330  x109  Fax: 571-413-5503

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1901 NW 66 AVE
BUILDING 709, DOOR 58
MIAMI, FL 33122
USA

| | | | |
|---|---|---|---|
| **Cust. PO#:** P0244433 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 8/20/2012 | **# of Items:** 1 | **# of Boxes:** | **Weight:** |
| **Prepared By:** Fernando  Blanco | **Sales Order:** S14019 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 12/11/2012 |
| **Buyer:** JOSE YESID BARREI | **FOB:** MIA, FL | **AWB:** | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CORE DEP CUST  CORE DEPOSIT CUSTOMER | 1.00 | 0.00 | | | | $6,500.00 | EA | $6,500.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | S14019 | | | | | | | | |
| | P/N 8SC0239 | | | | | | | | |
| | CUST PO P0244433 | | | | | | | | |
| | STRUT P/N 8SC0239 | | | | | | | | |
| | CORE CHARGE FAILURE TO RETURN CORE | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ████████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $6,500.00 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $0.00 |
| **Freight:** | $0.00 |
| **Total:** | $6,500.00 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $6,500.00 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

# RegionalOne

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

# Invoice    Original

**Invoice #: 18677**
Invoice Date: 12/11/2012

**Page: 1**

---

**Bill To:**
LAN Airlines
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Lizeth Katherine Tarazona Blanco
Ph: 571-294-0330 x 71062

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1901 NW 66 AVE
BUILDING 709, DOOR 58
MIAMI, FL 33122
USA

---

| | | | |
|---|---|---|---|
| **Cust. PO#:** P0239183 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 7/25/2012 | **# of Items:** 1 | **# of Boxes:** | **Weight:** |
| **Prepared By:** Fernando Blanco | **Sales Order:** S13781 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 12/11/2012 |
| **Buyer:** Lizeth Katherine Tara: | **FOB:** MIA, FL | **AWB:** | **Shipment:** |

---

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CORE DEP CUST  CORE DEPOSIT CUSTOMER | 1.00 | 0.00 | | | | $15,000.00 | EA | $15,000.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | S13781 | | | | | | | | |
| | CUST PO P0239183 | | | | | | | | |
| | OVER SPEED GOVERNOR P/N 8210-161F S/N | | | | | | | | |
| | 2007772 | | | | | | | | |
| | CORE CHARGE DUE TO FAILURE TO RETURN | | | | | | | | |
| | CORE | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

---

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

---

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ▮▮▮▮▮▮▮▮, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $15,000.00 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $0.00 |
| **Freight:** | $0.00 |
| **Total:** | $15,000.00 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $15,000.00 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

*RegionalOne*

**Invoice** — Original

**Invoice #: 17753**
Invoice Date: 9/19/2012

Page: 1

**Bill To:**
LAN Airlines
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: JOSE YESID BARRERA
Ph: 571-294-0330  x109  Fax: 571-413-5503

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1901 NW 66 AVE
BUILDING 709, DOOR 58
MIAMI, FL 33122
USA

| | | |
|---|---|---|
| Cust. PO#: P0240186 | Terms: NET 30 | Ship Via: CUST PICKUP |
| Order Date: 7/30/2012 | # of Items: 2 | # of Boxes: |
| Prepared By: Fernando  Blanco | Sales Order: S13829 | Ship Log #: 1 |
| Customer #: LAN | | |
| Buyer: JOSE YESID BARREI | FOB: MIA, FL | AWB: |

| | | |
|---|---|---|
| Ship Via Acc: | | |
| Weight: | | |
| Ship Order: | | |
| Ship Date: 9/19/2012 | | |
| Shipment: | | |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | FREIGHT   FREIGHT CHARGE | 1.00 | 0.00 | | | | $54.00 | EA | $54.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | P/N 8210-161 S/N 11483459 | | | | | | | | |
| | FREIGHT COST TO AND FROM REPAIR FACILITY | | | | | | | | |
| 1 | 8210-161   OVERSPEED GOVERNOR | 1.00 | 0.00 | | | | $1,909.91 | EA | $1,909.91 |
| | ECCN: 9A991 .d | | | | | | | | |
| Alt: | | | | | | | | | |
| | (Repair Charge) | | | | | | | | |
| | P/N 8210-161 S/N 11483459 | | | | | | | | |
| | REPAIR COST | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before
an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge
on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs
of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels.
Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK ,
ACCOUNT#. 427-984-3689, ABA#. ████████, SWIFT CODE: NRTHUS33XXX, MIAMI,
FLORIDA 33131

| | |
|---|---|
| SubTotal: | $1,909.91 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $54.00 |
| Total: | $1,963.91 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $1,963.91 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

| | | |
|---|---|---|
| *RegionalOne* | **Regional One**<br>6750 NE 4th Court<br>Miami, FL 33138<br>USA<br>Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411 | **Invoice**  Original<br>**Invoice #: 17795**<br>Invoice Date: 9/24/2012<br><br>Page: 1 |

**Bill To:**
LAN Airlines
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Jeysson Silva
Ph: 571-294-0330  Fax: 305-759-0637

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1901 NW 66 AVE
BUILDING 709, DOOR 58
MIAMI, FL 33122
USA

| | | | |
|---|---|---|---|
| **Cust. PO#:** P0236654 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 7/13/2012 | **# of Items:** 1 | **# of Boxes:** | **Weight:** |
| **Prepared By:** Fernando Blanco | **Sales Order:** S13669 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 9/24/2012 |
| **Buyer:** Jeysson Silva | **FOB:** MIA, FL | **AWB:** | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 3 | LATE FEES ON EXCHANGE  LATE RETURN CORE EXCHANGE<br><br>ECCN:<br><br>Alt:<br><br>P/N 522778 DC POWER MONITOR<br>LATE FEES FROM 9/13 TROUGH 10/13<br>S13669<br>P0236654<br>* * * Order Complete * * * | 1.00 | 0.00 | | | | $1,000.00 | EA | $1,000.00 |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ▇▇▇▇▇▇▇, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $1,000.00 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $0.00 |
| **Freight:** | $0.00 |
| **Total:** | $1,000.00 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $1,000.00 |

**Authorized Signature:**

*RegionalOne*

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

# Invoice

Original

**Invoice #: 17927**
Invoice Date: 10/6/2012

**Page: 1**

**Bill To:**
LAN Airlines
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Miguel Rincon
Ph: 571-294-0330 Fax: 305-759-0637

**Ship To:**
LAN Airlines
LAN CARGO
MIAMI INTL. AIRRPORT
1701 NW 63RD AVE BLDG 712,DOOR15
MIAMI, FL 33126

| | | |
|---|---|---|
| **Cust. PO#:** P0254488 | **Terms:** NET 30 | **Ship Via:** US EXPRESS |
| **Order Date:** 10/5/2012 | **# of Items:** 2 | **# of Boxes:** |
| **Prepared By:** Fernando Blanco | **Sales Order:** S14408 | **Ship Log #:** 1 |
| **Customer #:** LAN | | |
| **Buyer:** Miguel Rincon | **FOB:** MIA, FL | **AWB:** |

| | |
|---|---|
| **Ship Via Acc:** CUST FWD | |
| **Weight:** | |
| **Ship Order:** | |
| **Ship Date:** 10/6/2012 | |
| **Shipment:** | |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10-0055-11  LIGHT, EMERGENCY EXIT | 1.00 | 0.00 | | S6740 - CORE RETURN | | $1,200.00 | EA | $1,200.00 |
| | ECCN: 9A991.d | | | | | | | | |
| | Serial #: 63478 | | | SV | | | | | |
| | (EXCHANGE) | Core Due: 11/5/2012 | | | | | | | |
| | | Core Charge: $2,000.00 | | | | | | | |
| | FLAT RATE EXCHANGE | | | | | | | | |
| 2 | AOG  AOG CHARGE | 1.00 | 0.00 | | S6740 - CORE RETURN | | $350.00 | EA | $350.00 |
| | ECCN: | | | | | | | | |
| | * * * Order Not Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ███████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $1,550.00 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $0.00 |
| **Freight:** | $0.00 |
| **Total:** | $1,550.00 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $1,550.00 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

**Regional One**
6750 NE 4th Court
Miami, FL  33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

*Regional One*

| **Invoice** | Original |
|---|---|

**Invoice #: 17975**
Invoice Date: 10/10/2012

**Page: 1**

**Bill To:**
LAN Airlines
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: JOSE YESID BARRERA
Ph: 571-294-0330 x109 Fax: 571-413-5503

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1901 NW 66 AVE
BUILDING 709, DOOR 58
MIAMI, FL 33122
USA

| | | | |
|---|---|---|---|
| **Cust. PO#:** P0244433 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 8/20/2012 | **# of Items:** 1 | **# of Boxes:** | **Weight:** |
| **Prepared By:** Fernando Blanco | **Sales Order:** S14019 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 10/10/2012 |
| **Buyer:** JOSE YESID BARREI | **FOB:** MIA, FL | **AWB:** | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 2 | LATE FEES ON EXCHANGE  LATE RETURN CORE EXCHANGE | 1.00 | 0.00 | | | | $1,000.00 | EA | $1,000.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | S14019 P/N 8SC0239 CUST PO P0244433 STRUT P/N 8SC0239 LATE FEES FROM 9/31 TROUGH 10/31 *** Order Complete *** | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ███████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $1,000.00 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $0.00 |
| **Freight:** | $0.00 |
| **Total:** | $1,000.00 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $1,000.00 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

| | | | |
|---|---|---|---|
| *RegionalOne* | **Regional One**<br>6750 NE 4th Court<br>Miami, FL 33138<br>USA<br>Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411 | **Invoice** Original<br>**Invoice #: 18036**<br>Invoice Date: 10/16/2012<br><br>Page: 1 | |

**Bill To:**
LAN Airlines
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 – Renca
Santiago,
CHILE
ATTN: JOSE YESID BARRERA
Ph: 571-294-0330 x109 Fax: 571-413-5503

**Ship To:**
LAN Airlines
LAN AIRLINE C/O AIRES S.A
DESCARGUE DIRECTO/ ENTREGA INMEDIAT
AVENIDA EL DORADO ENTRADA 1
BOGOTA
COLOMBIA

| | | | |
|---|---|---|---|
| **Cust. PO#:** P0249994 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 9/13/2012 | **# of Items:** 1 | **# of Boxes:** | **Weight:** |
| **Prepared By:** Fernando Blanco | **Sales Order:** S14231 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 10/16/2012 |
| **Buyer:** JOSE YESID BARREI | **FOB:** MIA, FL | **AWB:** | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 4 | LATE FEES ON EXCHANGE  LATE RETURN<br>CORE EXCHANGE<br><br>ECCN:<br><br>Alt:<br><br>S14231<br>CUST PO P0249994<br>P/N 900-700-048-26<br>S/N 1038<br>LATE FEES FROM 10-14 TROUGH 11-14<br>* * * Order Complete * * * | 1.00 | 0.00 | | | | $2,500.00 | EA | $2,500.00 |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ▬▬▬▬, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $2,500.00 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $0.00 |
| **Freight:** | $0.00 |
| **Total:** | $2,500.00 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $2,500.00 |

**Authorized Signature:**

| | | Regional One | | | **Invoice** | Original |
| --- | --- | --- | --- | --- | --- | --- |

*Regional One*

Regional One
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

**Invoice**   Original
**Invoice #: 18372**
Invoice Date: 11/15/2012

Page: 1

**Bill To:**
LAN Airlines
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Jeysson Silva
Ph: 571-294-0330  Fax: 305-759-0637

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1901 NW 66 AVE
BUILDING 709, DOOR 58
MIAMI, FL 33122
USA

| | | | |
| --- | --- | --- | --- |
| **Cust. PO#:** P0236654 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 7/13/2012 | **# of Items:** 1 | **# of Boxes:** | **Weight:** |
| **Prepared By:** Fernando Blanco | **Sales Order:** S13669 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 11/15/2012 |
| **Buyer:** Jeysson Silva | **FOB:** MIA, FL | **AWB:** | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5 | LATE FEES ON EXCHANGE   LATE RETURN CORE EXCHANGE | 1.00 | 0.00 | | | | $1,000.00 | EA | $1,000.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | P/N 522778 DC POWER MONITOR LATE FEES FROM 11/13 TROUGH 12/13 S13669 P0236654 | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ███████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
| --- | --- |
| SubTotal: | $1,000.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $0.00 |
| Total: | $1,000.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $1,000.00 |

**Authorized Signature:**

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

*Regional One*

**Invoice**   Original

**Invoice #: 18373**
Invoice Date: 11/15/2012

Page: 1

**Bill To:**
LAN Airlines
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Miguel Rincon
Ph: 571-294-0330  Fax: 305-759-0637

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1901 NW 66 AVE
BUILDING 709, DOOR 58
MIAMI, FL 33122
USA

| | | | |
|---|---|---|---|
| **Cust. PO#:** P0245152 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 8/23/2012 | **# of Items:** 1 | **# of Boxes:** | **Weight:** |
| **Prepared By:** Fernando Blanco | **Sales Order:** S14052 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 11/15/2012 |
| **Buyer:** Miguel Rincon | **FOB:** MIA, FL | **AWB:** | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 3 | LATE FEES ON EXCHANGE  LATE RETURN CORE EXCHANGE | 1.00 | 0.00 | | | | $3,500.00 | EA | $3,500.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | s14052 CUST PO P0245152 PCU P/N 782490-50 LATE FEES FROM 10-23 TROUGH 11-23 | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ▓▓▓▓▓▓▓▓, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| SubTotal: | $3,500.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $0.00 |
| Total: | $3,500.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $3,500.00 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

| | | |
|---|---|---|
| *Regional One* | **Regional One**<br>6750 NE 4th Court<br>Miami, FL  33138<br>USA<br>Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411 | **Invoice**  Original<br>**Invoice #: 18374**<br>Invoice Date: 11/15/2012<br><br>Page: 1 |

**Bill To:**
LAN Airlines
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Lizeth Katherine Tarazona Blanco
Ph: 571-294-0330 x 71062

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1901 NW 66 AVE
BUILDING 709, DOOR 58
MIAMI, FL 33122
USA

| | | | |
|---|---|---|---|
| **Cust. PO#:** P0239183 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 7/25/2012 | **# of Items:** 1 | **# of Boxes:** | **Weight:** |
| **Prepared By:** Fernando  Blanco | **Sales Order:** S13781 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 11/15/2012 |
| **Buyer:** Lizeth Katherine Tara: | **FOB:** MIA, FL | **AWB:** | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 3 | LATE FEES ON EXCHANGE  LATE RETURN CORE EXCHANGE<br><br>ECCN:<br><br>* * * Order Complete * * * | 1.00 | 0.00 | | | | $1,500.00 | EA | $1,500.00 |
| Alt: | | | | | | | | | |

> **All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ▮▮▮▮▮▮▮, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| SubTotal: | $1,500.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $0.00 |
| Total: | $1,500.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $1,500.00 |

Authorized Signature:

| **Regional One**<br>6750 NE 4th Court<br>Miami, FL 33138<br>USA<br>Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411 | | **Invoice** Original |
|---|---|---|
| | | **Invoice #: 18375**<br>Invoice Date: 11/15/2012 |
| | | **Page: 1** |

*RegionalOne*

| **Bill To:**<br>LAN Airlines<br>LAN AIRLINES S.A<br>Americo Vespucio 0901 - Renca<br>Santiago,<br>CHILE<br>ATTN: JOSE YESID BARRERA<br>Ph: 571-294-0330  x109  Fax: 571-413-5503 | **Ship To:**<br>LAN Airlines<br>LAN CARGO-MIAMI INTL AIRPORT<br>1901 NW 66 AVE<br>BUILDING 709, DOOR 58<br>MIAMI, FL 33122<br>USA |
|---|---|

| Cust. PO#: P0244433 | Terms: NET 30 | Ship Via: US EXPRESS | Ship Via Acc: CUST FWD |
|---|---|---|---|
| Order Date: 8/20/2012 | # of Items: 1 | # of Boxes: | Weight: |
| Prepared By: Fernando Blanco | Sales Order: S14019 | Ship Log #: 1 | Ship Order: |
| Customer #: LAN | | | Ship Date: 11/15/2012 |
| Buyer: JOSE YESID BARREI | FOB: MIA, FL | AWB: | Shipment: |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 3 | LATE FEES ON EXCHANGE   LATE RETURN<br>CORE EXCHANGE<br><br>ECCN:<br><br>Alt:<br><br>S14019<br>P/N 8SC0239<br>CUST PO P0244433<br>STRUT P/N 8SC0239<br>LATE FEES FROM 10/31 TROUGH 12/1<br>* * * Order Complete * * * | 1.00 | 0.00 | | | | $1,000.00 | EA | $1,000.00 |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

| All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ▓▓▓▓▓▓▓, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131 | | |
|---|---|---|
| | SubTotal: | $1,000.00 |
| | Tax Total: | $0.00 |
| | Misc Charge: | $0.00 |
| | Freight: | $0.00 |
| | Total: | $1,000.00 |
| | Payment Amt: | $0.00 |
| | Payment Type: | |
| | Payment Owed: | $1,000.00 |
| **Authorized Signature:** | | |

| | | |
|---|---|---|
| *RegionalOne* | **Regional One**<br>6750 NE 4th Court<br>Miami, FL 33138<br>USA<br>Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411 | **Invoice**　Original<br>**Invoice #: 18376**<br>Invoice Date: 11/15/2012<br><br>Page: 1 |

**Bill To:**
LAN Airlines
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 – Renca
Santiago,
CHILE
ATTN: JOSE YESID BARRERA
Ph: 571-294-0330  x109  Fax: 571-413-5503

**Ship To:**
LAN Airlines
LAN AIRLINE C/O AIRES S.A
DESCARGUE DIRECTO/ ENTREGA INMEDIAT
AVENIDA EL DORADO ENTRADA 1
BOGOTA
COLOMBIA

| | | | |
|---|---|---|---|
| **Cust. PO#:** P0249994 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 9/13/2012 | **# of Items:** 1 | **# of Boxes:** | **Weight:** |
| **Prepared By:** Femando  Blanco | **Sales Order:** S14231 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 11/15/2012 |
| **Buyer:** JOSE YESID BARREI | **FOB:** MIA, FL | **AWB:** | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 5 | LATE FEES ON EXCHANGE   LATE RETURN<br>CORE EXCHANGE<br><br>ECCN:<br><br>Alt:<br><br>S14231<br>CUST PO P0249994<br>P/N 900-700-048-28<br>S/N 1038<br>LATE FEES FROM 11-14 TROUGH 12-14<br>* * * Order Complete * * * | 1.00 | 0.00 | | | | $2,250.00 | EA | $2,250.00 |

> **All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge
on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs
of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels.
Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK ,
ACCOUNT#. 427-984-3689, ABA#. ▮▮▮▮▮▮, SWIFT CODE: NRTHUS33XXX, MIAMI,
FLORIDA 33131

| | |
|---|---|
| SubTotal: | $2,250.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $0.00 |
| Total: | $2,250.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $2,250.00 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

**RegionalOne**

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

# Invoice          Original

**Invoice #: 16926**
Invoice Date: 7/16/2012

**Page: 1**

---

**Bill To:**
LAN Airlines
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Jeysson Silva
Ph: 571-294-0330  Fax: 305-759-0637

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1901 NW 66 AVE
BUILDING 709, DOOR 58
MIAMI, FL 33122
USA

---

| | | | |
|---|---|---|---|
| Cust. PO#: P0236654 | Terms: NET 30 | Ship Via: US EXPRESS | Ship Via Acc: CUST FWD |
| Order Date: 7/13/2012 | # of Items: 1 | # of Boxes: 1 | Weight: 3 |
| Prepared By: Fernando  Blanco | Sales Order: S13669 | Ship Log #: 1 | Ship Order: |
| Customer #: LAN | | | Ship Date: 7/16/2012 |
| Buyer: Jeysson Silva | FOB: MIA, FL | AWB: | Shipment: |

---

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 522778  DC POWER MONITOR | 1.00 | 0.00 | | | 004 | $1,000.00 | EA | $1,000.00 |
| | ECCN: | | | | | | | | |
| | Serial #: 08890276A | | | SV | | | | | |
| | (EXCHANGE) | | | | | | | | |
| | Core Charge: $3,000.00 | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

---

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

---

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ▇▇▇▇▇▇, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| SubTotal: | $1,000.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $0.00 |
| Total: | $1,000.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $1,000.00 |

**Authorized Signature:**

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

*Regional One*

| **Invoice** | Original |
|---|---|
| **Invoice #: 17440** | |
| Invoice Date: 8/23/2012 | |
| **Page: 1** | |

**Bill To:**
LAN Airlines
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Miguel Rincon
Ph: 571-294-0330  Fax: 305-759-0637

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1901 NW 66 AVE
BUILDING 709, DOOR 58
MIAMI, FL 33122
USA

| | | | |
|---|---|---|---|
| **Cust. PO#:** P0245152 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 8/23/2012 | **# of Items:** 1 | **# of Boxes:** 1 | **Weight:** 16 |
| **Prepared By:** Fernando Blanco | **Sales Order:** S14052 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 8/23/2012 |
| **Buyer:** Miguel Rincon | **FOB:** MIA, FL | **AWB:** | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 782490-50  PCU | 1.00 | 0.00 | | F28HA | 007 | $3,500.00 | EA | $3,500.00 |
| | ECCN: 9A991.d | | | | | | | | |
| | Serial #: 980110 | | | OH | | | | | |
| | (EXCHANGE)          Core Due: 9/23/2012 | | | | | | | | |
| | Core Charge: $18,000.00 | | | | | | | | |
| | UNIDAD PARA LANCOLOMBIA AIRLINES | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ███████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $3,500.00 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $0.00 |
| **Freight:** | $0.00 |
| **Total:** | $3,500.00 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $3,500.00 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

**Regional One**
6750 NE 4th Court
Miami, FL  33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

*Regional One*

**Invoice**  Original

**Invoice #: 17553**
Invoice Date: 8/31/2012

Page: 1

**Bill To:**
LAN Airlines
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: JOSE YESID BARRERA
Ph: 571-294-0330  x109  Fax: 571-413-5503

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1901 NW 66 AVE
BUILDING 709, DOOR 58
MIAMI, FL 33122
USA

| | | | |
|---|---|---|---|
| Cust. PO#: P0244433 | Terms: NET 30 | Ship Via: US EXPRESS | Ship Via Acc: CUST FWD |
| Order Date: 8/20/2012 | # of Items: 1 | # of Boxes: 1=12X10X3 | Weight: 1 |
| Prepared By: Fernando  Blanco | Sales Order: S14019 | Ship Log #: 1 | Ship Order: |
| Customer #: LAN | | | Ship Date: 8/31/2012 |
| Buyer: JOSE YESID BARREI | FOB: MIA, FL | AWB: CUST FWD | Shipment: |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8SC0239   STRUT, ACCESS DOOR | 1.00 | 0.00 | NE | P6304 | 001 | $1,000.00 | EA | $1,000.00 |
| | ECCN: | | | | | | | | |
| | (EXCHANGE)              Core Due: 9/30/2012 | | | | | | | | |
| | Core Charge: $6,500.00 | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ████████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| SubTotal: | $1,000.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $0.00 |
| Total: | $1,000.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $1,000.00 |

**Authorized Signature:**

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

*Regional One*

**Invoice**  Original

**Invoice #: 17568**
Invoice Date: 9/4/2012

**Page: 1**

**Bill To:**
LAN Airlines
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
Chile
ATTN: JOSE YESID BARRERA
Ph: 571-294-0330  x109  Fax: 571-413-5503

**Ship To:**
LAN Airlines
LAN AIRLINE C/O AIRES S.A
DESCARGUE DIRECTO/ ENTREGA INMEDIAT
AVENIDA EL DORADO ENTRADA 1
BOGOTA
COLOMBIA

| | | |
|---|---|---|
| **Cust. PO#:** P0236026 | **Terms:** NET 30 | **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **Order Date:** 7/10/2012 | **# of Items:** 2 | **# of Boxes:** | **Weight:** |
| **Prepared By:** Fernando Blanco | **Sales Order:** S13640 | **Ship Log #:** 1 | **Ship Order:** |
| **Customer #:** LAN | | | **Ship Date:** 9/4/2012 |
| **Buyer:** JOSE YESID BARREI | **FOB:** MIA, FL | **AWB:** | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 1 | FREIGHT   FREIGHT CHARGE | 1.00 | 0.00 | | | | $28.00 | EA | $28.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | P/N 8SC0117 S/N 0116 | | | | | | | | |
| | FREIGHT COST TO AND FROM REPAIR FACILITY | | | | | | | | |
| 1 | 8SC0117   GAUGE OXYGEN PRESSURE | 1.00 | 0.00 | | | | $495.00 | EA | $495.00 |
| | ECCN: | | | | | | | | |
| Alt: | | | | | | | | | |
| | (Repair Charge) | | | | | | | | |
| | P/N 8SC0117 S/N 0116 | | | | | | | | |
| | REPAIR COST | | | | | | | | |
| | * * * Order Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ▮▮▮▮▮▮, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $495.00 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $0.00 |
| **Freight:** | $28.00 |
| **Total:** | $523.00 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $523.00 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

*RegionalOne*

**Invoice** | Original

**Invoice #: 17671**
Invoice Date: 9/13/2012

Page: 1

**Bill To:**
LAN Airlines
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: JOSE YESID BARRERA
Ph: 571-294-0330 x109 Fax: 571-413-5503

**Ship To:**
LAN AIRLINE C/O AIRES S.A
DESCARGUE DIRECTO/ ENTREGA INMEDIAT
AVENIDA EL DORADO ENTRADA 1
BOGOTA
COLOMBIA

| | | |
|---|---|---|
| **Cust. PO#:** P0249994 | **Terms:** NET 30 | **Ship Via:** US EXPRESS |
| **Order Date:** 9/13/2012 | **# of Items:** 3 | **# of Boxes:** 1=44X16X16 |
| **Prepared By:** Fernando Blanco | **Sales Order:** S14231 | **Ship Log #:** 1 |
| **Customer #:** LAN | | |
| **Buyer:** JOSE YESID BARREI | **FOB:** MIA, FL | **AWB:** US EXPRESS |

**Ship Via Acc:** CUST FWD
**Weight:** 77
**Ship Order:**
**Ship Date:** 9/13/2012
**Shipment:**

| Item | Part Number/Description | Shipped | Back Order | Cond | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|
| 1 | 900-700-048-28  CYLINDER ASSY, CREW O | 1.00 | 0.00 | | S11940 - CORE RETURN | $2,250.00 | EA | $2,250.00 |
| | ECCN: 9A991.d | | | | | | | |
| | Serial #: 1038 | | | OH | | | | |
| | (EXCHANGE)          Core Due: 10/13/2012 | | | | | | | |
| | Rec'd: 11/21/2012      Core Charge: $22,500.00 | | | | | | | |
| 2 | HAZMAT  HAZMAT PREPARATION FEE | 1.00 | 0.00 | | S11940 - CORE RETURN | $75.00 | EA | $75.00 |
| | ECCN: | | | | | | | |
| Alt: | | | | | | | | |
| 3 | ATA SPEC 300  CYLINDER SHIPPING CONTAINER | 1.00 | 0.00 | | S9435 - CORE EXCHANGE | $0.00 | EA | $0.00 |
| | ECCN: 9A991.d | | | | | | | |
| | Serial #: 000321 - 44X16X16 | | | SV | | | | |
| | (EXCHANGE)          Core Due: 10/13/2012 | | | | | | | |
| | Rec'd: 11/21/2012      Core Charge: $1,500.00 | | | | | | | |
| | * * * Order Complete * * * | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ███████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $2,325.00 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $0.00 |
| **Freight:** | $0.00 |
| **Total:** | $2,325.00 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $2,325.00 |

**Authorized Signature:**

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

**Invoice**                    Original

**Invoice #: 19123**
Invoice Date: 1/23/2013

**Page: 1**

**Bill To:**
LAN Airlines
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 – Renca
Santiago,
CHILE
ATTN: Jeysson Silva
Ph: 571-294-0330 Fax: 305-759-0637

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1701 NW 63RD AVE.
BUILDING 712, DOOR 15
MIAMI, FL 33126
USA

| | |
|---|---|
| **Cust. PO#:** P0267203 | **Terms:** NET 30 |
| **Order Date:** 12/11/2012 | **# of Items:** 1 |
| **Prepared By:** Fernando  Blanco | **Sales Order:** S14960 |
| **Customer #:** LAN | |
| **Buyer:** Jeysson Silva | **FOB:** MIA, FL |

| | |
|---|---|
| **Ship Via:** US EXPRESS | **Ship Via Acc:** CUST FWD |
| **# of Boxes:** | **Weight:** |
| **Ship Log #:** 1 | **Ship Order:** |
| | **Ship Date:** 1/23/2013 |
| **AWB:** | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 2 | LATE FEES ON EXCHANGE  LATE RETURN CORE EXCHANGE<br><br>ECCN:<br><br>LATE FEES FEES FROM 01/10 TROUGHT 02/10<br>CUST PO P0267203<br>P/N 395800-1005<br>* * * Order Not Complete * * * | 1.00 | 0.00 | | | | $2,000.00 | EA | $2,000.00 |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ██████████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| SubTotal: | $2,000.00 |
| Tax Total: | $0.00 |
| Misc Charge: | $0.00 |
| Freight: | $0.00 |
| Total: | $2,000.00 |
| Payment Amt: | $0.00 |
| Payment Type: | |
| Payment Owed: | $2,000.00 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

*Regional One*

**Invoice** Original

**Invoice #: 19141**
**Invoice Date:** 1/24/2013

**Page: 1**

**Bill To:**
LAN Airlines
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Jeysson Silva
Ph: 571-294-0330 Fax: 305-759-0637

**Ship To:**
LAN Airlines
LAN CARGO-MIAMI INTL AIRPORT
1701 NW 63RD AVE.
BUILDING 712, DOOR 15
MIAMI, FL 33126
USA

| | | |
|---|---|---|
| **Cust. PO#:** P0266114 | **Terms:** NET 30 | **Ship Via:** US EXPRESS |
| **Order Date:** 12/10/2012 | **# of Items:** 1 | **# of Boxes:** |
| **Prepared By:** Fernando Blanco | **Sales Order:** S14939 | **Ship Log #:** 1 |
| **Customer #:** LAN | | |
| **Buyer:** Jeysson Silva | **FOB:** EXW.MIA, FL | **AWB:** |

| | **Ship Via Acc:** CUST FWD |
|---|---|
| | **Weight:** |
| | **Ship Order:** |
| | **Ship Date:** 1/24/2013 |
| | **Shipment:** |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 2 | LATE FEES ON EXCHANGE   LATE RETURN CORE EXCHANGE<br><br>ECCN:<br><br>LATE FEES FEES FROM 01/10 TROUGHT 02/10<br>CUST PO P0266114<br>P/N C19190AB07<br>* * * Order Complete * * * | 1.00 | 0.00 | | | | $8,000.00 | EA | $8,000.00 |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ▇▇▇▇▇▇▇, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $8,000.00 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $0.00 |
| **Freight:** | $0.00 |
| **Total:** | $8,000.00 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $8,000.00 |

**Authorized Signature:**

Form created with Quantum Control(tm) technology. Product Licensed to: Regional One

**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

*RegionalOne*

## Invoice
Original

**Invoice #: 19199**
Invoice Date: 1/30/2013

**Page: 1**

**Bill To:**
LAN Airlines
LATAM AIRLINES GRP. S.A.
LAN AIRLINES S.A
Americo Vespucio 0901 - Renca
Santiago,
CHILE
ATTN: Miguel Rincon
Ph: 571-294-0330  Fax: 305-759-0637

**Ship To:**
LAN Airlines
LAN CARGO
MIAMI INTL. AIRRPORT
1701 NW 63RD AVE BLDG 712,DOOR15
MIAMI, FL 33126

| | | |
|---|---|---|
| **Cust. PO#:** P0254488 | **Terms:** NET 30 | **Ship Via:** US EXPRESS |
| **Order Date:** 10/5/2012 | **# of Items:** 2 | **# of Boxes:** |
| **Prepared By:** Fernando Blanco | **Sales Order:** S14408 | **Ship Log #:** 1 |
| **Customer #:** LAN | | |
| **Buyer:** Miguel Rincon | **FOB:** MIA, FL | **AWB:** |

| | |
|---|---|
| **Ship Via Acc:** CUST FWD | |
| **Weight:** | |
| **Ship Order:** | |
| **Ship Date:** 1/30/2013 | |
| **Shipment:** | |

| Item | Part Number/Description | Shipped | Back Order | Cond | | | Unit Price | UOM | Total Amt |
|---|---|---|---|---|---|---|---|---|---|
| 4 | FREIGHT  FREIGHT CHARGE | 1.00 | 0.00 | | | | $28.00 | EA | $28.00 |
| | ECCN: | | | | | | | | |
| | P/N 10-0055-11 S/N 63478 (R9400) | | | | | | | | |
| | FREIGHT COST TO AND FROM REPAIR FACILITY | | | | | | | | |
| 4 | REPAIR COST  REPAIR COST | 1.00 | 0.00 | | | | $855.00 | EA | $855.00 |
| | ECCN: | | | | | | | | |
| | P/N 10-0055-11 S/N 63478 (R9400) | | | | | | | | |
| | CUSTOMER INDUCED DAMAGE REPAIR COST | | | | | | | | |
| | * * * Order Not Complete * * * | | | | | | | | |

**All returns are subject to a 15% restocking fee and must be approved by Regional One before an RMA is issued.  Any return without a prior RMA will not be accepted.**

All bills are due and payable at the above address. A service fee of 1.5% per month will be charge on all amounts not paid within terms. If collection has to be enforced, Buyers agrees to pay all costs of collection including a reasonable attorney's fee, including fees at the trial and/or appellate levels. Please submit wire transfer under Beneficiary's Name: Regional One, Inc to TD BANK , ACCOUNT#. 427-984-3689, ABA#. ███████████, SWIFT CODE: NRTHUS33XXX, MIAMI, FLORIDA 33131

| | |
|---|---|
| **SubTotal:** | $0.00 |
| **Tax Total:** | $0.00 |
| **Misc Charge:** | $855.00 |
| **Freight:** | $28.00 |
| **Total:** | $883.00 |
| **Payment Amt:** | $0.00 |
| **Payment Type:** | |
| **Payment Owed:** | $883.00 |

**Authorized Signature:**

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*

| *Regional One* | **Regional One**<br>6750 NE 4th Court<br>Miami, FL 33138<br>USA<br>Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411 | **Statement** |
|---|---|---|
| | | Time: 10:53:53 AM |
| | | Date Printed: 3/18/2016 |
| | | As Of: 3/18/2016 |
| | | Page: 1 |

**To:**
**AIRES S.A**
**AVENIDA EL DORADO ENTRADA**
**#1HANGAR AIRES**
**BOGOTA, CUNDINAMARCA,**
**COLOMBIA**

| Customer #: AS5 | Phone#: 571-2940330 X 116 |
|---|---|
| Site: Bogota | Fax#: 571-4135503 |

| Invc Number | Cust PO # | Date Opened | Terms | Due Date | Invoice Amount | Balance |
|---|---|---|---|---|---|---|
| 2011-13990 | 52425 | 12/16/2011 | NET 30 | 1/15/2012 | $0.00 | $1,118.12 |
| 2012-14385 | 60514 | 1/17/2012 | NET 30 | 2/16/2012 | $0.00 | $7,500.00 |
| 2012-15127 | 39257 | 3/12/2012 | NET 30 | 4/11/2012 | $0.00 | $14,301.57 |
| 2012-15698 | 64097 | 4/25/2012 | NET 30 | 5/25/2012 | $0.00 | $38,500.00 |
| 2012-16159 | 41961 | 5/23/2012 | NET 30 | 6/22/2012 | $0.00 | $75,385.00 |
| 2012-16479 | 65738 | 6/15/2012 | NET 30 | 7/15/2012 | $0.00 | $4,500.00 |

| Current: | $0.00 |
|---|---|
| Overdue 1-30: | $0.00 |
| Overdue 31-60: | $0.00 |
| Overdue 61-90: | $0.00 |
| Overdue 91-120: | $0.00 |
| Overdue 120+: | $141,304.69 |
| **Total Due:** | **$141,304.69** |

**Authorized Signature:**

*Regional One*

Form created with Quantum Control(tm) technology. Product Licensed to: Regional One

| Regional One | Statement |
|---|---|
| 6750 NE 4th Court<br>Miami, FL 33138<br>USA<br>Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411 | Time: 10:55:08 AM<br>Date Printed: 3/18/2016<br>As Of: 3/18/2016<br>Page: 1 |

**To:**
**LATAM AIRLINES (FRGN) CHILE**
**LATAM AIRLINES GRP. S.A.**
**LAN AIRLINES S.A**
**Americo Vespucio 0901 – Renca**
**Santiago, ,**
**CHILE**

| Customer #: LAN | Phone#: +56 2 565 3339 |
|---|---|
| Site: Santiago | Fax#: +56 2 565 3498 |

| Invc Number | Cust PO # | Date Opened | Terms | Due Date | Invoice Amount | Balance |
|---|---|---|---|---|---|---|
| 2013-19123 | P0267203 | 1/23/2013 | NET 30 | 2/22/2013 | $0.00 | $2,000.00 |
| 2013-19141 | P0266114 | 1/24/2013 | NET 30 | 2/23/2013 | $0.00 | $8,000.00 |
| 2013-19199 | P0254488 | 1/30/2013 | NET 30 | 3/1/2013 | $0.00 | $883.00 |
| 2012-16926 | P0236654 | 7/16/2012 | NET 30 | 8/15/2012 | $0.00 | $974.00 |
| 2012-17440 | PO245152 | 8/23/2012 | NET 30 | 9/22/2012 | $0.00 | $3,500.00 |
| 2012-17553 | PO244433 | 9/4/2012 | NET 30 | 10/4/2012 | $0.00 | $1,000.00 |
| 2012-17568 | PO236026 | 9/4/2012 | NET 30 | 10/4/2012 | $0.00 | $523.00 |
| 2012-17671 | PO249994 | 9/13/2012 | NET 30 | 10/13/2012 | $0.00 | $2,325.00 |
| 2012-17753 | PO240186 | 9/19/2012 | NET 30 | 10/19/2012 | $0.00 | $963.91 |
| 2012-17795 | P0236654 | 9/24/2012 | NET 30 | 10/24/2012 | $0.00 | $1,000.00 |
| 2012-17927 | P0254488 | 10/6/2012 | NET 30 | 11/5/2012 | $0.00 | $1,550.00 |
| 2012-17972 | P0239183 | 10/10/2012 | NET 30 | 11/9/2012 | $0.00 | $1,500.00 |
| 2012-17973 | P0245152 | 10/10/2012 | NET 30 | 11/9/2012 | $0.00 | $3,500.00 |
| 2012-17975 | PO244433 | 10/10/2012 | NET 30 | 11/9/2012 | $0.00 | $1,000.00 |
| 2012-18035 | P0236654 | 10/16/2012 | NET 30 | 11/15/2012 | $0.00 | $1,000.00 |

| | |
|---|---|
| | Current: |
| | Overdue 1-30: |
| | Overdue 31-60: |
| | Overdue 61-90: |
| | Overdue 91-120: |
| | Overdue 120+: |
| **Authorized Signature:** | |
| | Total Due: |
| | See last page for totals |

*Form created with Quantum Control(tm) technology. Product Licensed to: Regional One*



| | | Regional One | | Statement | |
|---|---|---|---|---|---|
| | | 6750 NE 4th Court<br>Miami, FL 33138<br>USA<br>Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411 | | Time: 10:55:08 AM<br>Date Printed: 3/18/2016<br>As Of: 3/18/2016<br>Page: 2 | |

**To:**
**LATAM AIRLINES (FRGN) CHILE**
**LATAM AIRLINES GRP. S.A.**
**LAN AIRLINES S.A**
Americo Vespucio 0901 – Renca
Santiago, ,
**CHILE**

| Customer #: LAN | Phone#: +56 2 565 3339 |
|---|---|
| Site: Santiago | Fax#: +56 2 565 3498 |

| Invc Number | Cust PO # | Date Opened | Terms | Due Date | Invoice Amount | Balance |
|---|---|---|---|---|---|---|
| 2012-18036 | P0249994 | 10/16/2012 | NET 30 | 11/15/2012 | $0.00 | $2,500.00 |
| 2012-18372 | PO236654 | 11/15/2012 | NET 30 | 12/15/2012 | $0.00 | $1,000.00 |
| 2012-18373 | PO245152 | 11/15/2012 | NET 30 | 12/15/2012 | $0.00 | $3,500.00 |
| 2012-18374 | PO239183 | 11/15/2012 | NET 30 | 12/15/2012 | $0.00 | $1,500.00 |
| 2012-18375 | PO244433 | 11/15/2012 | NET 30 | 12/15/2012 | $0.00 | $1,000.00 |
| 2012-18376 | PO249994 | 11/15/2012 | NET 30 | 12/15/2012 | $0.00 | $2,250.00 |
| 2012-18647 | P0259403 | 12/7/2012 | NET 30 | 1/6/2013 | $0.00 | $480.00 |
| 2012-18662 | P0266114 | 12/10/2012 | NET 30 | 1/9/2013 | $0.00 | $8,000.00 |
| 2012-18663 | P0266114 | 12/10/2012 | NET 30 | 1/9/2013 | $0.00 | $8,000.00 |
| 2012-18673 | P0245152 | 12/11/2012 | NET 30 | 1/10/2013 | $0.00 | $15,000.00 |
| 2012-18676 | P0244433 | 12/11/2012 | NET 30 | 1/10/2013 | $0.00 | $6,500.00 |
| 2012-18677 | P0239183 | 12/11/2012 | NET 30 | 1/10/2013 | $0.00 | $15,000.00 |
| 2012-18693 | P0267204 | 12/11/2012 | NET 30 | 1/10/2013 | $0.00 | $2,350.00 |
| 2012-18744 | P0268354 | 12/17/2012 | NET 30 | 1/16/2013 | $0.00 | $275.00 |
| 2012-18789 | P0235099 | 12/24/2012 | NET 30 | 1/23/2013 | $0.00 | $9,000.00 |

| | |
|---|---|
| | Current: |
| | Overdue 1-30: |
| | Overdue 31-60: |
| | Overdue 61-90: |
| | Overdue 91-120: |
| | Overdue 120+: |
| Authorized Signature: | |
| | Total Due: |
| | See last page for totals |



**Regional One**
6750 NE 4th Court
Miami, FL 33138
USA
Ph: 1 (305) 759-0670 , Fax: 1 (305) 759-0411

## Statement

| | |
|---|---|
| Time: | 10:55:09 AM |
| Date Printed: | 3/18/2016 |
| As Of: | 3/18/2016 |
| Page: | 3 |

**To:**
**LATAM AIRLINES (FRGN) CHILE**
**LATAM AIRLINES GRP. S.A.**
**LAN AIRLINES S.A**
**Americo Vespucio 0901 – Renca**
**Santiago, ,**
**CHILE**

| Customer #: LAN | Phone#: +56 2 565 3339 |
|---|---|
| Site: Santiago | Fax#: +56 2 565 3498 |

| Inv Number | Cust PO # | Date Opened | Terms | Due Date | Invoice Amount | Balance |
|---|---|---|---|---|---|---|
| 2012-18814 | P0249994 | 12/26/2012 | NET 30 | 1/25/2013 | $0.00 | $10,952.47 |
| 2013-19518 | P0266114 | 2/25/2013 | NET 30 | 3/27/2013 | $0.00 | $8,000.00 |
| 2013-19686 | P0285280 | 3/10/2013 | NET 30 | 4/9/2013 | $0.00 | $1,750.00 |
| 2013-19710 | P0266114 | 3/12/2013 | NET 30 | 4/11/2013 | $0.00 | $67,719.40 |
| 2013-19766 | P0278646 | 3/15/2013 | NET 30 | 4/14/2013 | $0.00 | $1,123.72 |

| | |
|---|---|
| Current: | $0.00 |
| Overdue 1-30: | $0.00 |
| Overdue 31-60: | $0.00 |
| Overdue 61-90: | $0.00 |
| Overdue 91-120: | $0.00 |
| Overdue 120+: | $196,619.50 |
| **Total Due:** | **$196,619.50** |

**Authorized Signature:**

*Regional One*

# EXHIBIT B



# ✈AIRES

## PURCHASE ORDER #: 41961

| Requested Delivery Date: | Date of Issue: | Type: | Priority: |
|---|---|---|---|
| 8/20/2010 | 8/18/2010 | | CRITICAL |

**Vendor:**
1236   Regional One
6464 NE 4th Court Miami
Miami, Florida 33138
Phone:   (305) 759 0670
Fax:   305 759 0637
Attention:   Fernando Blanco

**Ship To:**
U.S. Express Internacional
1621 N.W. 79th Ave.
Miami, FL33126
Phone: (305) 4775900
Ship Via:   FEDEX-GR
Ground - 1752-4790-4

**Bill To:**
AIRES S.A
Avenida El Dorado Ent1
Hangar Aires
Bogotá,Colombia
Attention: Javier Rincón
Phone:+571 2940330 x 116
Fax:+571 4139450
E-mail:javier.rincon@aires.aero

| Line | P/N # | Aircraft S/N | Description | Qty | Units | Curr. | Unit Cost | Line Cost |
|---|---|---|---|---|---|---|---|---|
| 1 | SFA13N1R0A | | BLADE PROPELLER DHC8-300 | 1 | EA | USD | 17,500.00 | 17,500.00 |

PO Total Cost:   USD   17,500.00

LOGISTICS DIRECTOR

*Please send order acknowledgement upon receipt and ewh as released to
santiago.mazorra@aires.aero
Certificates of compliance and invoices must come enclosed with package*

**COMPLETE TRACEABILITY UP TO MANUFACTURER OR APPROVED REPAIR STATION IS REQUIRED
FOR ALL PARTS SHIPPED, FOR PAYMENT APPROVAL**

456-F-21
REV: 00
Date:27/07/2008



## EXCHANGE AGREEMENT

By and between Regional One, Inc. (hereinafter "R1") and:

AIRES S.A.                                                          hereinafter the ("Customer")

| | | | |
|---|---|---|---|
| Part Number: | SFA13S1P0A | Serial Number: | 888742-23 |
| Customer P.O. #: | 41962 | Exchange Date: | 08/23/2010 |
| Exchange Fee: | $17500 USD | Outright / BER Price: | $75000 USD |
| Core Due Date: | 09/23/2010 | Outright Billing Date: | 09/24/2010 |

Exchange Type (select one):

- ☐ **Flat Exchange A/R:** Customer agrees to return an exchange core to R1 as removed from aircraft, in repairable condition. If the cost to repair the exchange core exceeds fifty (50%) of the Exchange Fee, Customer agrees to reimburse R1 for the difference between the repair cost and 50% of the Exchange Fee.
- ☐ **Flat Exchange SV:** Customer agrees to return an exchange core to R1 in serviceable condition.
- ☐ **Exchange Plus Cost:** Customer agrees to return an exchange core to R1 as removed from aircraft in repairable condition. R1 shall then have the core repaired and shall invoice Customer for such repair in accordance with the terms of this Agreement.

This Agreement shall be subject to the terms corresponding to the Exchange Type and shall be subject to all other terms and conditions listed below.

Upon execution of this Agreement, the Customer will be charged the exchange fee indicated above. Other specific payment terms relating to this agreement will be indicated on R1's invoice, along with the cost to re-certify the Customer's exchange core unit to Serviceable/Overhauled condition. These charges will be billed at a later date with payment due upon receipt of invoice, including all freight, packaging and handling charges which can amount up to 15% of the cost to recertify the core.

### ADDITIONAL TERMS AND CONDITIONS:

1.  The Customers exchange units are to be returned to R1 in the condition indicated under the Exchange Type. Units must be accompanied by a signed removal tag, packing slip and material certification with non-incident statement from an approved regulated source (Regulated Airline, Maintenance Facility or OEM). Core units received with paperwork deemed unacceptable to R1 (in R1's sole & absolute discretion) will be rejected and the Customer will not have satisfied their duty and obligations under this Agreement and will be subject to the late fees and other liabilities set forth herein. If satisfactory paperwork is not or cannot be supplied to R1 by the agreed Outright Billing Date the unit will be rejected and returned to the Customer and the Outright Price, original Exchange Fee and all applicable late charges will be due

2.  The Customer's exchange units are to be returned to R1 by the Core Due Date indicated above. It is the sole responsibility of the Customer to return a core on time and R1 is not responsible for outgoing or incoming transit or customs delays. Units not returned by the Core Due Date will be subject to an additional exchange fee equal to the original exchange fee. Units not returned by the Outright Billing Date will be subject to invoice at the full Outright Sale Price, plus the original Exchange Fee and all late charges due.

3.  Once a unit leaves R1's facility, this agreement is in effect in its entirety. Cancellations and/or original units returned unused are subject to the full Exchange Fee, late fees and re-certification, if required. As set forth in this Agreement, unused returned units must be accompanied by all original paperwork supplied by R1 or be subject to re-certification charges or Outright Billing. Furthermore, a signed certification is required from the end user's quality control representative stating the unit was not used or installed in any way.

4.  R1 will determine what repair shop will be used to perform the repair or overhaul work required. R1, in its sole discretion, will approve or reject repair or overhaul estimates from the repair facility. R1 will return the core unit to the condition of the unit provided. R1 will only provide its final invoice, plus a copy of either a shop evaluation, estimate or teardown report to the Customer. If the Customer's exchange core is determined to be beyond economical repair (BER), the Customer will be given the choice to provide an acceptable replacement or to pay the Outright Sales Price, the repair facility's evaluation fee, plus all late fees and freight and handling charges. An exchange core shall be deemed to be beyond economical repair if the repair cost quoted by R1's selected repair facility is equal to or greater than 65% of the total agreed value of the unit.

5.  It is hereby understood and agreed by the parties to this Agreement that the late fees set forth herein are established because the parties cannot readily ascertain the full extent and nature of the damages that will be suffered by R1 in the event the terms and conditions set forth herein are not complied with by the Customer. The parties acknowledge and agree that the late fees set forth herein constitute reasonable damages.

6.  If payment terms are not met, the Customer agrees to pay a 1 ½% late payment fee per month on the outstanding balance and any and all reasonable collection and legal fees associated with collecting any unpaid amount due R1. Any and all disputes will be subject to laws of the State of Florida, except that the Conflict of Laws provisions of Florida shall not be used to invoke the law of another jurisdiction.

7.  Warranties for items supplied under this Agreement are only those provided by the manufacturer or Overhaul facility. Any claims should be handled directly with them and in no way affects the terms and conditions of this agreement.

8.  The Customer hereby warrants that it has not been prohibited or restricted by any government authority from participating in U.S Export Transactions, that it is not listed on the U.S. Department of Commerce Bureau of Industry and Security Unverified List of parties and that it has furnished truthful and accurate information to R1 regarding the end use, end users and destination of the unit.

9.  Any and all amendments to this agreement must be in writing and agreed by both parties.

10. The Customer, by signing below has read, accepts and agrees to all of the terms and conditions of this agreement regardless of any other terms or clauses which may appear on the Customer's paperwork. The Customer also agrees to pay R1 per agreed payment terms.

11. Both parties have caused this agreement to be signed by a duly authorized representative

On Behalf of Regional One, Inc.                              On Behalf of Customer

Name: Fernando Blanco                                        Name:
Title: Sales Manager                                         Title:
Date: August 23, 2010                                        Date: August 23, 2010



## EXCHANGE AGREEMENT

By and between Regional One, Inc. (hereinafter "R1") and:

| AIRES S.A | hereinafter the ("Customer") |
|---|---|

| | | | |
|---|---|---|---|
| Part Number: | SFA13S1P0A | Serial Number: | 9808020-23 |
| Customer P.O. #: | 41963 | Exchange Date: | 08/23/2010 |
| Exchange Fee: | $17500 USD | Outright / BER Price: | $75000 USD |
| Core Due Date: | 09/23/2010 | Outright Billing Date: | 09/24/2010 |

Exchange Type (select one):

▢ **Flat Exchange A/R:** Customer agrees to return an exchange core to R1 as removed from aircraft, in repairable condition. If the cost to repair the exchange core exceeds fifty (50%) of the Exchange Fee, Customer agrees to reimburse R1 for the difference between the repair cost and 50% of the Exchange Fee.

▢ **Flat Exchange SV:** Customer agrees to return an exchange core to R1 in serviceable condition.

▢ **Exchange Plus Cost:** Customer agrees to return an exchange core to R1 as removed from aircraft in repairable condition. R1 shall then have the core repaired and shall invoice Customer for such repair in accordance with the terms of this Agreement.

This Agreement shall be subject to the terms corresponding to the Exchange Type and shall be subject to all other terms and conditions listed below.

Upon execution of this Agreement, the Customer will be charged the exchange fee indicated above. Other specific payment terms relating to this agreement will be indicated on R1's invoice, along with the cost to re-certify the Customer's exchange core unit to Serviceable/Overhauled condition. These charges will be billed at a later date with payment due upon receipt of invoice, including all freight, packaging and handling charges which can amount up to 15% of the cost to recertify the core.

### ADDITIONAL TERMS AND CONDITIONS:

1. The Customers exchange units are to be returned to R1 in the condition indicated under the Exchange Type. Units must be accompanied by a signed removal tag, packing slip and material certification with non-incident statement from an approved regulated source (Regulated Airline, Maintenance Facility or OEM). Core units received with paperwork deemed unacceptable to R1 (in R1's sole & absolute discretion) will be rejected and the Customer will not have satisfied their duty and obligations under this Agreement and will be subject to the late fees and other liabilities set forth herein. If satisfactory paperwork is not or cannot be supplied to R1 by the agreed Outright Billing Date the unit will be rejected and returned to the Customer and the Outright Price, original Exchange Fee and all applicable late charges will be due.

2. The Customer's exchange units are to be returned to R1 by the Core Due Date indicated above. It is the sole responsibility of the Customer to return a core on time and R1 is not responsible for outgoing or incoming transit or customs delays. Units not returned by the Core Due Date will be subject to an additional exchange fee equal to the original exchange fee. Units not returned by the Outright Billing Date will be subject to invoice at the full Outright Sale Price, plus the original Exchange Fee and all late charges due.

3. Once a unit leaves R1's facility, this agreement is in effect in its entirety. Cancellations and/or original units returned unused are subject to the full Exchange Fee, late fees and re-certification, if required. As set forth in this Agreement, unused returned units must be accompanied by all original paperwork supplied by R1 or be subject to re-certification charges or Outright Billing. Furthermore, a signed certification is required from the end user's quality control representative stating the unit was not used or installed in any way.

4. R1 will determine what repair shop will be used to perform the repair or overhaul work required. R1, in its sole discretion, will approve or reject repair or overhaul estimates from the repair facility. R1 will return the core unit to the condition of the unit provided. R1 will only provide its final invoice, plus a copy of either a shop evaluation, estimate or teardown report to the Customer. If the Customer's exchange core is determined to be beyond economical repair (BER), the Customer will be given the choice to provide an acceptable replacement or to pay the Outright Sales Price. The repair facility's evaluation fee, plus all late fees and freight and handling charges. An exchange core shall be deemed to be beyond economical repair if the repair cost quoted by R1's selected repair facility is equal to or greater than 65% of the total agreed value of the unit.

5. It is hereby understood and agreed by the parties to this Agreement that the late fees set forth herein are established because the parties cannot readily ascertain the full extent and nature of the damages that will be suffered by R1 in the event the terms and conditions set forth herein are not complied with by the Customer. The parties acknowledge and agree that the late fees set forth herein constitute reasonable damages.

6. If payment terms are not met, the Customer agrees to pay a 1 ½% late payment fee per month on the outstanding balance and any and all reasonable collection and legal fees associated with collecting any unpaid amount due R1. Any and all disputes will be subject to laws of the State of Florida, except that the Conflict of Laws provisions of Florida shall not be used to invoke the law of another jurisdiction.

7. Warranties for items supplied under this Agreement are only those provided by the manufacturer or Overhaul facility. Any claims should be handled directly with them and in no way affects the terms and conditions of this agreement.

8. The Customer hereby warrants that it has not been prohibited or restricted by any government authority from participating in U.S Export Transactions, that it is not listed on the U.S. Department of Commerce Bureau of Industry and Security Unverified List of parties and that it has furnished truthful and accurate information to R1 regarding the end use, end users and destination of the unit.

9. Any and all amendments to this agreement must be in writing and signed by both parties.

10. The Customer, by signing below has read, accepts and agrees to all of the terms and conditions of this agreement regardless of any other terms or clauses which may appear on the Customer's paperwork. The Customer also agrees to pay R1 per agreed payment terms.

11. Both parties have caused this agreement to be signed by a duly authorized representative.

On Behalf of Regional One, Inc.

Name: Fernando Blanco
Title: Sales Manager
Date: August 23. 2010

On Behalf of Customer

Name:
Title:
Date: August 23. 2010



## EXCHANGE AGREEMENT

By and between Regional One, Inc. (hereinafter "R1") and:

AIRES S.A                                    hereinafter the ("Customer")

| | | | |
|---|---|---|---|
| Part Number: | SFA13S1P0A | Serial Number: | 889933-23 |
| Customer P.O. #: | 41961 | Exchange Date: | 08/23/2010 |
| Exchange Fee: | $17500 USD | Outright / BER Price: | $75000 USD |
| Core Due Date: | 09/23/2010 | Outright Billing Date: | 09/24/2010 |

Exchange Type (select one):

☐ **Flat Exchange A/R:** Customer agrees to return an exchange core to R1 as removed from aircraft, in repairable condition. If the cost to repair the exchange core exceeds fifty (50%) of the Exchange Fee, Customer agrees to reimburse R1 for the difference between the repair cost and 50% of the Exchange Fee.

☐ **Flat Exchange SV:** Customer agrees to return an exchange core to R1 in serviceable condition.

☐ **Exchange Plus Cost:** Customer agrees to return an exchange core to R1 as removed from aircraft in repairable condition. R1 shall then have the core repaired and shall invoice Customer for such repair in accordance with the terms of this Agreement.

This Agreement shall be subject to the terms corresponding to the Exchange Type and shall be subject to all other terms and conditions listed below.

Upon execution of this Agreement, the Customer will be charged the exchange fee indicated above. Other specific payment terms relating to this agreement will be indicated on R1's invoice, along with the cost to re-certify the Customer's exchange core unit to Serviceable/Overhauled condition. These charges will be billed at a later date with payment due upon receipt of invoice, including all freight, packaging and handling charges which can amount up to 15% of the cost to recertify the core.

## ADDITIONAL TERMS AND CONDITIONS:

1. The Customers exchange units are to be returned to R1 in the condition indicated under the Exchange Type. Units must be accompanied by a signed removal tag, packing slip and material certification with non-incident statement from an approved regulated source (Regulated Airline, Maintenance Facility or OEM). Core units received with paperwork deemed unacceptable to R1 (in R1's sole & absolute discretion) will be rejected and the Customer will not have satisfied their duty and obligations under this Agreement and will be subject to the late fees and other liabilities set forth herein. If satisfactory paperwork is not or cannot be supplied to R1 by the agreed Outright Billing Date the unit will be rejected and returned to the Customer and the Outright Price, original Exchange Fee and all applicable late charges will be due.

2. The Customer's exchange units are to be returned to R1 by the Core Due Date indicated above. It is the sole responsibility of the Customer to return a core on time and R1 is not responsible for outgoing or incoming transit or customs delays. Units not returned by the Core Due Date will be subject to an additional exchange fee equal to the original exchange fee. Units not returned by the Outright Billing Date will be subject to invoice at the full Outright Sale Price, plus the original Exchange Fee and all late charges due.

3. Once a unit leaves R1's facility, this agreement is in effect in its entirety. Cancellations and/or original units returned unused are subject to the full Exchange Fee, late fees and re-certification, if required. As set forth in this Agreement, unused returned units must be accompanied by all original paperwork supplied by R1 or be subject to re-certification charges or Outright Billing. Furthermore, a signed certification is required from the end user's quality control representative stating the unit was not used or installed in any way.

4. R1 will determine what repair shop will be used to perform the repair or overhaul work required. R1, in its sole discretion, will approve or reject repair or overhaul estimates from the repair facility. R1 will return the core unit to the condition of the unit provided. R1 will only provide its final invoice, plus a copy of either a shop evaluation, estimate or teardown report to the Customer. If the Customer's exchange core is determined to be beyond economical repair (BER), the Customer will be given the choice to provide an acceptable replacement or to pay the Outright Sales Price, the repair facility's evaluation fee, plus all late fees and freight and handling charges. An exchange core shall be deemed to be beyond economical repair if the repair cost quoted by R1's selected repair facility is equal to or greater than 65% of the total agreed value of the unit.

5. It is hereby understood and agreed by the parties to this Agreement that the late fees set forth herein are established because the parties cannot readily ascertain the full extent and nature of the damages that will be suffered by R1 in the event the terms and conditions set forth herein are not complied with by the Customer. The parties acknowledge and agree that the late fees set forth herein constitute reasonable damages.

6. If payment terms are not met, the Customer agrees to pay a 1 ½% late payment fee per month on the outstanding balance and any and all reasonable collection and legal fees associated with collecting any unpaid amount due R1. Any and all disputes will be subject to laws of the State of Florida, except that the Conflict of Laws provisions of Florida shall not be used to invoke the law of another jurisdiction.

7. Warranties for items supplied under this Agreement are only those provided by the manufacturer or Overhaul facility. Any claims should be handled directly with them and in no way affects the terms and conditions of this agreement

8. The Customer hereby warrants that it has not been prohibited or restricted by any government authority from participating in U.S Export Transactions, that it is not listed on the U.S. Department of Commerce Bureau of Industry and Security Unverified List of parties and that it has furnished truthful and accurate information to R1 regarding the end use, end users and destination of the unit.

9. Any and all amendments to this agreement must be in writing and signed by both parties.

10. The Customer, by signing below has read, accepts and agrees to all of the terms and conditions of this agreement regardless of any other terms or clauses which may appear on the Customer's paperwork. The Customer also agrees to pay R1 per agreed payment terms.

11. Both parties have caused this agreement to be signed by a duly authorized representative.

On Behalf of Regional One, Inc.                    On Behalf of Customer

Name: Fernando Blanco                              Name:
Title: Sales Manager                               Title:
Date: August 23, 2010                              Date: August 23, 2010

6464 NE 4th Court   Miami   FL 33138 Phone: 305-759-0670 Fax: 305-759-0637

 **PURCHASE ORDER #: 52426**

| Requested Delivery Date: | Date of Issue: | Type: | Priority: |
|---|---|---|---|
| 6/3/2011 | 6/2/2011 | EXCHAN | CRITICAL |

**Vendor:**

1236  Regional One
6464 NE 4th Court Miami
Miami, Florida 33138
Phone: (305) 759 0670
Fax: 305 759 0637
Attention: Fernando Blanco

**Ship To:**

US. Express Internacional
1621 N.W. 79th Ave.
Miami, FL 33126

**Ship Via:**
ACCOUNT 123744608 - Next Day

**Bill To:**

AIRES S.A.
Av. El Dorado Entrada #1 Hangar
AIRES
Bogota, Cundinamarca

| Line | P/N # | Aircraft S/N | Description | Qty | Units | Curr. | Unit Cost | Line Cost |
|---|---|---|---|---|---|---|---|---|
| 1 | 820971-2 | | SHUT OFF VALVE | 1 | EA | USD | 1,800.00 | 1,800.00 |

PO Total Cost: USD    1,800.00

_____
LOGISTICS DIRECTOR

*Please send order acknowledgement upon receipt and awb as released to*
*logistica@aires.aero*
*Certificates of compliance and invoices must come enclosed with package*

*COMPLETE TRACEABILITY UP TO MANUFACTURER OR APPROVED REPAIR STATION IS REQUIRED*
*FOR ALL PARTS SHIPPED, FOR PAYMENT APPROVAL*

450-F-21
REV: 01
Date: 22/06/2007

*RegionalOne ...*

## EXCHANGE AGREEMENT

By and between Regional One, Inc. (hereinafter "R1") and:

ARIES                                                        hereinafter the ("Customer")

| | | | |
|---|---|---|---|
| Part Number: | 8209TLG | Serial Number: | 2009106646 |
| Customer P.O. #: | 52426 | Exchange  Date: | 06/03/2011 |
| Exchange Fee: | 9,800 USD | Outright / BER Price: | 919,000 USD |
| Core Due Date: | 07/03/2011 | Outright Billing Date | 08/02/2011 |

Exchange Type (select one):

_____ Exchange Plus Core:  Customer agrees to return in exchange core to R1 as removed from aircraft in repairable condition. R1 shall then have the core repaired and shall invoice Customer for such repair in accordance with the terms of this Agreement.

This Agreement shall be subject to the terms corresponding to the Exchange Type and shall be subject to all other terms and conditions listed below.

Upon execution of this Agreement, the Customer will be charged the exchange fee indicated above.  Other specific payment terms relating to this agreement will be indicated on R1's invoice, along with the cost to re-certify the Customer's exchange core unit to Serviceable/Overhauled condition. These charges will be billed at a later date with payment due upon receipt of invoice, including all freight, packaging and handling charges which can amount up to 15% of the cost to recertify the core.

## ADDITIONAL TERMS AND CONDITIONS

1.   The Customer's exchange core unit is to be returned to R1 in the condition indicated under the Exchange Type. Units must be accompanied by a signed removal tag, repair slip and material certification with non-incident guaranteed back to an approved registered source (Registered Airline, Maintenance Facility or OEM). Core units received with paperwork deemed unacceptable to R1 on R1's sole & absolute discretion will be rejected and the Customer will not have satisfied their duty and obligations under this Agreement and will be subject to the late fees and other liabilities set forth herein. If satisfactory paperwork is not received or the supplies to R1 by the agreed Outright Billing Date the unit will be rejected and returned to the Customer and the Outright Price, applicable Exchange Fee and all applicable late charges will be due.

2.   The Customer's exchange units are to be returned to R1 by the Core Due Date indicated above. It is the sole responsibility of the Customer to return a core fulfilling any R1 is not responsible for outgoing or incoming freight or customs delays. Units not returned by the Core Due Date will be subject to an additional exchange fee equal to the original exchange fee. Units not returned by the Outright Billing Date will be subject to invoice at the full Outright Price, plus the original Exchange Fee and all late charges due.

3.   Once a unit leaves R1's facility, that agreement is in effect in its entirety. Nonserviceable and/or original units returned unused are subject to the full Exchange Fee, late fees and re-certification, if required. As set forth in this Agreement, unused returned units must be accompanied by all original paperwork supplied by R1 or be subject to re-certification charges or Outright Billing. Furthermore, a signed certification is required from the end user's quality control representative stating the unit was not used or installed in any way.

4.   R1 will determine what repair shop will be used to perform the repair or overhaul needed. R1, in its sole discretion, will approve all aspects of repair or overhaul operations from the repair facility. R1 will retain the core unit in its condition at the unit removed. R1 will only release to the invoice, plus a delay of either a minor e-valuation, estimate or teardown report to the Customer. If the Customer's exchange core is determined to be beyond economical repair (BER), the Customer will be given the choice to provide an acceptable replacement or to pay the Outright Price. The repair facility's evaluation fee, plus all late fees and freight and handling charges. An exchange core shall be deemed to be beyond economical repair if the repair cost quoted by R1's selected repair facility is equal to or greater than 65% of the total agreed value of the unit.

5.   It is hereby understood and agreed by the parties to this Agreement that the late fees set forth herein are exculpatory because the parties cannot readily ascertain the full extent and nature of the damages that will be suffered by R1 in the event the terms and conditions set forth herein are not satisfied and the Customer. The parties acknowledge and agree that the late fees set forth herein constitute reasonable damages.

6.   If payment terms are not met, the Customer agrees to pay a 1 ½% late payment fee per month on the outstanding balance and any and all reasonable collection and legal fees associated with collecting any unpaid amount due. R1's any and all disputes will be subject to laws of the State of Florida, except that the Conflict of Laws provisions of Florida shall not be used to invoke the law of another jurisdiction.

7.   Warranties for items supplied under this Agreement are only those provided by the manufacturer or overhaul facility who placed, should be handled directly with them and in no way affects the terms and conditions of this agreement.

8.   The Customer hereby warrants that it has not been prohibited or restricted by any government authority from participating in U.S Export Transactions, that it is not listed on the U.S Department of Commerce Bureau of Industry and Security Prohibited List or parties and that it has supplied truthful and accurate information to R1 regarding this end-use, end-users and destination of the unit.

9.   Any and all amendments to this agreement must be in writing and signed by both parties.

10.   The Customer, by signing below this read, consent and agrees to all of the terms and conditions of this agreement regardless of any other terms or changes which may appear on the Customer's paperwork. This Customer also agrees to any R1 net agreement payment terms.

11.   Both parties have caused this agreement to be signed by a duly authorized representative.

On Behalf of Regional One, Inc.                           On Behalf of Customer
FERNANDO BLANCO

Name: Fernando Blanco                                     Name:
Title:                                                    Title:
Date: June 3, 2011                                        Date: June 3, 2011

                                                          Aires S.A.



**EXCHANGE AGREEMENT**

By and between Regional One, Inc. (hereinafter "R1") and:
_____ hereinafter the ("Customer")

| | |
|---|---|
| Part Number: ~~........~~ | Serial Number: ~~........~~ |
| Customer P.O. #: ~~........~~ | Exchange Date: ~~........~~ |
| Exchange Fee: ~~........~~ | Outright / BER Price: ~~........~~ |
| Core Due Date: ~~........~~ | Outright Billing Date: ~~........~~ |

**Exchange Type** (select one):

☐ *Flat Exchange A/R:* Customer agrees to return an exchange core to R1 as received from aircraft, in repairable condition. If the cost to repair this exchange core exceeds fifty (50%) of the Exchange Fee, Customer agrees to reimburse R1 for the difference between the repair cost and 50% of the Exchange Fee.

This Agreement shall be subject to the terms corresponding to the Exchange Type and shall be subject to all other terms and conditions listed below.

Upon execution of this Agreement, the Customer will be charged the exchange fee indicated above. Other specific payment terms relating to this Agreement will be indicated on R1's invoice, along with the cost to remedy the Customer's exchange core unit to Serviceable/Overhauled condition. These charges will be billed at a later date with payment due upon receipt of invoice, including all freight, packaging and handling charges which can amount up to 15% of the cost to repair the core.

**ADDITIONAL TERMS AND CONDITIONS:**

1. The Customer's exchange units are to be returned to R1 in the condition indicated under the Exchange Type. Units must be accompanied by a signed removal tag, packing slip and material certification with non-incident statement from an approved/regulated source (Regulated Airline, Maintenance Facility or OEM). Core units received with paperwork deemed unacceptable to R1 (in R1's sole & absolute discretion) will be rejected and the Customer will not have satisfied their duty and obligations under this Agreement and will be subject to the late fees and other liabilities set forth herein. If satisfactory paperwork is not received (in support) to R1 by the agreed Outright Billing Date the core will be rejected and returned to the Customer and the Outright Price, Original Exchange Fee and all applicable late charges will be due.

2. The Customer's exchange units are to be returned to R1 by the Core Due Date indicated above. It is the sole responsibility of the Customer to return a core on time and R1 is not responsible for shipping or incurring transit or customs delays. Units not returned by the Core Due Date will be subject to an additional exchange fee equal to the original exchange fee. Units not returned to the Outright Billing Date will be subject to invoice of the full Outright Sale Price, plus the original Exchange Fee and all late charges due.

3. Once a unit leaves R1's facility, this agreement is in effect in its entirety. Cancellations and/or original units returned are subject to the full Exchange Fee, late fees and re-certification if required. As set forth in this Agreement, original returned units must be accompanied by all original paperwork supplied by R1 or be subject to re-certification charges or Outright Billing. Furthermore, a signed certification is required from the end user's quality control representative stating the unit was not used or installed in any way.

4. R1 will determine what repair shop will be used to perform the repair or overhaul work required. R1, in its sole discretion, will approve or reject repair or overhaul estimates from the repair facility. R1 will return the core unit in the condition it is received (as-removed) at its own private its final invoice, plus a copy of either a shop evaluation, estimate or teardown report to the Customer, if the Customer's exchange core is determined to be beyond economical repair (BER), the Customer will be given the choice to provide an acceptable replacement or to pay the Outright Sale Price, the repair facility's evaluation fee, plus all late fees and freight and handling charges. An exchange core shall be deemed to be beyond economical repair if the repair cost quoted by R1's selected repair facility is equal to or greater than 50% of the last agreed value of the unit.

5. It is hereby understood and agreed by the parties to this Agreement that the late fees set forth herein are established because the parties cannot readily ascertain the actual and future of the damages that will be suffered by R1 in the event the terms and conditions set forth herein are not complied with by the Customer. The parties acknowledge and agree that the fees fixed herein constitute reasonable damages.

6. If payment terms are not met, the Customer agrees to pay a 1.5% late payment fee per month on the outstanding balance and are not all reasonable collection and legal fees associated with collecting any unpaid amount due R1. Any and all disputes will be subject to laws of the State of Florida, except that the Courts of Laws jurisdiction of Florida shall not be used to evade the law of another jurisdiction.

7. Warranties for items supplied under this Agreement are only those provided by the manufacturer or Overhaul facility. Any claims should be asserted directly with them and in no way affects the terms and conditions of this agreement.

8. The Customer hereby warrants that it has not been prohibited or restricted by any government authority from participating in U.S. Export Transactions, has not asked in the U.S. Department of Commerce Bureau of Industry and Security Denied list of parties and that it has furnished truthful and accurate information to R1 regarding the end use and end user of this unit.

9. Any and all amendments to this agreement must be in writing and signed by both parties.

10. The Customer, by signing below has read, accepts and agrees to all of the terms and conditions of this agreement regardless of any other terms or clauses which may appear on the Customer's paperwork. The Customer also agrees to pay R1 per agreed payment terms.

11. Both parties have caused this agreement to be signed by a duly authorized representative.

On Behalf of Regional One, Inc.
FERNANDO BLANCO

Name: Fernando Blanco
Title: _____
Date: June 8, 2011

On Behalf of Customer: _____

Name: _____
Title: _____
Date: June 8, 2011



## EXCHANGE AGREEMENT

By and between Regional One, Inc. (hereinafter "R1") and

AIRES_____   hereinafter the ("Customer")

| | | | |
|---|---|---|---|
| Part Number: | 8100-300 | Serial Number: | 12369093 |
| Customer P.O. #: | 51998 | Exchange Date: | 06/08/2011 |
| Exchange Fee: | $4,900 USD | Outright / MLN Price: | $9,800 USD |
| Core Due Date: | 07/08/2011 | Outright Billing Date: | 08/08/2011 |

Exchange Type (select one):

_X_____ Flat Exchange A/R: Customer agrees to return the exchange core to R1 as removed from aircraft, in repairable condition. If the cost to repair the exchange core exceeds fifty (50%) of the Exchange Fee, Customer agrees to reimburse R1 for the difference between the repair cost and 50% of the Exchange Fee.

This Agreement shall be subject to the terms corresponding to the Exchange Type and shall be subject to all other terms and conditions listed below.

Upon execution of this Agreement, the Customer will be charged the exchange fee indicated above. Other specific payment terms relating to this agreement will be indicated on R1's invoice, along with the cost to re-certify the Customer's exchange core unit to Serviceable/Overhauled condition. These charges will be billed at a later date with payment due upon receipt of invoice, including all freight, packaging and handling charges which can amount up to 15% of the cost to recertify the core.

## ADDITIONAL TERMS AND CONDITIONS:

1. The Customer's exchange core are to be returned to R1 in the condition indicated under the Exchange Type. Units must be accompanied by a signed serviceable tag, packing, use and related modification with approved maintenance... [illegible]

2. The Customer's exchange units are to be returned to R1 by the Core Due Date indicated above... [illegible]

3. Once a unit leaves R1's facility, this agreement is in effect in its entirety... [illegible]

4. R1 will determine (and) repair shop will be used to perform the repair of exchanged work... [illegible]

5. It is hereby understood and agreed by the parties to this Agreement that the sale fees set forth herein are established because the parties cannot readily ascertain the full extent and nature of the damages that will be suffered by R1... [illegible]

6. If payment terms are not met, the Customer agrees to pay a 1.5% late payment fee per month on the outstanding balance and any and all reasonable collection and legal fees associated with collecting any unpaid amount due R1... [illegible]

7. Warranties for items supplied under this Agreement are only those provided by the manufacturer of Overhaul facility. Any repair should be handled directly with them and in no way affects the terms and conditions of this agreement.

8. The Customer hereby warrants that it has not been prohibited or restricted by any governmental authority from participating in U.S. Export Transactions... [illegible]

9. Any and all amendments to this agreement must be in writing and signed by both parties.

10. The Customer, by signing below has read, accepts and agrees to all of the terms and conditions of this agreement regardless of any other terms or conditions which may appear on the Customer's paperwork. The Customer also agrees to pay R1 net 30 days payment terms.

11. Both parties hereto cause this agreement to be signed by a duly authorized representative.

On Behalf of Regional One, Inc.
FERNANDO BLANCO

Name: Fernando Blanco
Title:
Date: June 8, 2011

On Behalf of Customer

Name:_____
Title:_____
Date: June 8, 2011
AIRES S.A.

 **AIRES** # PURCHASE ORDER #: 60514

| Requested Delivery Date: | Date of Issue: | Type: | Priority: |
|---|---|---|---|
| 11/16/2011 | 11/14/2011 | EXCHAN | CRITICAL |

**Vendor:**
1236  Regional One
6464 NE 4th Court Miami
Miami, Florida 33138
**Phone:** (305) 759 0670
**Fax:** 305 759 0637
**Attention:** Fernando Blanco

**Ship To:**
US. Express Internacional
1621 N.W. 79th Ave.
Miami, FL 33126

**Ship Via:**
Priority overnight 1752-4790-4

**Bill To:**
AIRES S.A.
Av. El Dorado Entrada #1 Hangar
AIRES
Bogota, Cundinamarca
33126

| Line | P/N # | Aircraft S/N | Description | Qty | Units | Curr. | Unit Cost | Line Cost |
|---|---|---|---|---|---|---|---|---|
| 1 | 2LA007724-41 | P.S.U | | 1 | ea | USD | 5,550.00 | 5,550.00 |

**PO Total Cost:** USD 5,550.00

_____
LOGISTICS DIRECTOR

*Please send order acknowledgement upon receipt and awb as released to*
*logistica@aires.aero*
*Certificates of compliance and invoices must come enclosed with package*

_COMPLETE TRACEABILITY UP TO MANUFACTURER OR APPROVED REPAIR STATION IS REQUIRED_
_FOR ALL PARTS SHIPPED, FOR PAYMENT APPROVAL_

**CERTIFICATES REQUIRED:** *FORM 8130-3 / FORM EASA /CERTIFICATE OF CONFORMANCE / SHOP FINDINGS*
*REPORT / CERTIFICATE OF CALIBRATION / TRACEABLE TO MANUFACTURER /*
*SERVICIABLE TAG TO R. AGENT / TSO- PMA MARKINGS / FLAMABLILITY REPORT /*
*PHYSICAL – CHEMIC REPORT / SHELF LIFE CURE DATE 80% / CALIBRATION DATA /*
*CERTIFICATE OF ANALYSIS.*



## EXCHANGE AGREEMENT

By and between Regional One, Inc. (hereinafter "R1") and,

AIRES S.A                                                              hereinafter R1 ("Customer")

| | | | |
|---|---|---|---|
| Part Number: | 2-A007224-41 | Serial Number: | 53647'43 |
| Customer P.O. # | 60514 | Exchange Date: | 01-17-2011 |
| Exchange Fee: | $5,090 USD | Outright / BER Price: | $7,500 USD |
| Core Due Date: | 12-17-2011 | Outright Billing Date: | 01-17-2012 |

Exchange Type :

X       **Flat Exchange A/R**:  Customer agrees to return an exchange core to R1 as removed from aircraft, in reparable condition.  If the cost to repair the exchange core exceeds fifty (50%) of the Exchange Fee, Customer agrees to reimburse R1 for the difference between the repair cost and 50% of the Exchange Fee.

This Agreement shall be subject to the terms corresponding to the Exchange Type and shall be subject to all other terms and conditions listed below. Upon execution of this Agreement, the Customer will be charged the exchange fee indicated above.  Other specific payment terms relating to this agreement will be indicated on R1's invoice, along with the cost to re-certify the Customer's exchange core unit to Serviceable/Overhauled condition. (If repair cost as indicated above exceeds fifty (50%) of the exchange fee, customer agrees to pay the difference between the repair cost and 50% of the exchange fee). These charges will be billed at a later date with payment due upon receipt of invoice, including all freight, packaging and handling charges which can amount up to 15% of the cost to recertify the unit.

* **FEES:** Late fees will be billable immediately after core due date. Additional late fee(s) will be billed bi-weekly up until Outright/BER price is billed by R1 or Core unit is received and accepted by R1.

### ADDITIONAL TERMS AND CONDITIONS:

1. The Customer's exchange units are to be returned to R1 in the condition indicated under the Exchange Type. Units must be accompanied by a signed removal tag, packing slip, and material certification with non-incident statement from an approved regulated source (Regulated Airline, Maintenance Facility or OEM). Core units received with paperwork deemed unacceptable to R1 (in R1's sole & absolute discretion) will be returned and the Customer will not have satisfied their duty and obligation under this Agreement and will be subject to the late fees and other liabilities set forth herein. If satisfactory paperwork is not received to as supplied to R1 by the agreed Outright Billing Date the unit will be rejected and returned to the Customer and the Outright Price, original Exchange Fee and all applicable late charges will be due.

2. The Customer's exchange units are to be returned to R1 by the Core Due Date indicated above. It is the sole responsibility of the Customer to return a core on time and R1 is not responsible for outgoing or incoming transit or customs delays. Units not returned by the Core Due Date will be subject to an additional exchange fee equal to the original exchange fee. Units not returned by the Outright Billing Date will be subject to invoice at the full Outright Sale Price (plus the original Exchange Fee and all late charges due.

3. Once a unit leaves R1's facility, this agreement is in effect in its entirety. Cancellations and/or original units returned unused are subject to the full Exchange Fee, late fees and re-certification, if required. As set forth in this Agreement, unused returned units must be accompanied by all original paperwork supplied by R1 or be subject to re-certification charges or Outright Billing. Furthermore, a signed certification is required from the end user's quality control representative stating the unit was not used or installed in any way.

4. R1 will determine what repair shop will be used to perform the repair or overhaul work required. R1, in its sole discretion, will approve or reject repair, or overhaul estimates from the repair facility. R1 will return the core unit to the condition of the unit provided. R1 will only provide a Serviceable, plus a copy of either a teardown evaluation, estimate or teardown report to the Customer. If the Customer's exchange core is determined to be beyond economical repair (BER), the Customer will be given the choice to provide an acceptable replacement or to pay the Outright Sales Price. The repair facility's evaluation fee, plus all late fees and freight and handling charges. An exchange core shall be deemed to be beyond economical repair if the repair cost quoted by R1's selected repair facility is equal to or greater than 65% of the total agreed value of the unit.

5. It is hereby understood and agreed by the parties to this Agreement that the late fees set forth herein are established because the parties cannot readily ascertain the full extent and nature of the damages that will be suffered by R1 in the event the terms and conditions set forth herein are not complied with by the Customer. The parties acknowledge and agree that the late fees set forth herein constitute reasonable damages.

6. If payment terms are not met, the Customer agrees to pay a 1 ½% late payment fee per month on the outstanding balance and any and all reasonable collection and legal fees associated with collecting any unpaid amount due R1. Any and all disputes will be subject to laws of the State of Florida, except that the Conflict of Laws provisions of Florida shall not be used to invoke the law of another jurisdiction.

7. Warranties for items supplied under this Agreement are only those provided by the manufacturer or Overhaul facility. Any claims should be handled directly with them and in no way affects the terms and conditions of this agreement.

8. The Customer hereby warrants that it has not been prohibited or restricted by any government authority from participating in U.S. Export Transactions, that it is not listed on the U.S. Department of Commerce Bureau of Industry and Security Unverified List of parties and that it has furnished truthful and accurate information to R1 regarding the end use, end users and destination of the unit.

9. Any and all amendments to this agreement must be in writing and signed by both parties.

10. The Customer, by signing below has read, accepts and agrees to all of the terms and conditions of this agreement regardless of any other terms or clauses which may appear on the Customer's paperwork. The Customer also agrees to pay R1 per agreed payment terms.

11. Both parties have caused this agreement to be signed by a duly authorized representative.

On Behalf of Regional One, Inc.                                    On Behalf of Customer

Name: Fernando Blanco                                               Name: Miguel Segura C.
Title: Sales Manager                                                Title: Jefe de Compras y Logistica
Date: November 17, 2011                                             Date: November 17, 2011

 **PURCHASE ORDER #: 65738**

| Requested Delivery Date: | Date of Issue: | Type: | Priority: |
|---|---|---|---|
| 3/23/2012 | 3/22/2012 | EXCHAN | CRITICAL |

**Vendor:**
1236   Regional One
6464 NE 4th Court Miami
Miami, Florida 33138
**Phone:** (305) 759 0670
**Fax:** 305 759 0637
**Attention:** Fernando Blanco

**Ship To:**
LAN CARGO MIAMI INTL
1901 NW 66th Ave, Bldg 709, door 58
Miami, Florida 33122

**Ship Via:**
Priority overnight 1752-4790-4

**Bill To:**
AIRES S.A.
Av.El Dorado Entrada #1 Hangar AIRES
Bogota, Cundinamarca
33122

| Line | P/N # | Aircraft S/N | Description | Qty | Units | Curr. | Unit Cost | Line Cost |
|---|---|---|---|---|---|---|---|---|
| 1 | 174260-08 | | MASK, CREW OXYGEN FULL FACE | 1 | | USD | 1,000.00 | 1,000.00 |

**PO Total Cost:** USD   1,000.00

LOGISTICS DIRECTOR

*Please send order acknowledgement upon receipt and awb as released to*
*logistica@aires.aero*
*Certificates of compliance and invoices must come enclosed with package*

*COMPLETE TRACEABILITY UP TO MANUFACTURER OR APPROVED REPAIR STATION IS REQUIRED*
*FOR ALL PARTS SHIPPED, FOR PAYMENT APPROVAL*

CERTIFICATES REQUIRED:   *FORM 8130-3 / FORM EASA /CERTIFICATE OF CONFORMANCE / SHOP FINDINGS*
*REPORT / CERTIFICATE OF CALIBRATION / TRACEABLE TO MANUFACTURER /*
*SERVICIABLE TAG TO R. AGENT / TSO- PMA MARKINGS / FLAMABLILITY REPORT /*
*PHYSICAL - CHEMIC REPORT / SHELF LIFE CURE DATE 80% / CALIBRATION DATA /*
*CERTIFICATE OF ANALYSIS.*

450-F-21
REV: 01
Date: 22/06/2007



### EXCHANGE+COST AGREEMENT

By and between Regional One, Inc. (hereinafter "R1") and:

**CUSTOMER AIRES**                    hereinafter the ("Customer")

| | | | | |
|---|---|---|---|---|
| Part Number: | 174260-08 | | Serial Number: | 19519 |
| Customer P.O. #: | 66738 | | Exchange Date: | 03/22/2012 |
| Exchange Fee: | $1,000 USD | | Outright / BER Price: | $4,500 USD |
| Core Due Date: | 04/22/2012 | | Outright Billing Date: | 05/22/2012 |

Exchange Type:

_____ **Exchange Plus Cost:** Customer agrees to return an exchange core to R1 as removed from aircraft in repairable condition, R1 shall then have the core repaired and shall invoice Customer for such repair in accordance with the terms of this Agreement.

This Agreement shall be subject to the terms corresponding to the Exchange Type and shall be subject to all other terms and conditions listed below. Upon execution of this Agreement, the Customer will be charged the exchange fee indicated above. Other specific payment terms relating to this agreement will be indicated on R1's invoice, along with the cost to re-certify the Customer's exchange core unit to Serviceable/Overhauled condition. These charges will be billed at a later date with payment due upon receipt of invoice, including all freight, packaging and handling charges which can amount up to 15% of the cost to recertify the core.

FEES: Late fees will be billable immediately after core due date. Additional late fee(s) will be billed bi-weekly up until Outright/BER price is billed by R1 or Core unit is received and accepted by R1

### ADDITIONAL TERMS AND CONDITIONS:

1.   The Customers exchange units are to be returned to R1 in the condition indicated under the Exchange Type. Units must be accompanied by a signed removal tag, packing slip and material certification with non-incident statement from an approved regulated source (Regulated Airline, Maintenance Facility or OEM). Core units received with paperwork deemed unacceptable to R1 (in R1's sole & absolute discretion) will be rejected and the Customer will not have satisfied their duty and obligations under this Agreement and will be subject to the late fees and other liabilities set forth herein. If satisfactory paperwork is not or cannot be supplied to R1 by the agreed Outright Billing Date the unit will be rejected and returned to the Customer and the Outright Price, original Exchange Fee and all applicable late charges will be due.

2.   The Customer's exchange units are to be returned to R1 by the Core Due Date indicated above. It is the sole responsibility of the Customer to return a core on time and R1 is not responsible for outgoing or incoming transit or customs delays. Units not returned by the Core Due Date will be subject to an additional exchange fee equal to the original exchange fee. Units not returned by the Outright Billing Date will be subject to invoice at the full Outright Sale Price, plus the original Exchange Fee and all late charges due.

3.   Once a unit leaves R1's facility, this agreement is in effect in its entirety. Cancellations and/or original units returned unused are subject to the full Exchange Fee, late fees and re-certification, if required. As set forth in this Agreement, unused returned units must be accompanied by all original paperwork supplied by R1 or be subject to re-certification charges or Outright Billing. Furthermore, a signed certification is required from the end user's quality control representative stating the unit was not used or installed in any way.

4.   R1 will determine what repair shop will be used to perform the repair or overhaul work required. R1, in its sole discretion, will approve or reject repair or overhaul estimates from the repair facility. R1 will return the core unit to the condition of the unit provided. R1 will only provide its final invoice, plus a copy of either a shop evaluation, estimate or teardown report to the Customer. If the Customer's exchange core is determined to be beyond economical repair (BER), the Customer will be given the choice to provide an acceptable replacement or to pay the Outright Sales Price, the repair facility's evaluation fee, plus all late fees and freight and handling charges. An exchange core shall be deemed to be beyond economical repair if the repair cost quoted by R1's selected repair facility is equal to or greater than 65% of the total agreed value of the unit.

5.   It is hereby understood and agreed by the parties to this Agreement that the late fees set forth herein are established because the parties cannot readily ascertain the full extent and nature of the damages that will be suffered by R1 in the event the terms and conditions set forth herein are not complied with by the Customer. The parties acknowledge and agree that the late fees set forth herein constitute reasonable damages.

6.   If payment terms are not met, the Customer agrees to pay a 1 ½% late payment fee per month on the outstanding balance and any and all reasonable collection and legal fees associated with collecting any unpaid amount due R1. Any and all disputes will be subject to laws of the State of Florida, except that the Conflict of Laws provisions of Florida shall not be used to invoke the law of another jurisdiction.

7.   Warranties for items supplied under this Agreement are only those provided by the manufacturer or Overhaul facility. Any claims should be handled directly with them and in no way affects the terms and conditions of this agreement.

8.   The Customer hereby warrants that it has not been prohibited or restricted by any government authority from participating in U.S Export Transactions, that it is not listed on the U.S. Department of Commerce Bureau of Industry and Security Unverified List of parties and that it has furnished truthful and accurate information to R1 regarding the end use, end users and destination of the unit.

9.   Any and all amendments to this agreement must be in writing and signed by both parties.

10.  The Customer, by signing below has read, accepts and agrees to all of the terms and conditions of this agreement regardless of any other terms or clauses which may appear on the Customer's paperwork. The Customer also agrees to pay R1 per agreed payment terms.

11.  Both parties have caused this agreement to be signed by a duly authorized representative.
On Behalf of Regional One, Inc.                                    On Behalf of Customer

_____                          _____
Name : Fernando Blanco                                           Name:
Title: Sales Manager                                              Title: Jefe de Compras y Logistica.
Date: 02/28/2012                                                 Date: Marzo - 09/12

6464 NE 4th Court -- Miami -- FL 33138 Phone: 305-759-0670 Fax: 305-759-0637

Page 1 of 1

# EXCHANGE

## ORDER TYPE



**Order Nº  P0249994**

**Bill To:**
LATAM Airlines Group S.A.

Edificio Corporativo
Americo Vespucio 0901 - Ronca
Santiago - CHILE
Phone: +56 2 565 3339  Fax: +56 2 565 3498
Email:  recepcion.facturas@lan.com

| TO: 3JWB1 | SHIP TO: MIA/DOCK | CONSIGN TO: | ORDER STATUS | EXPEDITE STATUS |
|---|---|---|---|---|
| REGIONAL ONE, INC | LAN Cargo, Miami Intl | AIRES | OPEN | AOG |
| 6464 NE 4TH COURT MIAMI | | Avenida el Dorado No 103 - 08 | NOMBRE: | |
| | 1701 NW 63RD AV | | Rincon, Miguel | |
| MIAMI, FL 33138 | BUILDING 712, DOOR 15 | Entrada 1 Hangar 1 | MAIL: | |
| USA | Miami UNITED STATES | BOGOTA    COLOMBIA | | |
| ANIBAL MENDOZA | Florida 33126 | Martha Perez | PHONE: | |
| 305 7890670 | | 2940330 | | |

| ORDER DATE | SHIP VIA | NET DAYS: NET30 (Invoice must be paid within 30 days of receipt.) | PAYMENTS TERMS | DISCOUNT PCT: |
|---|---|---|---|---|
| Sep/13/2012 | | | | |

| ITEM | LINE DESCRIPTION | SERIAL Nº | DATE REQ. | ATA CODE | QTY | DANGEROUS GOODS | UOM | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 900-700-048-28 (CYLINDER ASSY, CREW OXYGEN) | | Sep/13/2012 | | 1 | | EA | 2,250.00  USD | 2,250.00  USD |
| 2 | PLUS REPAIR COST | | Sep/20/2012 | | 1 | | EA | 1.00  USD | 1.00  USD |
| REMARKS : | | | | | | | | TOTAL: | 2,251.00  USD |

| WORK ORDER | CURRENT TIME | | | POSITION | AIRCRAFT | STATION | REMOVED DATE | MANUFACTURE DATE | LAST SERVICE DATE | LAST OVERHAUL DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | TSN | TSO | TSI | | | | | | | |
| | HRS | | | | | | | | | |
| | CYC | | | | | | | | | |

WORK REQUEST :

REASON REMOVED :

CERTIFICATES REQUIRED :   FORM 8130-3 / FORM EASA / SHOP FINDINGS REPORT / TRACEABLE TO MANUFACTURER / SERVICIABLE TAG TO R  AGENT / CERTIFICATE OF ANALYSIS / INVOICE MUST INCLUDE PN AND SN

**IMPORTANT INSTRUCTIONS:**

1. FULL TRACEABILITY IS STRICTLY NECESSARY, THESE DOCUMENTS MUST BE SENT ALONG WITH THE ITEM INSIDE THE PACKAGE. IF GOODS ARE RECEIVED WITHOUT THE REQUESTED DOCUMENTS: THE UNIT (S) WILL BE RETURNED TO YOUR FACILITY UNDER COLLECT CHARGES.

2. PLEASE ACKNOWLEDGE RECEIPT OF THIS ORDER TO THE Email INDICATED ABOVE.

3. LAN WILL NOT ACCEPT GOODS OR UNITS IF THEY DO NOT COMPLY WITH ALL REQUESTED SPECIFICATIONS AND/OR IF THE DELIVERY OF GOODS OR UNITS ARE NOT MADE WITHIN THE NEXT 15 DAYS FROM THE DATE OF PURCHASE ORDER, EXCEPT OTHERWISE AGREED.

4. SHIPMENT OF A PN DIFFERENT THAN THAT REQUESTED IN THE ORDER MUST BE PREVIOUSLY APPROVED BY LAN

5. FOR FINANCE OR ACCOUNTING QUESTIONS CONTACT TO STATEMENT@LAN.COM, +56 (2) 677 - 4580

6. FORM ATA-106 IS NOT ACCEPTABLE.

7. FOR SHIPPING INSTRUCTIONS PLEASE CONTACT THE ABOVE MENTIONED BUYER

8. FOR PAYMENT: ATTACH ONE COPY OF PACKING LIST AND INVOICE BOTH INSIDE AND OUTSIDE OF PACKAGE / CONTAINER.

_____       _____
REPRESENTATIVE                          SIGNATURE

# EXCHANGE

## ORDER TYPE



**Order N°  P0266114**

| Bill To: | | | | | | |
|---|---|---|---|---|---|---|
| LATAM Airlines Group S.A. | **TO:** 3JW81 | **SHIP TO:** MIA/DOCK | **CONSIGN TO:** | ORDER STATUS | EXPEDITE STATUS | |
| | REGIONAL ONE, INC | LAN Cargo, Miami Intl | AIRES | ISSUED | CRITICAL | |
| Edificio Corporativo | 6464 NE 4TH COURT MIAMI | | | | | |
| Americo Vespucio 0901 - Renca | | 1701 NW 63RD AV | Avenida el Dorado No 103 - 08 | NOMBRE: | | |
| Santiago - CHILE | MIAMI, FL          33138 | BUILDING 712, DOOR 15 | | Villalobos, Cindy Lorena | | |
| Phone: +56 2 565 3339  Fax:+56 2 565 3498 | USA | Miami      UNITED STATES | Entrada 1 Hangar 1 | MAIL: | | |
| Email: recepcion.facturas@lan.com | ANIBAL MENDOZA | | BOGOTA      COLOMBIA | | | |
| | 305 7590670 | Florida           33126 | Martha Perez | PHONE: | | |
| | | | 2940330 | | | |

| ORDER DATE | SHIPVIA | NET DAYS: NET30 (Invoice must be paid within 30 days of receipt.) | PAYMENTS TERMS | DISCOUNT PCT: |
|---|---|---|---|---|
| Dec/05/2012 | | | | |

| ITEM | LINE DESCRIPTION | SERIAL N° | DATE REQ. | ATA CODE | QTY. | DANGEROUS GOODS | UOM | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C19190AB07 (UNIT DISPLAY) | | Dec/05/2012 | | 1 | | EA | 8,000.00 | USD | 8,000.00 | USD |
| 2 | Repair core charge | | | | 1 | | EA | 1.00 | USD | 1.00 | USD |
| REMARKS : | | | | | | | | **TOTAL:** | | 8.001,00 | USD |

| WORKORDER | | CURRENT TIME | | | POSITION | AIRCRAFT | | STATION | REMOVED | MANUFACTURE | LAST SERVICE | LAST OVERHAUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TSN | TSO | TSI | | | | | DATE | DATE | DATE | DATE |
| | | HRS | | | | | | | | | | |
| | | CYC | | | | | | | | | | |
| WORK REQUEST : | | | | | | | | | | | | |
| REASON REMOVED : | | | | | | | | | | | | |
| CERTIFICATES REQUIRED : | FORM 8130-3 / FORM EASA / SHOP FINDINGS REPORT / TRACEABLE TO MANUFACTURER / SERVICIABLE TAG TO R. AGENT / CERTIFICATE OF ANALYSIS / INVOICE MUST INCLUDE PN AND SN | | | | | | | | | | | |

### IMPORTANT INSTRUCTIONS:

1. FULL TRACEABILITY IS STRICTLY NECESSARY, THESE DOCUMENTS MUST BE SENT ALONG WITH THE ITEM INSIDE THE PACKAGE. IF GOODS ARE RECEIVED WITHOUT THE REQUESTED DOCUMENTS, THE UNIT (S) WILL BE RETURNED TO YOUR FACILITY UNDER COLLECT CHARGES.

2. PLEASE ACKNOWLEDGE RECEIPT OF THIS ORDER TO THE Email INDICATED ABOVE.

3. LAN WILL NOT ACCEPT GOODS OR UNITS IF THEY DO NOT COMPLY WITH ALL REQUESTED SPECIFICATIONS AND/OR IF THE DELIVERY OF GOODS OR UNITS ARE NOT MADE WITHIN THE NEXT 15 DAYS FROM THE DATE OF PURCHASE ORDER, EXCEPT OTHERWISE AGREED.

4 SHIPMENT OF A PN DIFFERENT THAN THAT REQUESTED IN THE ORDER MUST BE PREVIOUSLY APPROVED BY LAN

5 FOR FINANCE OR ACCOUNTING QUESTIONS CONTACT TO STATEMENT@LAN.COM, +56 (2) 677 - 4685

6 FORM ATA-106 IS NOT ACCEPTABLE

7. FOR SHIPPING INSTRUCTIONS PLEASE CONTACT THE ABOVE MENTIONED BUYER

8. FOR PAYMENT, ATTACH ONE COPY OF PACKING LIST AND INVOICE BOTH INSIDE AND OUTSIDE OF PACKAGE / CONTAINER.

| JEYSSON ALEXIS SILVA | Asper Brenne | MIRKO MITROVICH | REPRESENTATIVE | SIGNATURE |
|---|---|---|---|---|
| Comprador | Subgerente | Gerente N1 | | |

Page 1 of 1

# EXCHANGE



## ORDER TYPE

Order Nº **P0267204**

| | ORDER STATUS | EXPEDITE STATUS |
|---|---|---|
| | OPEN | AOG |

**Bill To:**
LATAM Airlines Group S.A.

Edificio Corporativo
Americo Vespucio 0901 - Renca
Santiago - CHILE
Phone: +56 2 565 3339   Fax:+56 2 565 3496
Email:  recepcion.facturas@lan.com

| TO:   3JWB1 | SHIP TO:   BOGAIRES | CONSIGN TO: | NOMBRE: |
|---|---|---|---|
| REGIONAL ONE, INC | LAN AIRLINES S.A C/O AIRES S.A | AIRES | Villalobos, Cindy Lorena |
| 6464 NE 4TH COURT MIAMI | | | MAIL: |
| | ENTREGA URGENTE (D.D) | Avenida el Dorado No 103 - 08 | |
| MIAMI, FL          33138 | AEROPUERTO EL DORADO ENTRADA 1 | Entrada 1 Hangar 1 | PHONE: |
| USA | | | |
| ANIBAL MENDOZA | BOGOTA          COLOMBIA | BOGOTA          COLOMBIA | |
| 305 7590670 | | Martha Perez | |
| | | 2940380 | |

| ORDER DATE | SHIP VIA | NET DAYS: | PAYMENTS TERMS | DISCOUNT PCT: |
|---|---|---|---|---|
| Dec/11/2012 | Receiver Direct Pick Up | NET30 (Invoice must be paid within 30 days of receipt.) | | |

| ITEM | LINE DESCRIPTION | SERIAL N° | DATE REQ. | ATA CODE | QTY. | DANGEROUS GOODS | UOM | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 365800-1005 (VALVE, DUMP SPOILER) | | Dec/11/2012 | | 1 | | EA | 2,000.00 | USD | 2,000.00 | USD |
| 2 | REPAIR CORE CHARGE | | Dec/27/2012 | | 1 | | EA | 1.00 | USD | 1.00 | USD |
| REMARKS : | AOG AIRCRAFT TAIL HK4725 | | | | | | | **TOTAL:** | | 2.001,00 | USD |

| WORKORDER | | CURRENT TIME | | | POSITION | AIRCRAFT | | STATION | REMOVED DATE | MANUFACTURE DATE | LAST SERVICE DATE | LAST OVERHAUL DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TSN | TSO | TSI | | | | | | | | | |
| | HRS | | | | | | | | | | | |
| | CYC | | | | | | | | | | | |
| WORK REQUEST : | | | | | | | | | | | | |
| REASON REMOVED : | | | | | | | | | | | | |
| CERTIFICATES REQUIRED : | FORM 8130-3 / FORM EASA / SHOP FINDINGS REPORT / TRACEABLE TO MANUFACTURER / SERVICABLE TAG TO R  AGENT / CERTIFICATE OF ANALYSIS / INVOICE MUST INCLUDE PN AND SN | | | | | | | | | | | |

**IMPORTANT INSTRUCTIONS:**

1. FULL TRACEABILITY IS STRICTLY NECESSARY, THESE DOCUMENTS MUST BE SENT ALONG WITH THE ITEM INSIDE THE PACKAGE. IF GOODS ARE RECEIVED WITHOUT THE REQUESTED DOCUMENTS, THE UNIT (S) WILL BE RETURNED TO YOUR FACILITY UNDER COLLECT CHARGES.

2. PLEASE ACKNOWLEDGE RECEIPT OF THIS ORDER TO THE Email INDICATED ABOVE

3. LAN WILL NOT ACCEPT GOODS OR UNITS IF THEY DO NOT COMPLY WITH ALL REQUESTED SPECIFICATIONS AND/OR IF THE DELIVERY OF GOODS OR UNITS ARE NOT MADE WITHIN THE NEXT 15 DAYS FROM THE DATE OF PURCHASE ORDER, EXCEPT OTHERWISE AGREED.

4. SHIPMENT OF A PN DIFFERENT THAN THAT REQUESTED IN THE ORDER MUST BE PREVIOUSLY APPROVED BY LAN

5. FOR FINANCE OR ACCOUNTING QUESTIONS CONTACT TO STATEMENT@LAN.COM +56 (2) 677 - 4683

6. FORM ATA-106 IS NOT ACCEPTABLE

7. FOR SHIPPING INSTRUCIONS PLEASE CONTACT THE ABOVE MENTIONED BUYER

8. FOR PAYMENT, ATTACH ONE COPY OF PACKING LIST AND INVOICE BOTH INSIDE AND OUTSIDE OF PACKAGE / CONTAINER.

JOSE YESID BARRERA
Comprador

_____
REPRESENTATIVE

_____
SIGNATURE

# PURCHASE

### ORDER TYPE

 **LAN**

**Order Nº  P0268354**

| | | ORDER STATUS | EXPEDITE STATUS |
|---|---|---|---|
| | | OPEN | AOG |

**Bill To:**
LATAM Airlines Group S.A.

Edificio Corporativo
Americo Vespucio 0901 - Renca
Santiago - CHILE
Phone: +56 2 565 3339  Fax:+56 2 565 3498
Email:  recepcion.facturas@lan.com

| **TO:** 3JWB1 | **SHIP TO:** BOG/AIRES | **CONSIGN TO:** |
|---|---|---|
| REGIONAL ONE, INC | LAN AIRLINES S.A C/O AIRES S.A | AIRES |
| 6464 NE 4TH COURT MIAMI | | Avenida el Dorado No 103 - 08 |
| ENTREGA URGENTE (D.D.) | | Entrada 1 Hangar 1 |
| MIAMI, FL       33138 | AEROPUERTO EL DORADO ENTRADA 1 | BOGOTA       COLOMBIA |
| USA | BOGOTA       COLOMBIA | Martha Perez |
| ANIBAL MENDOZA | | 2940330 |
| 305 7690670 | | |

NOMBRE:
BARRERA, JOSE YESID
MAIL:
jose.barreraV@lan.com
PHONE:

| ORDER DATE | SHIP VIA | NET DAYS: | PAYMENTS TERMS | DISCOUNT PCT: |
|---|---|---|---|---|
| Dec/17/2012 | Receiver Direct Pick Up | NET30 (invoice must be paid within 30 days of receipt.) | | |

| ITEM | LINE DESCRIPTION | SERIAL Nº | DATE REQ. | ATA CODE | QTY. | DANGEROUS GOODS | UOM | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1B3008-1R (SHOULDER-GUIDE STRAP) | | Dec/18/2012 | | 1 | | EA | 200,00 | USD | 200,00 | USD |
| 2 | FAA 8130 FORM FEE | | Dec/18/2012 | | 1 | | EA | 75,00 | USD | 75,00 | USD |

REMARKS :  AOG AIRCRAFT TAIL HK4725 / FAA 8130 FOR EXPORT REQUIRED

**TOTAL:**  275,00  USD

| NOTE TO RECEIVER | ORDER EXTERNAL REFERENCE | ACCOUNT |
|---|---|---|
| | 0 | |

CERTIFICATES REQUIRED :   FORM 8130-3 / FORM EASA / CERTIFICATE OF CONFORMANCE / SHOP FINDINGS REPORT / CERTIFICATE OF CALIBRATION / TRACEABLE TO MANUFACTURER / SERVICIABLE TAG TO R. AGENT / ISO-PMA MARKINGS / FLAMABILITY REPORT / PHYSICAL-CHEMIC REPORT / SHELF LIFE CURE DATE 80% / CALIBRATION DATA / CERTIFICATE OF ANALYSIS / INVOICE MUST INCLUDE PN AND SN IAPPLY RGT AND REP]

**IMPORTANT INSTRUCTIONS:**

1. FULL TRACEABILITY IS STRICTLY NECESSARY. THESE DOCUMENTS MUST BE SENT ALONG WITH THE ITEM INSIDE THE PACKAGE. IF GOODS ARE RECEIVED WITHOUT THE REQUESTED DOCUMENTS, THE UNIT (S) WILL BE RETURNED TO YOUR FACILITY UNDER COLLECT CHARGES.

2. PLEASE ACKNOWLEDGE RECEIPT OF THIS ORDER TO THE Email INDICATED ABOVE.

3. LAN WILL NOT ACCEPT GOODS OR UNITS IF THEY DO NOT COMPLY WITH ALL REQUESTED SPECIFICATIONS AND/OR IF THE DELIVERY OF GOODS OR UNITS ARE NOT MADE WITHIN THE NEXT 15 DAYS FROM THE DATE OF PURCHASE ORDER, EXCEPT OTHERWISE AGREED

4. SHIPMENT OF A PN DIFFERENT THAN THAT REQUESTED IN THE ORDER MUST BE PREVIOUSLY APPROVED BY LAN

5. FOR FINANCE OR ACCOUNTING QUESTIONS CONTACT TO STATEMENT@LAN.COM. +56 (2) 677 - 4880

6. FORM ATA-106 IS NOT ACCEPTABLE.

7. FOR SHIPPING INSTRUCTIONS PLEASE CONTACT THE ABOVE MENTIONED BUYER

8. FOR PAYMENT: ATTACH ONE COPY OF PACKING LIST AND INVOICE BOTH INSIDE AND OUTSIDE OF PACKAGE / CONTAINER.

REPRESENTATIVE                              SIGNATURE



# EXCHANGE

Page 1 of 1

### ORDER TYPE

**Order N°** **P0278646**

**Bill To:**
LATAM Airlines Group S.A.

Edificio Corporativo
Americo Vespucio 0901 - Renca
Santiago - CHILE
Phone: +56 2 565 3339   Fax:+56 2 565 3498
Email:  recepcion.facturas@lan.com

| TO: | 3JWB1 | SHIP TO: | MIAMDOCK | CONSIGN TO: | | ORDER STATUS | EXPEDITE STATUS |
|---|---|---|---|---|---|---|---|
| REGIONAL ONE, INC | | LAN Cargo. Miami Intl | | AIRES | | ISSUED | CRITICAL |
| 6454 NE 4TH COURT MIAMI | | | | | | NOMBRE: | |
| | | 1701 NW 63RD AV | | Avenida el Dorado No 103 - 08 | | Villalobos, Cindy Lorena | |
| MIAMI, FL | 33138 | BUILDING 712, DOOR 15 | | Entrada 1 Hangar 1 | | MAIL: | |
| USA | | Miami | UNITED STATES | BOGOTA    COLOMBIA | | | |
| ANIBAL MENDOZA | | Florida | 33126 | Martha Perez | | PHONE: | |
| 305 7590670 | | | | 2940330 | | | |

| ORDER DATE | | SHIPVIA | | NET DAYS: | NET30 (Invoice must be paid within 30 days of receipt.) | PAYMENTS TERMS | | DISCOUNT PCT: | |
|---|---|---|---|---|---|---|---|---|---|
| Feb/07/2013 | | | | | | | | | |

| ITEM | LINE DESCRIPTION | SERIAL N° | DATE REQ. | ATA CODE | QTY. | DANGEROUS GOODS | UOM | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 778697-1 (VALVE , ZONE TEMPERATURE TRIM) | | Feb/08/2013 | 21-60-00-05-030 | 1 | | EA | 900.00 | USD | 900.00 | USD |
| 2 | Repair core charge | | | | 1 | | EA | 1.00 | USD | 1.00 | USD |
| **REMARKS :** | | | | | | | | **TOTAL:** | | 901.00 | USD |

| WORKORDER | | CURRENT TIME | | | POSITION | AIRCRAFT | STATION | REMOVED | MANUFACTURE | LAST SERVICE | LAST OVERHAUL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TSN | TSO | TSI | | | | DATE | DATE | DATE | DATE |
| | HRS | | | | | | | | | | |
| | CYC | | | | | | | | | | |

**WORK REQUEST :**

**REASON REMOVED :**

**CERTIFICATES REQUIRED :**   FORM 8130-3 / FORM EASA / SHOP FINDINGS REPORT / TRACEABLE TO MANUFACTURER / SERVICABLE TAG TO R. AGENT / CERTIFICATE OF ANALYSIS / *INVOICE MUST INCLUDE PN AND SN*

---

**IMPORTANT INSTRUCTIONS:**

1. FULL TRACEABILITY IS STRICTLY NECESSARY. THESE DOCUMENTS MUST BE SENT ALONG WITH THE ITEM INSIDE THE PACKAGE. IF GOODS ARE RECEIVED WITHOUT THE REQUESTED DOCUMENTS. THE UNIT (S) WILL BE RETURNED TO YOUR FACILITY UNDER COLLECT CHARGES.

2. PLEASE ACKNOWLEDGE RECEIPT OF THIS ORDER TO THE Email INDICATED ABOVE

3. LAN WILL NOT ACCEPT GOODS OR UNITS IF THEY DO NOT COMPLY WITH ALL REQUESTED SPECIFICATIONS AND/OR IF THE DELIVERY OF GOODS OR UNITS ARE NOT MADE WITHIN THE NEXT 15 DAYS FROM THE DATE OF PURCHASE ORDER, EXCEPT OTHERWISE AGREED.

4. SHIPMENT OF A PN DIFFERENT THAN THAT REQUESTED IN THE ORDER MUST BE PREVIOUSLY APPROVED BY LAN

5. FOR FINANCE OR ACCOUNTING QUESTIONS CONTACT TO STATEMENT@LAN.COM. +56 (2) 677 - 4680

6. FORM ATA-106 IS NOT ACCEPTABLE.

7. FOR SHIPPING INSTRUCTIONS PLEASE CONTACT THE ABOVE MENTIONED BUYER

8. FOR PAYMENT. ATTACH ONE COPY OF PACKING LIST AND INVOICE BOTH INSIDE AND OUTSIDE OF PACKAGE / CONTAINER.

JOSE YESID BARRERA
Jefa Dpto

| REPRESENTATIVE | SIGNATURE |
|---|---|

# EXCHANGE

## ORDER TYPE



Page 1 of 1

**Order Nº  P0269142**

| | | |
|---|---|---|
| ORDER STATUS | EXPEDITE STATUS | |
| OPEN | AOG | |

**Bill To:**
LATAM Airlines Group S.A.

Edificio Corporativo
Americo Vespucio 0901 - Renca
Santiago - CHILE
Phone: +56 2 565 3339  Fax:+56 2 565 3498
Email:  recepcion.facturas@lan.com

| TO:  3JWB1 | SHIP TO:  BOGAIRES | CONSIGN TO: |
|---|---|---|
| REGIONAL ONE, INC | LAN AIRLINES S A C/O AIRES S A | AIRES |
| 8464 NE 4TH COURT MIAMI | | Avenida el Dorado No 103 - 08 |
| | ENTREGA URGENTE (D.D.) | Entrada 1 Hangar 1 |
| MIAMI, FL          33138 | AEROPUERTO EL DORADO ENTRADA 1 | BOGOTA          COLOMBIA |
| USA | BOGOTA          COLOMBIA | Martha Perez |
| ANIBAL MENDOZA | | 2940330 |
| 305 7590670 | | |

NOMBRE:
Villalobos, Cindy Lorena
MAIL:

PHONE:

| ORDER DATE | SHIPVIA | NET DAYS: | PAYMENTS TERMS | DISCOUNT PCT: |
|---|---|---|---|---|
| Dec/20/2012 | Receiver Direct Pick Up | NET30 (Invoice must be paid within 30 days of receipt.) | | |

| ITEM | LINE DESCRIPTION | SERIAL Nº | DATE REQ. | ATA CODE | QTY | DANGEROUS GOODS | UOM | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1152146-5 (BOX AC CONTACTOR) | | Dec/21/2012 | | 1 | | EA | 9,000.00 | USD | 9,000.00 | USD |
| 2 | REPAIR CORE CHARGE | | Jan/03/2013 | | 1 | | EA | 1.00 | USD | 1.00 | USD |
| | REMARKS: | | | | | | | **TOTAL:** | | **9.001,00** | **USD** |

| WORKORDER | | CURRENT TIME | | | POSITION | AIRCRAFT | STATION | REMOVED DATE | MANUFACTURE DATE | LAST SERVICE DATE | LAST OVERHAUL DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TSN | TSO | TSI | | | | | | | |
| | | HRS | | | | | | | | | |
| | | CYC | | | | | | | | | |

WORK REQUEST :

REASON REMOVED :

CERTIFICATES REQUIRED :   FORM 8130-3 / FORM EASA / SHOP FINDINGS REPORT / TRACEABLE TO MANUFACTURER / SERVICIABLE TAG TO R  AGENT / CERTIFICATE OF ANALYSIS / *INVOICE MUST INCLUDE PN AND SN*

**IMPORTANT INSTRUCTIONS:**

1. FULL TRACEABILITY IS STRICTLY NECESSARY. THESE DOCUMENTS MUST BE SENT ALONG WITH THE ITEM INSIDE THE PACKAGE. IF GOODS ARE RECEIVED WITHOUT THE REQUESTED DOCUMENTS, THE UNIT (S) WILL BE RETURNED TO YOUR FACILITY UNDER COLLECT CHARGES.

2. PLEASE ACKNOWLEDGE RECEIPT OF THIS ORDER TO THE Email INDICATED ABOVE.

3. LAN WILL NOT ACCEPT GOODS OR UNITS IF THEY DO NOT COMPLY WITH ALL REQUESTED SPECIFICATIONS AND/OR IF THE DELIVERY OF GOODS OR UNITS ARE NOT MADE WITHIN THE NEXT 15 DAYS FROM THE DATE OF PURCHASE ORDER, EXCEPT OTHERWISE AGREED.

4. SHIPMENT OF A PN DIFFERENT THAN THAT REQUESTED IN THE ORDER MUST BE PREVIOUSLY APPROVED BY LAN

5. FOR FINANCE OR ACCOUNTING QUESTIONS CONTACT TO STATEMENT@LAN.COM. +56 (2) 677 - 4680

6. FORM ATA-106 IS NOT ACCEPTABLE.

7. FOR SHIPPING INSTRUCTIONS PLEASE CONTACT THE ABOVE MENTIONED BUYER.

8. FOR PAYMENT. ATTACH ONE COPY OF PACKING LIST AND INVOICE BOTH INSIDE AND OUTSIDE OF PACKAGE / CONTAINER.

JOSE YESID BARRERA
Comprador

Aspac Brenne
Subgerente

REPRESENTATIVE

SIGNATURE

# EXCHANGE



## ORDER TYPE

Order N° **P0239183**

**Bill To:**
LATAM Airlines Group S.A.

Edificio Corporativo
Americo Vespucio 0901 - Renca
Santiago - CHILE
Phone: +56 2 565 3339  Fax: +56 2 565 3498
Email: recepcion.facturas@lan.com

| TO: | 3JW81 | SHIP TO: | M0AVD0CK | CONSIGN TO: | | ORDER STATUS | EXPEDITE STATUS |
|---|---|---|---|---|---|---|---|
| REGIONAL ONE, INC | | LAN Cargo, Miami Intl | | AIRES | | OPEN | AOG |
| 6464 NE 4TH COURT MIAMI | | | | | | | |
| | | 1901 NW 88TH AVE | | Avenida el Dorado No 103 - 08 | | NOMBRE: | |
| MIAMI, FL | 33158 | BUILDING 709, DOOR 58 | | | | OCHOA, JAIRO ALONSO | |
| USA | | Miami | UNITED STATES | Entrada 1 Hangar 1 | | MAIL: | |
| ANIBAL MENDOZA | | Florida | 33122 | BOGOTA  COLOMBIA | | dummy@dummy.com | |
| 305 7590670 | | | | Martha Perez | | PHONE: | |
| | | | | 2940350 | | | |

| ORDER DATE | SHIPVIA | NET DAYS: | PAYMENTS TERMS | DISCOUNT PCT: |
|---|---|---|---|---|
| Jul/25/2012 | Fedex Priority 1 | NET30 (Invoice must be paid within 30 days of receipt.) | | |

| ITEM | LINE DESCRIPTION | SERIAL N° | DATE REQ. | ATA CODE | QTY. | DANGEROUS GOODS | UOM | PRICE | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8210-161 (OVER SPEED GOVERNOR) | | Jul/25/2012 | | 1 | | EA | 1,500.00 | USD | 1,500.00  USD |
| REMARKS : | | | | | | | | **TOTAL:** | | 1,500.00  USD |

| WORKORDER | | CURRENT TIME | | | POSITION | AIRCRAFT | STATION | REMOVED | MANUFACTURE | LAST SERVICE | LAST OVERHAUL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TSN | TSO | TSI | | | | | DATE | DATE | DATE | DATE |
| | HRS | | | | | | | | | | |
| | CYC | | | | | | | | | | |

**WORK REQUEST :**

**REASON REMOVED :**

**CERTIFICATES REQUIRED :**  FORM 8130-3 / FORM EASA / SHOP FINDINGS REPORT / TRACEABLE TO MANUFACTURER / SERVICIABLE TAG TO R AGENT / CERTIFICATE OF ANALYSIS / *INVOICE MUST INCLUDE PN AND SN*

---

**IMPORTANT INSTRUCTIONS:**

1. FULL TRACEABILITY IS STRICTLY NECESSARY, THESE DOCUMENTS MUST BE SENT ALONG WITH THE ITEM INSIDE THE PACKAGE. IF GOODS ARE RECEIVED WITHOUT THE REQUESTED DOCUMENTS, THE UNIT (S) WILL BE RETURNED TO YOUR FACILITY UNDER COLLECT CHARGES.

2. PLEASE ACKNOWLEDGE RECEIPT OF THIS ORDER TO THE Email INDICATED ABOVE.

3. LAN WILL NOT ACCEPT GOODS OR UNITS IF THEY DO NOT COMPLY WITH ALL REQUESTED SPECIFICATIONS AND/OR IF THE DELIVERY OF GOODS OR UNITS ARE NOT MADE WITHIN THE NEXT 15 DAYS FROM THE DATE OF PURCHASE ORDER, EXCEPT OTHERWISE AGREED.

4. SHIPMENT OF A PN DIFFERENT THAN THAT REQUESTED IN THE ORDER MUST BE PREVIOUSLY APPROVED BY LAN

5. FOR FINANCE OR ACCOUNTING QUESTIONS CONTACT TO STATEMENT@LAN.COM. +56 (2) 677 - 4680

6. FORM ATA-106 IS NOT ACCEPTABLE.

7. FOR SHIPPING INSTRUCTIONS PLEASE CONTACT THE ABOVE MENTIONED BUYER

8. FOR PAYMENT, ATTACH ONE COPY OF PACKING LIST AND INVOICE BOTH INSIDE AND OUTSIDE OF PACKAGE / CONTAINER.

_____          _____
REPRESENTATIVE                              SIGNATURE

# EXCHANGE

## ORDER TYPE



**Order N°** P0244433

| | | |
|---|---|---|
| **Bill To:**<br>LATAM Airlines Group S.A.<br><br>Edificio Corporativo<br>Americo Vespucio 0901 - Renca<br>Santiago - CHILE<br>Phone: +56 2 565 3339  Fax:+56 2 565 3498<br>Email:  recepcion.facturas@lan.com | **TO:**  3JW81<br>REGIONAL ONE, INC<br>6464 NE 4TH COURT MIAMI<br><br>MIAMI, FL<br>USA<br>ANIBAL MENDOZA<br>305 7590670          33138<br><br>**SHIP TO:**  BOG/DOCK<br>LAN AIRLINES C/O AIRES S.A<br><br>DESCARGUE DIRECTO/ENTREGA INMED<br>AEROPUERTO EL DORADO ENTRADA 1<br>Bogota          COLOMBIA<br>Bolivar<br><br>**CONSIGN TO:**<br>AIRES<br><br>Avenida el Dorado No 103 - 08<br><br>Entrada 1 Hangar 1<br><br>BOGOTA    COLOMBIA<br>Martha Perez<br>2940380 | **ORDER STATUS**  **EXPEDITE STATUS**<br>OPEN               AOG<br><br>NOMBRE:<br>BARRERA, JOSE YESID<br>MAIL:<br>jose.barreraV@lan.com<br>PHONE: |

| **ORDER DATE**<br>Aug/20/2012 | **SHIPVIA**<br>Receiver Direct Pick Up | **NET DAYS:**  NET30 (invoice must be paid within 30 days of receipt.) | **PAYMENTS TERMS** | **DISCOUNT PCT:** |
|---|---|---|---|---|

| ITEM | LINE DESCRIPTION | SERIAL N° | DATE REQ. | ATA CODE | QTY. | DANGEROUS GOODS | UOM | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8SC0239 (STRUT, ACCESS DOOR) | | Aug/29/2012 | | 1 | | EA | 1.000,00   USD | 1.000,00   USD |

REMARKS:   PLEASE FOR DELIVERY IN 7 DAYS IN US EXPRESS                                                     **TOTAL:**        1.000,00   USD

| WORKORDER | | CURRENT TIME<br>TSN  TSO  TSI | POSITION | AIRCRAFT | STATION | REMOVED<br>DATE | MANUFACTURE<br>DATE | LAST SERVICE<br>DATE | LAST OVERHAUL<br>DATE |
|---|---|---|---|---|---|---|---|---|---|
| | **TSN** | | | | | | | | |
| | HRS | | | | | | | | |
| | CYC | | | | | | | | |

WORK REQUEST :

REASON REMOVED :

CERTIFICATES REQUIRED :    FORM 8130-3 / FORM EASA / SHOP FINDINGS REPORT / TRACEABLE TO MANUFACTURER / SERVICIABLE TAG TO R  AGENT / CERTIFICATE OF ANALYSIS / INVOICE MUST INCLUDE PN AND
SN

---

**IMPORTANT INSTRUCTIONS:**

1. FULL TRACEABILITY IS STRICTLY NECESSARY.THESE DOCUMENTS MUST BE SENT ALONG WITH THE ITEM INSIDE THE PACKAGE. IF GOODS ARE RECEIVED WITHOUT THE REQUESTED DOCUMENTS, THE UNIT (S) WILL BE RETURNED TO YOUR FACILITY UNDER COLLECT CHARGES.

2. PLEASE ACKNOWLEDGE RECEIPT OF THIS ORDER TO THE Email INDICATED ABOVE.

3. LAN WILL NOT ACCEPT GOODS OR UNITS IF THEY DO NOT COMPLY WITH ALL REQUESTED SPECIFICATIONS AND/OR IF THE DELIVERY OF GOODS OR UNITS ARE NOT MADE WITHIN THE NEXT 15 DAYS FROM THE DATE OF PURCHASE ORDER, EXCEPT OTHERWISE AGREED.

4. SHIPMENT OF A PN DIFFERENT THAN THAT REQUESTED IN THE ORDER MUST BE PREVIOUSLY APPROVED BY LAN

5. FOR FINANCE OR ACCOUNTING QUESTIONS CONTACT TO STATEMENT@LAN.COM. +56 (2) 677 - 4683

6. FORM ATA-106 IS NOT ACCEPTABLE

7. FOR SHIPPING INSTRUCTIONS PLEASE CONTACT THE ABOVE MENTIONED BUYER

8. FOR PAYMENT: ATTACH ONE COPY OF PACKING LIST AND INVOICE BOTH INSIDE AND OUTSIDE OF PACKAGE / CONTAINER.

_____                        _____
REPRESENTATIVE                                              SIGNATURE

# EXCHANGE

## ORDER TYPE



**Order Nº P0245152**

Bill To:
LATAM Airlines Group S.A.

Edificio Corporativo
Americo Vespucio 0901 - Renca
Santiago - CHILE
Phone: +56 2 565 3339  Fax: +56 2 565 3498
Email: recepcion.facturas@lan.com

| TO: 3JWB1 | SHIP TO: MIAMDCK | CONSIGN TO: | ORDER STATUS | EXPEDITE STATUS |
|---|---|---|---|---|
| REGIONAL ONE, INC | LAN Cargo, Miami Intl | AIRES | OPEN | AOG |
| 6464 NE 4TH COURT MIAMI | | | NOMBRE: | |
| | 1901 NW 66TH AVE | Avenida el Dorado No 103 - 08 | Rincón, Miguel | |
| MIAMI, FL      33138 | BUILDING 709, DOOR 58 | | MAIL: | |
| USA | Miami          UNITED STATES | Entrada 1 Hangar 1 | | |
| ANIBAL MENDOZA | | BOGOTA        COLOMBIA | | |
| 305 7590570 | Florida            33122 | Martha Perez | PHONE: | |
| | | 2940330 | | |

| ORDER DATE | SHIPVIA | NET DAYS: NET30 (Invoice must be paid within 30 days of receipt.) | PAYMENTS TERMS | DISCOUNT PCT: |
|---|---|---|---|---|
| Aug/23/2012 | | | | |

| ITEM | LINE DESCRIPTION | SERIAL Nº | DATE REQ. | ATA CODE | QTY | DANGEROUS GOODS | UOM | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 782490-36 (PROPELLER CONTROL UNIT) | | Aug/23/2012 | | 1 | | EA | 3,500.00  USD | 3,500.00  USD |
| | REMARKS : AOG HK 4509 | | | | | | | **TOTAL:** | 3,500.00  USD |

| WORKORDER | CURRENT TIME | | | POSITION | AIRCRAFT | STATION | REMOVED DATE | MANUFACTURE DATE | LAST SERVICE DATE | LAST OVERHAUL DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | TSN | TSO | TSI | | | | | | | |
| | HRS | | | | | | | | | |
| | CYC | | | | | | | | | |

WORK REQUEST :

REASON REMOVED :

CERTIFICATES REQUIRED :   FORM 8130-3 / FORM EASA / SHOP FINDINGS REPORT / TRACEABLE TO MANUFACTURER / SERVICIABLE TAG TO R  AGENT / CERTIFICATE OF ANALYSIS / INVOICE MUST INCLUDE PN AND SN

**IMPORTANT INSTRUCTIONS:**

1. FULL TRACEABILITY IS STRICTLY NECESSARY. THESE DOCUMENTS MUST BE SENT ALONG WITH THE ITEM INSIDE THE PACKAGE. IF GOODS ARE RECEIVED WITHOUT THE REQUESTED DOCUMENTS, THE UNIT (S) WILL BE RETURNED TO YOUR FACILITY UNDER COLLECT CHARGES.

2. PLEASE ACKNOWLEDGE RECEIPT OF THIS ORDER TO THE Email INDICATED ABOVE

3. LAN WILL NOT ACCEPT GOODS OR UNITS IF THEY DO NOT COMPLY WITH ALL REQUESTED SPECIFICATIONS AND/OR IF THE DELIVERY OF GOODS OR UNITS ARE NOT MADE WITHIN THE NEXT 15 DAYS FROM THE DATE OF PURCHASE ORDER, EXCEPT OTHERWISE AGREED.

4 SHIPMENT OF A PN DIFFERENT THAN THAT REQUESTED IN THE ORDER MUST BE PREVIOUSLY APPROVED BY LAN

5 FOR FINANCE OR ACCOUNTING QUESTIONS CONTACT TO STATEMENT@LAN.COM. +56 (2) 677 - 4680

6 FORM ATA-106 IS NOT ACCEPTABLE.

7. FOR SHIPPING INSTRUCTIONS PLEASE CONTACT THE ABOVE MENTIONED BUYER

8. FOR PAYMENT: ATTACH ONE COPY OF PACKING LIST AND INVOICE BOTH INSIDE AND OUTSIDE OF PACKAGE / CONTAINER.

Miguel Rincón
Comprador

REPRESENTATIVE                    SIGNATURE



### RegionalOne

#### EXCHANGE+COST AGREEMENT

By and between Regional One, Inc. (hereinafter "R1") and:

**CUSTOMER LAN AIRLINES**      hereinafter the ("Customer")

| | | | |
|---|---|---|---|
| Part Number: | 782490-50 PCU | Serial Number: | 980110 OHC |
| Customer P.O. #: | P0246152 | Exchange Date: | 08/23/2012 |
| Exchange Fee: | $3,500 USD | Outright / BER Price: | $18,000 USD |
| Core Due Date: | 09/23/2012 | Outright Billing Date: | 10/23/2012 |

Exchange Type:

    Exchange Plus Cost: Customer agrees to return an exchange core to R1 as removed from aircraft in repairable condition, R1 shall then have the core repaired and shall invoice Customer for such repair in accordance with the terms of this Agreement.

This Agreement shall be subject to the terms corresponding to the Exchange Type and shall be subject to all other terms and conditions listed below. Upon execution of this Agreement, the Customer will be charged the exchange fee indicated above. Other specific payment terms relating to this agreement will be indicated on R1's invoice, along with the cost to re-certify the Customer's exchange core unit to Serviceable/Overhauled condition. These charges will be billed at a later date with payment due upon receipt of Invoice, including all freight, packaging and handling charges which can amount up to 15% of the cost to recertify the core.

FEES: Late fees will be billable immediately after core due date. Additional late fee(s) will be billed bi-weekly up until Outright/BER price is billed by R1 or Core unit is received and accepted by R1

#### ADDITIONAL TERMS AND CONDITIONS:

1. The Customers exchange units are to be returned to R1 in the condition indicated under the Exchange Type. Units must be accompanied by a signed removal tag, packing slip and material certification with non-incident statement from an approved regulated source (Regulated Airline, Maintenance Facility or OEM). Core units received with paperwork deemed unacceptable to R1 (in R1's sole & absolute discretion) will be rejected and the Customer will not have satisfied their duty and obligations under this Agreement and will be subject to the late fees and other liabilities set forth herein. If satisfactory paperwork is not or cannot be supplied to R1 by the agreed Outright Billing Date the unit will be rejected and returned to the Customer and the Outright Price, original Exchange Fee and all applicable late charges will be due.

2. The Customer's exchange units are to be returned to R1 by the Core Due Date indicated above. It is the sole responsibility of the Customer to return a core on time and R1 is not responsible for outgoing or incoming transit or customs delays. Units not returned by the Core Due Date will be subject to an additional exchange fee equal to the original exchange fee. Units not returned by the Outright Billing Date will be subject to invoice at the full Outright Sale Price, plus the original Exchange Fee and all late charges due.

3. Once a unit leaves R1's facility, this agreement is in effect in its entirety. Cancellations and/or original units returned unused are subject to the full Exchange Fee, late fees and re-certification, if required. As set forth in this Agreement, unused returned units must be accompanied by all original paperwork supplied by R1 or be subject to re-certification charges or Outright Billing. Furthermore, a signed certification is required from the end user's quality control representative stating the unit was not used or installed in any way.

4. R1 will determine what repair shop will be used to perform the repair or overhaul work required. R1, in its sole discretion, will approve or reject repair or overhaul estimates from the repair facility. R1 will return the core unit to the condition of the unit provided. R1 will only provide its final invoice, plus a copy of either a shop evaluation, estimate or teardown report to the Customer. If the Customer's exchange core is determined to be beyond economical repair (BER), the Customer will be given the choice to provide an acceptable replacement or to pay the Outright Sales Price, the repair facility's evaluation fee, plus all late fees and freight and handling charges. An exchange core will be deemed to be beyond economical repair if the repair cost quoted by R1's selected repair facility is equal to or greater than 65% of the total agreed value of the unit.

5. It is hereby understood and agreed by the parties to this Agreement that the late fees set forth herein are established because the parties cannot readily ascertain the full extent and nature of the damages that will be suffered by R1 in the event the terms and conditions set forth herein are not complied with by the Customer. The parties acknowledge and agree that the late fees set forth herein constitute reasonable damages.

6. If payment terms are not met, the Customer agrees to pay a 1 ½% late payment fee per month on the outstanding balance and any and all reasonable collection and legal fees associated with collecting any unpaid amount due R1. Any and all disputes will be subject to laws of the State of Florida, except that the Conflict of Laws provisions of Florida shall not be used to invoke the law of another jurisdiction.

7. Warranties for items supplied under this Agreement are only those provided by the manufacturer or Overhaul facility. Any claims should be handled directly with them and in no way affects the terms and conditions of this agreement.

8. The Customer hereby warrants that it has not been prohibited or restricted by any government authority from participating in U.S Export Transactions, that it is not listed on the U.S. Department of Commerce Bureau of Industry and Security Unverified List of parties and that it has furnished truthful and accurate information to R1 regarding the end use, end users and destination of the unit.

9. Any and all amendments to this agreement must be in writing and signed by both parties.

10. The Customer, by signing below has read, accepts and agrees to all of the terms and conditions of this agreement regardless of any other terms or clauses which may appear on the Customer's paperwork. The Customer also agrees to pay R1 per agreed payment terms.

11. Both parties have caused this agreement to be signed by a duly authorized representative.
    On Behalf of Regional One, Inc.          On Behalf of Customer

Name : Fernando Blanco          Name: _Miguel Bryan C_
Title: Sales Manager          Title: _Jele & Compras y logistica_
Date: 8/23/2012          Date: _Agosto 23/12_

6464 NE 4th Court – Miami – FL 33138 Phone: 305-759-0670 Fax: 305-759-0637



## *RegionalOne*

### EXCHANGE+COST AGREEMENT

By and between Regional One, Inc. (hereinafter "R1") and:
**CUSTOMER LAN AIRLINES**      hereinafter the ("Customer")

| | | | |
|---|---|---|---|
| Part Number: | 8SC0239 STRU | Serial Number: | NSN CD: NE |
| Customer P.O. #: | PO24433 | Exchange Date: | 08/30/2012 |
| Exchange Fee: | $1,000 USD | Outright / BER Price: | $6,500 USD |
| Core Due Date: | 09/30/2012 | Outright Billing Date: | 10/30/2012 |

Exchange Type:

     Exchange Plus Cost: Customer agrees to return an exchange core to R1 as removed from aircraft in repairable condition. R1 shall then have the core repaired and shall invoice Customer for such repair in accordance with the terms of this Agreement.

This Agreement shall be subject to the terms corresponding to the Exchange Type and shall be subject to all other terms and conditions listed below. Upon execution of this Agreement, the Customer will be charged the exchange fee indicated above. Other specific payment terms relating to this agreement will be indicated on R1's invoice, along with the cost to re-certify the Customer's exchange core unit to Serviceable/Overhauled condition. These charges will be billed at a later date with payment due upon receipt of invoice, including all freight, packaging and handling charges which can amount up to 15% of the cost to recertify the core.

FEES: Late fees will be billable immediately after core due date. Additional late fee(s) will be billed bi-weekly up until Outright/BER price is billed by R1 or Core unit is received and accepted by R1

### ADDITIONAL TERMS AND CONDITIONS:

1. The Customers exchange units are to be returned to R1 in the condition indicated under the Exchange Type. Units must be accompanied by a signed removal tag, packing slip and material certification with non-incident statement from an approved regulated source (Regulated Airline, Maintenance Facility or OEM). Core units received with paperwork deemed unacceptable to R1 (in R1's sole & absolute discretion) will be rejected and the Customer will not have satisfied their duty and obligations under this Agreement and will be subject to the late fees and other liabilities set forth herein. If satisfactory paperwork is not or cannot be supplied to R1 by the agreed Outright Billing Date the unit will be rejected and returned to the Customer and the Outright Price, original Exchange Fee and all applicable late charges will be due.

2. The Customer's exchange units are to be returned to R1 by the Core Due Date indicated above. It is the sole responsibility of the Customer to return a core on time and R1 is not responsible for outgoing or incoming transit or customs delays. Units not returned by the Core Due Date will be subject to an additional exchange fee equal to the original exchange fee. Units not returned by the Outright Billing Date will be subject to invoice at the full Outright Sale Price, plus the original Exchange Fee and all late charges due.

3. Once a unit leaves R1's facility, this agreement is in effect in its entirety. Cancellations and/or original units returned unused are subject to the full Exchange Fee, late fees and re-certification, if required. As set forth in this Agreement, unused returned units must be accompanied by all original paperwork supplied by R1 or be subject to re-certification charges or Outright Billing. Furthermore, a signed certification is required from the end user's quality control representative stating the unit was not used or installed in any way.

4. R1 will determine what repair shop will be used to perform the repair or overhaul work required. R1, in its sole discretion, will approve or reject repair or overhaul estimates from the repair facility. R1 will return the core unit to the condition of the unit provided. R1 will only provide its final invoice, plus a copy of either a shop evaluation, estimate or teardown report to the Customer. If the Customer's exchange core is determined to be beyond economical repair (BER), the Customer will be given the choice to provide an acceptable replacement or to pay the Outright Sales Price. the repair facility's evaluation fee, plus all late fees and freight and handling charges. An exchange core shall be deemed to be beyond economical repair if the repair cost quoted by R1's selected repair facility is equal to or greater than 65% of the total agreed value of the unit.

5. It is hereby understood and agreed by the parties to this Agreement that the late fees set forth herein are established because the parties cannot readily ascertain the full extent and nature of the damages that will be suffered by R1 in the event the terms and conditions set forth herein are not complied with by the Customer. The parties acknowledge and agree that the late fees set forth herein constitute reasonable damages.

6. If payment terms are not met, the Customer agrees to pay a 1 ½% late payment fee per month on the outstanding balance and any and all reasonable collection and legal fees associated with collecting any unpaid amount due R1. Any and all disputes will be subject to laws of the State of Florida, except that the Conflict of Laws provisions of Florida shall not be used to invoke the law of another jurisdiction.

7. Warranties for items supplied under this Agreement are only those provided by the manufacturer or Overhaul facility. Any claims should be handled directly with them and in no way affects the terms and conditions of this agreement.

8. The Customer hereby warrants that it has not been prohibited or restricted by any government authority from participating in U.S Export Transactions, that it is not listed on the U.S. Department of Commerce Bureau of Industry and Security Unverified List of parties and that it has furnished truthful and accurate information to R1 regarding the end use, end users and destination of the unit.

9. Any and all amendments to this agreement must be in writing and signed by both parties.

10. The Customer, by signing below has read, accepts and agrees to all of the terms and conditions of this agreement regardless of any other terms or clauses which may appear on the Customer's paperwork. The Customer also agrees to pay R1 per agreed payment terms.

11. Both parties have caused this agreement to be signed by a duly authorized representative.
    On Behalf of Regional One, Inc.          On Behalf of Customer

Name : Fernando Blanco        Name:
Title: Sales Manager          Title:
Date: 8/30/2012           Date:

6464 NE 4th Court – Miami – FL 33138 Phone: 305-759-0670 Fax: 305-759-0637

# EXCHANGE

## ORDER TYPE



**Order Nº  P0259403**

| | ORDER STATUS | EXPEDITE STATUS |
|---|---|---|
| | ISSUED | AOG |

**Bill To:**
LATAM Airlines Group S.A.

Edificio Corporativo
Americo Vespucio 0901 - Renca
Santiago - CHILE
Phone: +56 2 565 3339  Fax: +56 2 565 3498
Email:  recepcion.facturas@lan.com

| **TO:** 3JW91 | **SHIP TO:** MIA/DOCK | **CONSIGN TO:** | **NOMBRE:** |
|---|---|---|---|
| REGIONAL ONE, INC | LAN Cargo, Miami Intl | AIRES | SILVA, JEYSSON ALEXIS |
| 6464 NE 4TH COURT MIAMI | | | **MAIL:** |
| | 1701 NW 63RD AV | Avenida el Dorado No 103 - 08 | jeysson.silva@aires.aero |
| MIAMI, FL      33138 | BUILDING 712, DOOR 15 | Entrada 1 Hangar 1 | **PHONE:** |
| USA | Miami        UNITED STATES | BOGOTA      COLOMBIA | |
| ANIBAL MENDOZA | | Martha Perez | |
| 305 7990670 | Florida        33126 | 2940330 | |

| ORDER DATE | SHIPVIA | NET DAYS: NET30 (Invoice must be paid within 30 days of receipt.) | PAYMENTS TERMS | DISCOUNT PCT: |
|---|---|---|---|---|
| Nov/01/2012 | | | | |

| ITEM | LINE DESCRIPTION | SERIAL Nº | DATE REQ. | ATA CODE | QTY. | DANGEROUS GOODS | UOM | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 130522-2 (SELECTOR, CABIN PRESSURE CONTROL) | | Nov/02/2012 | | 1 | | EA | 1,900.00   USD | 1,900.00   USD |
| 2 | Repair core charge | | | | 1 | | EA | 1.00   USD | 1.00   USD |
| **REMARKS :** | | | | | | | **TOTAL:** | | 1,901.00   USD |

| WORK ORDER | | CURRENT TIME | | | POSITION | AIRCRAFT | STATION | REMOVED DATE | MANUFACTURE DATE | LAST SERVICE DATE | LAST OVERHAUL DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TSN | TSO | TSI | | | | | | | | |
| | HRS | | | | | | | | | | |
| | CYC | | | | | | | | | | |

**WORK REQUEST :**

**REASON REMOVED :**

**CERTIFICATES REQUIRED :**  FORM 8130-3 / FORM EASA / SHOP FINDINGS REPORT / TRACEABLE TO MANUFACTURER / SERVICEABLE TAG TO R AGENT / CERTIFICATE OF ANALYSIS / *INVOICE MUST INCLUDE PN AND SN*

**IMPORTANT INSTRUCTIONS:**

1. FULL TRACEABILITY IS STRICTLY NECESSARY THESE DOCUMENTS MUST BE SENT ALONG WITH THE ITEM INSIDE THE PACKAGE. IF GOODS ARE RECEIVED WITHOUT THE REQUESTED DOCUMENTS, THE UNIT (S) WILL BE RETURNED TO YOUR FACILITY UNDER COLLECT CHARGES.

2. PLEASE ACKNOWLEDGE RECEIPT OF THIS ORDER TO THE Email INDICATED ABOVE

3. LAN WILL NOT ACCEPT GOODS OR UNITS IF THEY DO NOT COMPLY WITH ALL REQUESTED SPECIFICATIONS AND/OR IF THE DELIVERY OF GOODS OR UNITS ARE NOT MADE WITHIN THE NEXT 15 DAYS FROM THE DATE OF PURCHASE ORDER, EXCEPT OTHERWISE AGREED.

4. SHIPMENT OF A PN DIFFERENT THAN THAT REQUESTED IN THE ORDER MUST BE PREVIOUSLY APPROVED BY LAN

5. FOR FINANCE OR ACCOUNTING QUESTIONS CONTACT TO STATEMENT@LAN.COM +56 (2) 677 - 4582

6. FORM ATA-106 IS NOT ACCEPTABLE.

7. FOR SHIPPING INSTRUCTIONS PLEASE CONTACT THE ABOVE MENTIONED BUYER

8. FOR PAYMENT: ATTACH ONE COPY OF PACKING LIST AND INVOICE BOTH INSIDE AND OUTSIDE OF PACKAGE / CONTAINER.

JEYSSON ALEXIS SILVA
Comprador

Asger Brenne
Subgerente

_____
REPRESENTATIVE

_____
SIGNATURE



## RegionalOne

### EXCHANGE+COST AGREEMENT

By and between Regional One, Inc. (hereinafter "R1") and:
**CUSTOMER LAN AIRLINES**                    hereinafter the ("Customer")

| | | | |
|---|---|---|---|
| Part Number: | 130522-2 CABIN PRESS CONTROLLER | Serial Number: | 71-632 SV |
| Customer P.O. #: | P0259403 | Exchange Date: | 11/01/2012 |
| Exchange Fee: | $1,900 USD | Outright / BER Price: | $16500 USD / REPLACEMENT |
| Core Due Date: | 12/01/2012 | Outright Billing Date: | 01/01/2013 |

Exchange Type:

_____ **Exchange Plus Cost:** Customer agrees to return an exchange core to R1 as removed from aircraft in repairable condition, R1 shall then have the core repaired and shall invoice Customer for such repair in accordance with the terms of this Agreement.

This Agreement shall be subject to the terms corresponding to the Exchange Type and shall be subject to all other terms and conditions listed below. Upon execution of this Agreement, the Customer will be charged the exchange fee indicated above. Other specific payment terms relating to this agreement will be indicated on R1's invoice, along with the cost to re-certify the Customer's exchange core unit to Serviceable/Overhauled condition. These charges will be billed at a later date with payment due upon receipt of invoice, including all freight, packaging and handling charges which can amount up to 15% of the cost to recertify the core.

FEES: Late fees will be billable immediately after core due date. Additional late fee(s) will be billed bi-weekly up until Outright/BER price is billed by R1 or Core unit is received and accepted by R1

### ADDITIONAL TERMS AND CONDITIONS:

1. The Customers exchange units are to be returned to R1 in the condition indicated under the Exchange Type. Units must be accompanied by a signed removal tag, packing slip and material certification with non-incident statement from an approved regulated source (Regulated Airline, Maintenance Facility or OEM). Core units received with paperwork deemed unacceptable to R1 (in R1's sole & absolute discretion) will be rejected and the Customer will not have satisfied their duty and obligations under this Agreement and will be subject to the late fees and other liabilities set forth herein. If satisfactory paperwork is not or cannot be supplied to R1 by the agreed Outright Billing Date the unit will be rejected and returned to the Customer and the Outright Price, original Exchange Fee and all applicable late charges will be due.

2. The Customer's exchange units are to be returned to R1 by the Core Due Date indicated above. It is the sole responsibility of the Customer to return a core on time and R1 is not responsible for outgoing or incoming transit or customs delays. Units not returned by the Core Due Date will be subject to an additional exchange fee equal to the original exchange fee. Units not returned by the Outright Billing Date will be subject to invoice at the full Outright Sale Price, plus the original Exchange Fee and all late charges due.

3. Once a unit leaves R1's facility, this agreement is in effect in its entirety. Cancellations and/or original units returned unused are subject to the full Exchange Fee, late fees and re-certification, if required. As set forth in this Agreement, unused returned units must be accompanied by all original paperwork supplied by R1 or be subject to re-certification charges or Outright Billing. Furthermore, a signed certification is required from the end user's quality control representative stating the unit was not used or installed in any way.

4. R1 will determine what repair shop will be used to perform the repair or overhaul work required. R1, in its sole discretion, will approve or reject repair or overhaul estimates from the repair facility. R1 will return the core unit to the condition of the unit provided. R1 will only provide its final invoice, plus a copy of either a shop evaluation, estimate or teardown report to the Customer. If the Customer's exchange core is determined to be beyond economical repair (BER), the Customer will be given the option to provide an acceptable replacement or to pay the Outright Sales Price, the repair facility's evaluation fee, plus all late fees and freight and handling charges. An exchange core shall be deemed to be beyond economical repair if the repair cost quoted by R1's selected repair facility is equal to or greater than 65% of the total agreed value of the unit.

5. It is hereby understood and agreed by the parties to this Agreement that the late fees set forth herein are established because the parties cannot readily ascertain the full extent and nature of the damages that will be suffered by R1 in the event the terms and conditions set forth herein are not complied with by the Customer. The parties acknowledge and agree that the late fees set forth herein constitute reasonable damages.

6. If payment terms are not met, the Customer agrees to pay a 1 ½% late payment fee per month on the outstanding balance and any and all reasonable collection and legal fees associated with collecting any unpaid amount due R1. Any and all disputes will be subject to laws of the State of Florida, except that the Conflict of Laws provisions of Florida shall not be used to invoke the law of another jurisdiction.

7. Warranties for items supplied under this Agreement are only those provided by the manufacturer or Overhaul facility. Any claims should be handled directly with them and in no way affects the terms and conditions of this agreement.

8. The Customer hereby warrants that it has not been prohibited or restricted by any government authority from participating in U.S Export Transactions, that it is not listed on the U.S. Department of Commerce Bureau of Industry and Security Unverified List of parties and that it has furnished truthful and accurate information to R1 regarding the end use, end users and destination of the unit.

9. Any and all amendments to this agreement must be in writing and signed by both parties.

10. The Customer, by signing below has read, accepts and agrees to all of the terms and conditions of this agreement regardless of any other terms or clauses which may appear on the Customer's paperwork. The Customer also agrees to pay R1 per agreed payment terms.

11. Both parties have caused this agreement to be signed by a duly authorized representative.
    On Behalf of Regional One, Inc.                    On Behalf of Customer

    _____                    _____

    Name : Fernando Blanco                    Name: _____ 01/11/12
    Title: Sales Manager                    Title: Logistic Controller



**RegionalOne**

EXCHANGE+COST AGREEMENT

By and between Regional One, Inc. (hereinafter "R1") and:
**CUSTOMER LAN AIRLINES**                                      hereinafter the ("Customer")

| | | | |
|---|---|---|---|
| Part Number: | 3605-8 LIFT COMPUTER | Serial Number: | 758 SVC |
| Customer P.O. #: | P0259295 | Exchange Date: | 10/31/2012 |
| Exchange Fee: | $2,800 USD | Outright / BER Price: | $4500 USD/ REPLACEMENT |
| Core Due Date: | 11/30/2012 | Outright Billing Date: | 12/30/2012 |

Exchange Type:

____ **Exchange Plus Cost:**  Customer agrees to return an exchange core to R1 as removed from aircraft in repairable condition, R1 shall then have the core repaired and shall invoice Customer for such repair in accordance with the terms of this Agreement.

This Agreement shall be subject to the terms corresponding to the Exchange Type and shall be subject to all other terms and conditions listed below. Upon execution of this Agreement, the Customer will be charged the exchange fee indicated above.  Other specific payment terms relating to this agreement will be indicated on R1's invoice, along with the cost to re-certify the Customer's exchange core unit to Serviceable/Overhauled condition. These charges will be billed at a later date with payment due upon receipt of invoice, including all freight, packaging and handling charges which can amount up to 15% of the cost to recertify the core.

FEES: Late fees will be billable immediately after core due date. Additional late fee(s) will be billed bi-weekly up until Outright/BER price is billed by R1 or Core unit is received and accepted by R1

**ADDITIONAL TERMS AND CONDITIONS:**

1.  The Customers exchange units are to be returned to R1 in the condition indicated under the Exchange Type. Units must be accompanied by a signed removal tag, packing slip and material certification with non-incident statement from an approved regulated source (Regulated Airline, Maintenance Facility or OEM). Core units received with paperwork deemed unacceptable to R1 (in R1's sole & absolute discretion) will be rejected and the Customer will not have satisfied their duty and obligations under this Agreement and will be subject to the late fees and other liabilities set forth herein. If satisfactory paperwork is not or cannot be supplied to R1 by the agreed Outright Billing Date the unit will be rejected and returned to the Customer and the Outright Price, original Exchange Fee and all applicable late charges will be due.

2.  The Customer's exchange units are to be returned to R1 by the Core Due Date indicated above. It is the sole responsibility of the Customer to return a core on time and R1 is not responsible for outgoing or incoming transit or customs delays. Units not returned by the Core Due Date will be subject to an additional exchange fee equal to the original exchange fee. Units not returned by the Outright Billing Date will be subject to invoice at the full Outright Sale Price, plus the original Exchange Fee and all late charges due.

3.  Once a unit leaves R1's facility, this agreement is in effect in its entirety. Cancellations and/or original units returned unused are subject to the full Exchange Fee, late fees and re-certification, if required. As set forth in this Agreement, unused returned units must be accompanied by all original paperwork supplied by R1 or be subject to re-certification charges or Outright Billing. Furthermore, a signed certification is required from the end user's quality control representative stating the unit was not used or installed in any way.

4.  R1 will determine what repair shop will be used to perform the repair or overhaul work required. R1, in its sole discretion, will approve or reject repair or overhaul estimates from the repair facility. R1 will return the core unit to the condition of the unit provided.  R1 will only provide its final invoice, plus a copy of either a shop evaluation, estimate or teardown report to the Customer. If the Customer's exchange core is determined to be beyond economical repair (BER), the Customer will be given the choice to provide an acceptable replacement or to pay the Outright Sales Price, the repair facility's evaluation fee, plus all late fees and freight and handling charges. An exchange core shall be deemed to be beyond economical repair if the repair cost quoted by R1's selected repair facility is equal to or greater than 65% of the total agreed value of the unit.

5.  It is hereby understood and agreed by the parties to this Agreement that the late fees set forth herein are established because the parties cannot readily ascertain the full extent and nature of the damages that will be suffered by R1 in the event the terms and conditions set forth herein are not complied with by the Customer. The parties acknowledge and agree that the late fees set forth herein constitute reasonable damages.

6.  If payment terms are not met, the Customer agrees to pay a 1 ½% late payment fee per month on the outstanding balance and any and all reasonable collection and legal fees associated with collecting any unpaid amount due R1. Any and all disputes will be subject to laws of the State of Florida, except that the Conflict of Laws provisions of Florida shall not be used to invoke the law of another jurisdiction.

7.  Warranties for items supplied under this Agreement are only those provided by the manufacturer or Overhaul facility. Any claims should be handled directly with them and in no way affects the terms and conditions of this agreement.

8.  The Customer hereby warrants that it has not been prohibited or restricted by any government authority from participating in U.S Export Transactions, that it is not listed on the U.S. Department of Commerce Bureau of Industry and Security Unverified List of parties and that it has furnished truthful and accurate information to R1 regarding the end use, end users and destination of the unit.

9.  Any and all amendments to this agreement must be in writing and signed by both parties.

10.  The Customer, by signing below has read, accepts and agrees to all of the terms and conditions of this agreement regardless of any other terms or clauses which may appear on the Customer's paperwork. The Customer also agrees to pay R1 per agreed payment terms.

11.  Both parties have caused this agreement to be signed by a duly authorized representative.
     On Behalf of Regional One, Inc.                          On Behalf of Customer

     Name : Fernando Blanco                                   Name:
     Title: Sales Manager                                     Title:
     Date: 10/31/2012                                         Date:

Page 1 of 1

# EXCHANGE



### ORDER TYPE

**Order Nº  P0266115**

| | ORDER STATUS | EXPEDITE STATUS |
|---|---|---|
| | ISSUED | NORMAL |

**Bill To:**
LATAM Airlines Group S.A.

Edificio Corporativo
Americo Vespucio 0901 - Renca
Santiago - CHILE
Phone: +56 2 565 3339  Fax: +56 2 565 3498
Email:  recepcion.facturas@lan.com

| TO: | 3JWB1 | SHIP TO: | MIAVDOCK | CONSIGN TO: | AIRES |
|---|---|---|---|---|---|
| REGIONAL ONE, INC | | LAN Cargo, Miami Intl | | | |
| 6464 NE 4TH COURT MIAMI | | | | Avenida el Dorado No 103 - 08 | |
| | | 1701 NW 63RD AV | | Entrada 1 Hangar 1 | |
| MIAMI, FL | 33138 | BUILDING 712, DOOR 15 | | BOGOTA    COLOMBIA | |
| USA | | Miami | UNITED STATES | Martha Perez | |
| ANIBAL MENDOZA | | Florida | 33126 | 2940330 | |
| 305 7990670 | | | | | |

NOMBRE:
Villalobos, Cindy Lorena
MAIL:

PHONE:

| ORDER DATE | SHIP VIA | NET DAYS: NET30 (Invoice must be paid within 30 days of receipt.) | PAYMENTS TERMS | DISCOUNT PCT: |
|---|---|---|---|---|
| Dec/05/2012 | | | | |

| ITEM | LINE DESCRIPTION | SERIAL N° | DATE REQ. | ATA CODE | QTY. | DANGEROUS GOODS | UOM | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C19190AB07 (UNIT DISPLAY) | | Dec/07/2012 | | 1 | | EA | 8,000.00 | USD | 8,000.00 | USD |
| 2 | Repair core charge | | | | 1 | | EA | 1.00 | USD | 1.00 | USD |
| REMARKS : | | | | | | | | **TOTAL:** | | 8,001.00 | USD |

| WORK ORDER | | TSN | TIME TSO | TSI | POSITION | AIRCRAFT | STATION | REMOVED DATE | MANUFACTURE DATE | LAST SERVICE DATE | LAST OVERHAUL DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | | | | | | | | | | |
| WORK REQUEST : | CYC | | | | | | | | | | |
| REASON REMOVED : | | | | | | | | | | | |
| CERTIFICATES REQUIRED : | FORM 8130-3 / FORM EASA / SHOP FINDINGS REPORT / TRACEABLE TO MANUFACTURER / SERVICEABLE TAG TO R  AGENT / CERTIFICATE OF ANALYSIS / INVOICE MUST INCLUDE PN AND SN | | | | | | | | | | |

**IMPORTANT INSTRUCTIONS:**

1. FULL TRACEABILITY IS STRICTLY NECESSARY: THESE DOCUMENTS MUST BE SENT ALONG WITH THE ITEM INSIDE THE PACKAGE. IF GOODS ARE RECEIVED WITHOUT THE REQUESTED DOCUMENTS, THE UNIT (S) WILL BE RETURNED TO YOUR FACILITY UNDER COLLECT CHARGES.

2. PLEASE ACKNOWLEDGE RECEIPT OF THIS ORDER TO THE Email INDICATED ABOVE.

3. LAN WILL NOT ACCEPT GOODS OR UNITS IF THEY DO NOT COMPLY WITH ALL REQUESTED SPECIFICATIONS AND/OR IF THE DELIVERY OF GOODS OR UNITS ARE NOT MADE WITHIN THE NEXT 15 DAYS FROM THE DATE OF PURCHASE ORDER, EXCEPT OTHERWISE AGREED.

4. SHIPMENT OF A PN DIFFERENT THAN THAT REQUESTED IN THE ORDER MUST BE PREVIOUSLY APPROVED BY LAN

5. FOR FINANCE OR ACCOUNTING QUESTIONS CONTACT TO STATEMENT@LAN.COM, +56 (2) 677 - 4680

6. FORM ATA-106 IS NOT ACCEPTABLE

7. FOR SHIPPING INSTRUCTIONS PLEASE CONTACT THE ABOVE MENTIONED BUYER

8. FOR PAYMENT, ATTACH ONE COPY OF PACKING LIST AND INVOICE BOTH INSIDE AND OUTSIDE OF PACKAGE / CONTAINER.

| JEYSSON ALEXIS SILVA | Asger Brenne | MIRKO MITROVICH | REPRESENTATIVE | SIGNATURE |
|---|---|---|---|---|
| Comprador | Subgerente | Gerence N1 | | |

# EXCHANGE

## ORDER TYPE



**Order Nº** **P0240186**

| | | |
|---|---|---|
| ORDER STATUS | | EXPEDITE STATUS |
| OPEN | | AOG |

**Bill To:**
LATAM Airlines Group S.A.

Edificio Corporativo
Americo Vespucio 0901 - Renca
Santiago - CHILE
Phone: +56 2 565 3339   Fax:+56 2 565 3498
Email:  recepcion.facturas@lan.com

| TO: 3.W31 | SHIP TO: BOG/DOCK | CONSIGN TO: |
|---|---|---|
| REGIONAL ONE, INC | LAN AIRLINES C/O AIRES S.A | AIRES |
| 6464 NE 4TH COURT MIAMI | | |
| | DESCARGUE DIRECTO/ENTREGA INMED | Avenida el Dorado No 103 - 08 |
| MIAMI, FL              33138 | AEROPUERTO EL DORADO ENTRADA 1 | Entrada 1 Hangar 1 |
| USA | Bogota           COLOMBIA | BOGOTA        COLOMBIA |
| ANIBAL MENDOZA | | Martha Perez |
| 305 7590670 | Bolivar | 2940330 |

| NOMBRE: |
|---|
| OCHOA, JAIRO ALONSO |
| MAIL: |
| dummy@dummy.com |
| PHONE: |

| ORDER DATE | SHIPVIA | NET DAYS: NET30 (Invoice must be paid within 30 days of receipt.) | PAYMENTS TERMS | DISCOUNT PCT: |
|---|---|---|---|---|
| Jul/30/2012 | Receiver Direct Pick Up | | | |

| ITEM | LINE DESCRIPTION | SERIAL Nº | DATE REQ. | ATA CODE | QTY | DANGEROUS GOODS | UOM | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2 | AOG EXPEDITE FEE | | Jul/31/2012 | | 1 | | EA | 350.00   USD | 350.00   USD |
| 3 | REPAIR CORE CHARGE | | Aug/15/2012 | | 1 | | EA | 1.00   USD | 1.00   USD |
| 4 | 8210-161 (OVER SPEED GOVERNOR) | | Jul/30/2012 | | 1 | | EA | 1,000.00   USD | 1,000.00   USD |
| REMARKS : | AOG AIRCRAFT TAIL HK4473 (UNIT HAVE TO BE OH CONDITION) | | | | | | | **TOTAL:** | 1,351.00   USD |

| WORKORDER | | CURRENT TIME | | | POSITION | AIRCRAFT | | STATION | REMOVED | MANUFACTURE | LAST SERVICE | LAST OVERHAUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TSN | TSO | TSI | | | | | DATE | DATE | DATE | DATE |
| | | HRS | | | | | | | | | | |
| | | CYC | | | | | | | | | | |

**WORK REQUEST :**

**REASON REMOVED :**

**CERTIFICATES REQUIRED :**      FORM 8130-3 / FORM EASA / SHOP FINDINGS REPORT / TRACEABLE TO MANUFACTURER / SERVICIABLE TAG TO R AGENT / CERTIFICATE OF ANALYSIS / INVOICE MUST INCLUDE PN AND SN

**IMPORTANT INSTRUCTIONS:**

1. FULL TRACEABILITY IS STRICTLY NECESSARY, THESE DOCUMENTS MUST BE SENT ALONG WITH THE ITEM INSIDE THE PACKAGE. IF GOODS ARE RECEIVED WITHOUT THE REQUESTED DOCUMENTS, THE UNIT (S) WILL BE RETURNED TO YOUR FACILITY UNDER COLLECT CHARGES.

2. PLEASE ACKNOWLEDGE RECEIPT OF THIS ORDER TO THE Email INDICATED ABOVE

3. LAN WILL NOT ACCEPT GOODS OR UNITS IF THEY DO NOT COMPLY WITH ALL REQUESTED SPECIFICATIONS AND/OR IF THE DELIVERY OF GOODS OR UNITS ARE NOT MADE WITHIN THE NEXT 15 DAYS FROM THE DATE OF PURCHASE ORDER, EXCEPT OTHERWISE AGREED.

4. SHIPMENT OF A PN DIFFERENT THAN THAT REQUESTED IN THE ORDER MUST BE PREVIOUSLY APPROVED BY LAN

5. FOR FINANCE OR ACCOUNTING QUESTIONS CONTACT TO STATEMENT@LAN.COM. +56 (2) 677 - 4598

6. FORM ATA-106 IS NOT ACCEPTABLE.

7. FOR SHIPPING INSTRUCTIONS PLEASE CONTACT THE ABOVE MENTIONED BUYER

8. FOR PAYMENT: ATTACH ONE COPY OF PACKING LIST AND INVOICE BOTH INSIDE AND OUTSIDE OF PACKAGE / CONTAINER.

| _____ | _____ |
|---|---|
| REPRESENTATIVE | SIGNATURE |



## EXCHANGE+COST  AGREEMENT

By and between Regional One, Inc. (hereinafter "R1") and:

**LAN Airlines Group S.A.** [LATAM]          hereinafter the ("Customer")

| | | | |
|---|---|---|---|
| Part Number: | 8210-161F  O.S GOVENOR | Serial Number: | 2244286  OHC |
| Customer P.O. #: | P0240186 | Exchange Date: | 7/30/2012 |
| Exchange Fee: | $1000.00  AOG | Outright / BER Price: | $15000.00 USD |
| Core Due Date: | 8/21/2012 | Outright Billing Date: | 9/30/2012 |

Exchange Type :

    **Exchange Plus Cost:**  Customer agrees to return an exchange core to R1 as removed from aircraft in repairable condition, R1 shall then have the core repaired and shall invoice Customer for such repair in accordance with the terms of this Agreement.

This Agreement shall be subject to the terms corresponding to the Exchange Type and shall be subject to all other terms and conditions listed below.

Upon execution of this Agreement, the Customer will be charged the exchange fee indicated above.  Other specific payment terms relating to this agreement will be indicated on R1's invoice, along with the cost to re-certify the Customer's exchange core unit to Serviceable/Overhauled condition. These charges will be billed at a later date with payment due upon receipt of invoice, including all freight, packaging and handling charges which can amount up to 15% of the cost to recertify the core.

" **FEES:**  Late fees will be billable immediately after core due date. Additional late fee(s) will be billed bi-weekly up until Outright/BER price is billed by R1 or Core unit is received and accepted by R1 "

### ADDITIONAL TERMS AND CONDITIONS:

1. The Customers exchange units are to be returned to R1 in the condition indicated under the Exchange Type. Units must be accompanied by a signed removal tag, packing slip and material certification with non-incident statement from an approved regulated source (Regulated Airline, Maintenance Facility or OEM). Core units received with paperwork deemed unacceptable to R1 (in R1's sole & absolute discretion) will be rejected and the Customer will not have satisfied their duty and obligations under this Agreement and will be subject to the late fees and other liabilities set forth herein. If satisfactory paperwork is not or cannot be supplied to R1 by the agreed Outright Billing Date the unit will be rejected and returned to the Customer and the Outright Price, original Exchange Fee and all applicable late charges will be due.

2. The Customer's exchange units are to be returned to R1 by the Core Due Date indicated above. It is the sole responsibility of the Customer to return a core on time and R1 is not responsible for outgoing or incoming transit or customs delays. Units not returned by the Core Due Date will be subject to an additional exchange fee equal to the original exchange fee. Units not returned by the Outright Billing Date will be subject to invoice at the full Outright Sale Price, plus the original Exchange Fee and all late charges due.

3. Once a unit leaves R1's facility, this agreement is in effect in its entirety. Cancellations and/or original units returned unused are subject to the full Exchange Fee, late fees and re-certification, if required. As set forth in this Agreement, unused returned units must be accompanied by all original paperwork supplied by R1 or be subject to re-certification charges or Outright Billing. Furthermore, a signed certification is required from the end user's quality control representative stating the unit was not used or installed in any way.

4. R1 will determine what repair shop will be used to perform the repair or overhaul work required. R1, in its sole discretion, will approve or reject repair or overhaul estimates from the repair facility. R1 will return the core unit to the condition of the unit provided. R1 will only provide its first invoice, plus a copy of either a shop evaluation, estimate or teardown report to the Customer. If the Customer's exchange core is determined to be beyond economical repair (BER), the Customer will be given the choice to provide an acceptable replacement or to pay the Outright Sales Price, the repair facility's evaluation fee, plus all late fees and freight and handling charges.  An exchange core shall be deemed to be beyond economical repair if the repair cost quoted by R1's selected repair facility is equal to or greater than 65% of the total agreed value of the unit.

5. It is hereby understood and agreed by the parties to this Agreement that the late fees set forth herein are established because the parties cannot readily ascertain the full extent and nature of the damages that will be suffered by R1 in the event the terms and conditions set forth herein are not complied with by the Customer. The parties acknowledge and agree that the late fees set forth herein constitute reasonable damages.

6. If payment terms are not met, the Customer agrees to pay a 1 ½% late payment fee per month on the outstanding balance and any and all reasonable collection and legal fees associated with collecting any unpaid amount due R1. Any and all disputes will be subject to laws of the State of Florida, except that the Conflict of Laws provisions of Florida shall not be used to invoke the law of another jurisdiction.

7. Warranties for items supplied under this Agreement are only those provided by the manufacturer or Overhaul facility. Any claims should be handled directly with them and in no way affects the terms and conditions of this agreement.

8. The Customer hereby warrants that it has not been prohibited or restricted by any government authority from participating in U.S Export Transactions, that it is not listed on the U.S. Department of Commerce Bureau of Industry and Security Unverified List of parties and that it has furnished truthful and accurate information to R1 regarding the end use, end users and destination of the unit.

9. Any and all amendments to this agreement must be in writing and signed by both parties.

10. The Customer, by signing below has read, accepts and agrees to all of the terms and conditions of this agreement regardless of any other terms or clauses which may appear on the Customer's paperwork. The Customer also agrees to pay R1 per agreed payment terms.

11. Both parties have caused this agreement to be signed by a duly authorized representative.
     On Behalf of Regional One, Inc.                                         On Behalf of Customer

    Name: Israel Tal                                                                 Name:  Jose ____ _____
    Title: G.Manager                                                              Title:  ____ AOG Logistics controller
    Date: July 30, 2012                                                        Date: July 30, 2012

# EXCHANGE

## ORDER TYPE


LAN

**Order N°**  P0254488

| ORDER STATUS | EXPEDITE STATUS |
|---|---|
| OPEN | AOG |

**Bill To:**
LATAM Airlines Group S.A.

Edificio Corporativo
Americo Vespucio 0901 - Renca
Santiago - CHILE
Phone: +56 2 565 3339  Fax: +56 2 565 3498
Email: recepcion.facturas@lan.com

| TO: 3JWB1 | SHIP TO: M/A/DOCK | CONSIGN TO: |
|---|---|---|
| REGIONAL ONE, INC | LAN Cargo, Miami Intl | AIRES |
| 6464 NE 4TH COURT MIAMI | | |
| | 1701 NW 63RD AV | Avenida el Dorado No 103 - 08 |
| MIAMI, FL       33138 | BUILDING 712, DOOR 15 | |
| USA | Miami       UNITED STATES | Entrada 1 Hangar 1 |
| ANIBAL MENDOZA | | BOGOTA       COLOMBIA |
| 305.7890870 | Florida       33126 | Martha Perez |
| | | 2940330 |

NOMBRE.
Rincón, Miguel

MAIL:

PHONE:

| ORDER DATE Oct/06/2012 | SHIP VIA | NET DAYS: NET30 (Invoice must be paid within 30 days of receipt.) | PAYMENTS TERMS | DISCOUNT PCT: |
|---|---|---|---|---|

| ITEM | LINE DESCRIPTION | SERIAL N° | DATE REQ. | ATA CODE | QTY | DANGEROUS GOODS | UOM | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10-0055-11 (LIGHT, EMERGENCY EXIT) | | Oct/06/2012 | | 1 | | EA | 1,200.00 | USD | 1,200.00 | USD |
| 2 | AOG FEE | | Oct/08/2012 | | 1 | | EA | 350.00 | USD | 350.00 | USD |
| REMARKS : | | | | | | | | TOTAL: | | 1,550.00 | USD |

| WORKORDER | | TSN | CURRENT TIME TSO | TSI | POSITION | AIRCRAFT | STATION | REMOVED DATE | MANUFACTURE DATE | LAST SERVICE DATE | LAST OVERHAUL DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | HRS | | | | | | | | |
| | | | CYC | | | | | | | | |
| WORK REQUEST : | | | | | | | | | | | |
| REASON REMOVED : | | | | | | | | | | | |
| CERTIFICATES REQUIRED : | FORM 8130-3 / FORM EASA / SHOP FINDINGS REPORT / TRACEABLE TO MANUFACTURER / SERVICEABLE TAG TO R AGENT / CERTIFICATE OF ANALYSIS / INVOICE MUST INCLUDE PN AND SN | | | | | | | | | | |

**IMPORTANT INSTRUCTIONS:**

1. FULL TRACEABILITY IS STRICTLY NECESSARY THESE DOCUMENTS MUST BE SENT ALONG WITH THE ITEM INSIDE THE PACKAGE. IF GOODS ARE RECEIVED WITHOUT THE REQUESTED DOCUMENTS. THE UNIT (S) WILL BE RETURNED TO YOUR FACILITY UNDER COLLECT CHARGES.

2. PLEASE ACKNOWLEDGE RECEIPT OF THIS ORDER TO THE Email INDICATED ABOVE.

3. LAN WILL NOT ACCEPT GOODS OR UNITS IF THEY DO NOT COMPLY WITH ALL REQUESTED SPECIFICATIONS AND/OR IF THE DELIVERY OF GOODS OR UNITS ARE NOT MADE WITHIN THE NEXT 15 DAYS FROM THE DATE OF PURCHASE ORDER, EXCEPT OTHERWISE AGREED.

4. SHIPMENT OF A PN DIFFERENT THAN THAT REQUESTED IN THE ORDER MUST BE PREVIOUSLY APPROVED BY LAN

5. FOR FINANCE OR ACCOUNTING QUESTIONS CONTACT TO STATEMENT@LAN.COM +56 (2) 677 - 4680

6. FORM ATA-106 IS NOT ACCEPTABLE.

7. FOR SHIPPING INSTRUCTIONS PLEASE CONTACT THE ABOVE MENTIONED BUYER

8. FOR PAYMENT, ATTACH ONE COPY OF PACKING LIST AND INVOICE BOTH INSIDE AND OUTSIDE OF PACKAGE / CONTAINER.

Miguel Rincón
Comprador

_____          _____
REPRESENTATIVE                    SIGNATURE

# EXCHANGE

### ORDER TYPE



**Order N°** **P0236026**

| | | |
|---|---|---|
| ORDER STATUS | EXPEDITE STATUS | |
| OPEN | AOG | |

**Bill To:**
LATAM Airlines Group S.A.

Edificio Corporativo
Americo Vespucio 0901 - Renca
Santiago - CHILE
Phone: +56 2 565 3339  Fax: +56 2 565 3498
Email: recepcion.facturas@lan.com

| TO: 3JWB1 | SHIP TO: BOG/DOCK | CONSIGN TO: |
|---|---|---|
| REGIONAL ONE, INC | LAN AIRLINES C/O AIRES S.A. | AIRES |
| 6464 NE 4TH COURT MIAMI | | Avenida el Dorado No 103 - 08 |
| MIAMI, FL 33138 | DESCARGUE DIRECTO/ENTREGA INMED | Entrada 1 Hangar 1 |
| USA 31 | AEROPUERTO EL DORADO ENTRADA 1 | BOGOTA   COLOMBIA |
| ANIBAL MENDOZA | Bogota   COLOMBIA | Martha Perez |
| 305 7690670 | Bolivar | 2940330 |

NOMBRE:
BARRERA, JOSE YESID
MAIL:
jose.barreraV@lan.com
PHONE:
-

| ORDER DATE | SHIPVIA | NET DAYS: NET30 (Invoice must be paid within 30 days of receipt.) | PAYMENTS TERMS | DISCOUNT PCT: |
|---|---|---|---|---|
| Jul/10/2012 | Receiver Direct Pick Up | | | |

| ITEM | LINE DESCRIPTION | SERIAL N° | DATE REQ. | ATA CODE | QTY. | DANGEROUS GOODS | UOM | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | G4303 (IND. OXIGEN) | | Jul/11/2012 | | 1 | | EA | 650.00  USD | 650.00  USD |
| | REMARKS:  AOG HK4618 | | | | | | | TOTAL: | 650.00  USD |

| WORKORDER | TSN | CURRENT TIME<br>TSO | TSI | POSITION | AIRCRAFT | STATION | REMOVED<br>DATE | MANUFACTURE<br>DATE | LAST SERVICE<br>DATE | LAST OVERHAUL<br>DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | | | | | | | | | |
| | CYC | | | | | | | | | |
| WORK REQUEST : | | | | | | | | | | |
| REASON REMOVED : | | | | | | | | | | |
| CERTIFICATES REQUIRED : | FORM 8130-3 / FORM EASA / SHOP FINDINGS REPORT / TRACEABLE TO MANUFACTURER / SERVICIABLE TAG TO R  AGENT / CERTIFICATE OF ANALYSIS / INVOICE MUST INCLUDE PN AND | | | | | | | | | |
| | SN | | | | | | | | | |

**IMPORTANT INSTRUCTIONS:**

1. FULL TRACEABILITY IS STRICTLY NECESSARY THESE DOCUMENTS MUST BE SENT ALONG WITH THE ITEM INSIDE THE PACKAGE. IF GOODS ARE RECEIVED WITHOUT THE REQUESTED DOCUMENTS. THE UNIT (S) WILL BE RETURNED TO YOUR FACILITY UNDER COLLECT CHARGES.

2. PLEASE ACKNOWLEDGE RECEIPT OF THIS ORDER TO THE Email INDICATED ABOVE

3. LAN WILL NOT ACCEPT GOODS OR UNITS IF THEY DO NOT COMPLY WITH ALL REQUESTED SPECIFICATIONS AND/OR IF THE DELIVERY OF GOODS OR UNITS ARE NOT MADE WITHIN THE NEXT 15 DAYS FROM THE DATE OF PURCHASE ORDER, EXCEPT OTHERWISE AGREED.

4. SHIPMENT OF A PN DIFFERENT THAN THAT REQUESTED IN THE ORDER MUST BE PREVIOUSLY APPROVED BY LAN

5. FOR FINANCE OR ACCOUNTING QUESTIONS CONTACT TO STATEMENT@LAN.COM +56 (2) 677 - 4680

6. FORM ATA 106 IS NOT ACCEPTABLE

7. FOR SHIPPING INSTRUCTIONS PLEASE CONTACT THE ABOVE MENTIONED BUYER

8. FOR PAYMENT: ATTACH ONE COPY OF PACKING LIST AND INVOICE BOTH INSIDE AND OUTSIDE OF PACKAGE / CONTAINER.

_____          _____
REPRESENTATIVE                    SIGNATURE



## RegionalOne

### EXCHANGE+COST AGREEMENT

By and between Regional One, Inc. (hereinafter "R1") and:

**CUSTOMER LAN**                    hereinafter the ("Customer")

| | | | | |
|---|---|---|---|---|
| Part Number: | G-4303 GAUGE | | Serial Number: | 0565 SVC |
| Customer P.O. #: | P0236028 | | Exchange Date: | 07/10/2012 |
| Exchange Fee: | $650 USD | | Outright / BER Price: | $4500 USD |
| Core Due Date: | 08/10/2012 | | Outright Billing Date: | 09/10/2012 |

Exchange Type:

**Exchange Plus Cost:**  Customer agrees to return an exchange core to R1 as removed from aircraft in repairable condition, R1 shall then have the core repaired and shall invoice Customer for such repair in accordance with the terms of this Agreement.

This Agreement shall be subject to the terms corresponding to the Exchange Type and shall be subject to all other terms and conditions listed below. Upon execution of this Agreement, the Customer will be charged the exchange fee indicated above.  Other specific payment terms relating to this agreement will be indicated on R1's invoice, along with the cost to re-certify the Customer's exchange core unit to Serviceable/Overhauled condition. These charges will be billed at a later date with payment due upon receipt of invoice, including all freight, packaging and handling charges which can amount up to 15% of the cost to recertify the core.

FEES: Late fees will be billable immediately after core due date. Additional late fee(s) will be billed bi-weekly up until Outright/BER price is billed by R1 or Core unit is received and accepted by R1

### ADDITIONAL TERMS AND CONDITIONS:

1.  The Customers exchange units are to be returned to R1 in the condition indicated under the Exchange Type. Units must be accompanied by a signed removal tag, packing slip and material certification with non-incident statement from an approved regulated source (Regulated Airline, Maintenance Facility or OEM). Core units received with paperwork deemed unacceptable to R1 (in R1's sole & absolute discretion) will be rejected and the Customer will not have satisfied their duty and obligations under this Agreement and will be subject to the late fees and other liabilities set forth herein. If satisfactory paperwork is not or cannot be supplied to R1 by the agreed Outright Billing Date the unit will be rejected and returned to the Customer and the Outright Price, original Exchange Fee and all applicable late charges will be due.

2.  The Customer's exchange units are to be returned to R1 by the Core Due Date indicated above. It is the sole responsibility of the Customer to return a core on time and R1 is not responsible for outgoing or incoming transit or customs delays. Units not returned by the Core Due Date will be subject to an additional exchange fee equal to the original exchange fee. Units not returned by the Outright Billing Date will be subject to invoice at the full Outright Sale Price, plus the original Exchange Fee and all late charges due.

3.  Once a unit leaves R1's facility, this agreement is in effect in its entirety. Cancellations and/or original units returned unused are subject to the full Exchange Fee, late fees and re-certification, if required. As set forth in this Agreement, unused returned units must be accompanied by all original paperwork supplied by R1 or be subject to re-certification charges or Outright Billing. Furthermore, a signed certification is required from the end user's quality control representative stating the unit was not used or installed in any way.

4.  R1 will determine what repair shop will be used to perform the repair or overhaul work required. R1, in its sole discretion, will approve or reject repair or overhaul estimates from the repair facility. R1 will return the core unit to the condition of the unit provided.  R1 will only provide its final invoice, plus a copy of either a shop evaluation, estimate or teardown report to the Customer. If the Customer's exchange core is determined to be beyond economical repair (BER), the Customer will be given the choice to provide an acceptable replacement or to pay the Outright Sales Price, the repair facility's evaluation fee, plus all late fees and freight and handling charges. An exchange core shall be deemed to be beyond economical repair if the repair cost quoted by R1's selected repair facility is equal to or greater than 65% of the total agreed value of the unit.

5.  It is hereby understood and agreed by the parties to this Agreement that the late fees set forth herein are established because the parties cannot readily ascertain the full extent and nature of the damages that will be suffered by R1 in the event the terms and conditions set forth herein are not complied with by the Customer. The parties acknowledge and agree that the late fees set forth herein constitute reasonable damages.

6.  If payment terms are not met, the Customer agrees to pay a 1 ½% late payment fee per month on the outstanding balance and any and all reasonable collection and legal fees associated with collecting any unpaid amount due R1. Any and all disputes will be subject to laws of the State of Florida, except that the Conflict of Laws provisions of Florida shall not be used to invoke the law of another jurisdiction.

7.  Warranties for items supplied under this Agreement are only those provided by the manufacturer or Overhaul facility. Any claims should be handled directly with them and in no way affects the terms and conditions of this agreement.

8.  The Customer hereby warrants that it has not been prohibited or restricted by any government authority from participating in U.S Export Transactions, that it is not listed on the U.S. Department of Commerce Bureau of Industry and Security Unverified List of parties and that it has furnished truthful and accurate information to R1 regarding the end use, end users and destination of the unit.

9.  Any and all amendments to this agreement must be in writing and signed by both parties.

10. The Customer, by signing below has read, accepts and agrees to all of the terms and conditions of this agreement regardless of any other terms or clauses which may appear on the Customer's paperwork. The Customer also agrees to pay R1 per agreed payment terms.

11. Both parties have caused this agreement to be signed by a duly authorized representative.

On Behalf of Regional One, Inc.                    On Behalf of Customer

Name : Fernando Blanco                             Name:
Title: Sales Manager                               Title:
Date: 7/10/2012                                    Date:

# EXCHANGE

## ORDER TYPE


LAN

**Order Nº  P0267203**

| ORDER STATUS | EXPEDITE STATUS |
|---|---|
| OPEN | AOG |

**Bill To:**
LATAM Airlines Group S.A.

Edificio Corporativo
Americo Vespucio 0901 - Renca
Santiago - CHILE
Phone: +56 2 565 3339   Fax: +56 2 565 3498
Email:  recepcion.facturas@lan.com

**TO:**  3JW31
REGIONAL ONE, INC
6464 NE 4TH COURT MIAMI

MIAMI, FL        33138
USA
ANIBAL MENDOZA
305 7690670

**SHIP TO:**  BOGAIRES
LAN AIRLINES S.A C/O AIRES S.A

ENTREGA URGENTE (DD)
AEROPUERTO EL DORADO ENTRADA 1
BOGOTA        COLOMBIA

**CONSIGN TO:**
AIRES

Avenida el Dorado No 103 - 08

Entrada 1 Hangar 1

BOGOTA        COLOMBIA
Martha Perez
2940330

NOMBRE:
Villalobos, Cindy Lorena

MAIL:

PHONE:

| ORDER DATE | SHIPVIA | NET DAYS: | PAYMENTS TERMS | DISCOUNT PCT: |
|---|---|---|---|---|
| Dec/11/2012 | Receiver Direct Pick Up | NET30 (Invoice must be paid within 30 days of receipt.) | | |

| ITEM | LINE DESCRIPTION | SERIAL Nº | DATE REQ. | ATA CODE | QTY | DANGEROUS GOODS | UOM | PRICE | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 385800-1005 (VALVE, DUMP SPOILER) | | Dec/11/2012 | | 1 | | EA | 2,000.00 | USD | 2,000.00 | USD |
| 2 | REPAIR CORE CHARGE | | Dec/27/2012 | | 1 | | EA | 1.00 | USD | 1.00 | USD |

REMARKS :  AOG AIRCRAFT TAIL HK4725

**TOTAL:**   2,001.00  USD

| WORKORDER | | CURRENT TIME | | | POSITION | AIRCRAFT | | STATION | REMOVED DATE | MANUFACTURE DATE | LAST SERVICE DATE | LAST OVERHAUL DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TSN | TSO | TSI | | | | | | | | | |
| | HRS | | | | | | | | | | | |
| | CYC | | | | | | | | | | | |

WORK REQUEST :

REASON REMOVED :

CERTIFICATES REQUIRED :    FORM 8130-3 / FORM EASA / SHOP FINDINGS REPORT / TRACEABLE TO MANUFACTURER / SERVICIABLE TAG TO R. AGENT / CERTIFICATE OF ANALYSIS / INVOICE MUST INCLUDE PN AND SN

---

**IMPORTANT INSTRUCTIONS:**

1. FULL TRACEABILITY IS STRICTLY NECESSARY, THESE DOCUMENTS MUST BE SENT ALONG WITH THE ITEM INSIDE THE PACKAGE. IF GOODS ARE RECEIVED WITHOUT THE REQUESTED DOCUMENTS, THE UNIT (S) WILL BE RETURNED TO YOUR FACILITY UNDER COLLECT CHARGES.

2. PLEASE ACKNOWLEDGE RECEIPT OF THIS ORDER TO THE Email INDICATED ABOVE.

3. LAN WILL NOT ACCEPT GOODS OR UNITS IF THEY DO NOT COMPLY WITH ALL REQUESTED SPECIFICATIONS AND/OR IF THE DELIVERY OF GOODS OR UNITS ARE NOT MADE WITHIN THE NEXT 15 DAYS FROM THE DATE OF PURCHASE ORDER, EXCEPT OTHERWISE AGREED.

4. SHIPMENT OF A PN DIFFERENT THAN THAT REQUESTED IN THE ORDER MUST BE PREVIOUSLY APPROVED BY LAN

5. FOR FINANCE OR ACCOUNTING QUESTIONS CONTACT TO STATEMENT@LAN.COM  +56 (2) 677 - 4683

6. FORM ATA-106 IS NOT ACCEPTABLE.

7. FOR SHIPPING INSTRUCTIONS PLEASE CONTACT THE ABOVE MENTIONED BUYER

8. FOR PAYMENT, ATTACH ONE COPY OF PACKING LIST AND INVOICE BOTH INSIDE AND OUTSIDE OF PACKAGE / CONTAINER.

JOSE YESID BARRERA
Comprador

REPRESENTATIVE

SIGNATURE